UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS et al.,<br><br>    Defendants,<br><br>EDDIE MITCHELL TASBY and PHILIP WAYNE TASBY, by their parent and next friend SAM TASBY: EVELYN DENISE LAFAYETTE and DARLINE LAFAYETTE by their parent and next friend LUDIE ANN COBBIN: JOHN L. MORGAN, LEON M. MORGAN, EMANUEL MORGAN and JACQUELINE MORGAN, by their parent and next friend THELMA LEE CROUCH: JACQUELINE DENISE YARBROUGH, KATHERINE YVETTE YARBROUGH and WILLIE JACKSON by their parent and next friend BETTYE JACKSON: NETTIE MARIE CATES by her parent and next friend BOBBIE LEAN COBBIN: TONY JEFFERSON, BEULAH JEFFERSON, ARTHUR JEFFERSON, YOLANDA JEFFERSON and JACQUELINE JEFFERSON by their parent and next friend RUTH JEFFERSON: ORA CLARA WOODS and JAMES EDWARD WOODS, by their parent and next friend HELEN WOODS: ANGELA MEDRANO and YOLANDA MEDRANO, by their parent and next friend RICHARD MEDRANO: individually and on behalf of all others similarly situated,<br><br>    Intervenor-Petitioners,<br><br>v.<br><br>HONORABLE DEE BROWN WALKER, JUDGE, 162th JUDICIAL DISTRICT COURT, DALLAS, TEXAS, ROBERT B. GILLIESPIE, ELLEN DeCHICCHIO, FRANK BOAZMAN, AUBREY HALLUM and JOHN H. CAPPS,<br><br>    Respondents. | Civil Action No. 5281 |

ORDER GRANTING MOTION TO INTERVENE

CAME this day the Motion of Intervenor-Petitioners to be allowed to intervene as Parties Plaintiff filed in this cause on the _30th_ day of August, 1972, and having considered same, together with the brief and argument of counsel and upon a finding that Intervenor-Petitioners are entitled to the relief requested,

IT IS ORDERED that said Motion to be allowed to intervene as Parties Plaintiff be GRANTED pursuant to Rule 24____, Federal Rules of Civil Procedure, so that the intervenors may adequately protect their interests in the subject matter of this cause.

Signed at Sherman, Texas, this _30th_ day of August, 1972.

_____
United States District Judge