| | | |
|---|---|---|
| 04:06:54 | 1 | A.    Right.   I was labeled as someone who was highly accessible |
| 04:06:56 | 2 | and available to listen to the concerns and the criticisms. |
| 04:07:02 | 3 | Q.    So as superintendent and, as I previously said, as a |
| 04:07:06 | 4 | teacher, did you have lots of exposure to comments in the |
| 04:07:08 | 5 | community about Hearne schools? |
| 04:07:11 | 6 | A.    Yes, I did. |
| 04:07:11 | 7 | Q.    And a lot of those comments were from parents? |
| 04:07:14 | 8 | A.    Parents, correct. |
| 04:07:16 | 9 | Q.    When you became superintendent in 1996, were the transfers |
| 04:07:27 | 10 | still leaving Hearne? |
| 04:07:27 | 11 | A.    Yes, they were. |
| 04:07:27 | 12 | Q.    Did the numbers change at all when you became |
| 1:07:27 | 13 | superintendent? |
| 04:07:27 | 14 | A.    They increased, as I recollect. |
| 04:07:32 | 15 |        THE COURT:   What improved? |
| 04:07:34 | 16 |        THE WITNESS:   The numbers that left the district. |
| 04:07:37 | 17 | Number of students that transferred out of the district, seemed |
| 04:07:43 | 18 | like they improved. |
| 04:07:45 | 19 |        MR. CASPAR:   They increased. |
| 04:07:46 | 20 |        THE COURT:   You mean they were enhanced?   Is that what |
| 04:07:48 | 21 | you're saying? |
| 04:07:50 | 22 |        THE WITNESS:   I'm saying they left the district. |
| 04:07:50 | 23 | Q.    (BY MR. CASPAR) But did the numbers go up? |
| 04:07:53 | 24 | A.    Of? |
| 04:07:53 | 25 | Q.    Of transfers? |

| | | |
|---|---|---|
| 04:07:53 | 1 | A.   Yes.   Okay.   Yes.   I see what you're saying. |
| 04:07:58 | 2 | Q.   Where were these transfers going? |
| 04:08:03 | 3 | A.   They went to Mumford.   That's where I saw most of the buses |
| 04:08:07 | 4 | were Mumford buses. |
| 04:08:08 | 5 | Q.   So Mumford was running buses into Hearne at that time? |
| 04:08:11 | 6 | A.   Yes. |
| 04:08:12 | 7 | Q.   About how many was it running when you first became |
| 04:08:14 | 8 | superintendent? |
| 04:08:17 | 9 | A.   As many as three, possibility of four, I think. |
| 04:08:22 | 10 | Q.   Did Mumford do anything else to attract these transfer |
| 04:08:25 | 11 | students that you know of? |
| 04:08:26 | 12 | A.   Yes.   They sent out at least one communication that I saw |
| 1:08:36 | 13 | that I guess was sent to pass that said they wanted those kids |
| 04:08:41 | 14 | who had passed all of the tests, and if they had good attendance |
| 04:08:45 | 15 | and good behavior, then they would be interested in considering |
| 04:08:50 | 16 | them. |
| 04:08:51 | 17 |         MR. FELDMAN:   Your Honor.   Objection.   Best evidence |
| 04:08:53 | 18 | rule.   We have documents that speak to this and that are contrary |
| 04:08:56 | 19 | to what the witness has testified. |
| 04:08:58 | 20 |         THE COURT:   I overrule the objection. |
| 04:08:59 | 21 | Q.   (BY MR. CASPAR) Mr. McDaniel, at the time transfers first |
| 04:09:03 | 22 | started -- or at the time you first started as superintendent, |
| 04:09:08 | 23 | how big a school was Hearne? |
| 04:09:16 | 24 | A.   It was a small school.   I don't know that it had 75 |
| 04:09:19 | 25 | students.   I don't have the exact number, but it seemed like it |

| | | |
|---|---|---|
| 04:09:21 | 1 | was a very small school. |
| 04:09:22 | 2 | Q.   By the time you left superintendent in 2002, how big a |
| 04:09:25 | 3 | school was it? |
| 04:09:26 | 4 | A.   It was large enough that they needed more buildings because |
| 04:09:33 | 5 | they built new buildings and things. |
| 04:09:35 | 6 | Q.   When you first started as superintendent, how many grades |
| 04:09:38 | 7 | did Mumford have? |
| 04:09:41 | 8 | A.   Mumford went through grade eight. |
| 04:09:45 | 9 | Q.   K through 8? |
| 04:09:46 | 10 | A.   K through 8, I think. |
| 04:09:48 | 11 | Q.   Where did its high school students go? |
| 04:09:51 | 12 | A.   To Hearne. |
| 1:09:51 | 13 | Q.   To Hearne?  When you finished as superintendent, how many |
| 04:09:53 | 14 | grades did Mumford have? |
| 04:09:58 | 15 | A.   I think, sir, they had already gone through grade 12 unless |
| 04:10:01 | 16 | they were adding a grade each year.  They added the high school. |
| 04:10:04 | 17 | Q.   And they're certainly K through 12 now? |
| 04:10:09 | 18 | A.   Yes. |
| 04:10:09 | 19 | Q.   So the kids -- do any kids go to Hearne any more for high |
| 04:10:11 | 20 | school? |
| 04:10:13 | 21 | A.   Not that I'm aware of. |
| 04:10:20 | 22 | Q.   Sir, how would you describe the effects of the transfers on |
| 04:10:24 | 23 | Hearne I.S.D? |
| 04:10:26 | 24 | A.   It did hurt Hearne, as I said previously, financially. |
| 04:10:35 | 25 | Q.   In what way financially? |

```
04:10:37    1   A.    The number of students that left, there's when you multiply
04:10:41    2   that times that $5500, then it really affected us.  It caused us
04:10:49    3   -- we were -- put a financial bind on us.  For one thing, we
04:10:55    4   tried to maintain smaller classes, and the reason we wanted to
04:10:58    5   hold on to the smaller classes is because we thought we could do
04:11:02    6   a better job academically with some of the more challenging
04:11:06    7   students that we were left with after the others were transferred
04:11:09    8   out.
04:11:10    9   Q.    With the money leaving the district, were you able to retain
04:11:14   10   those smaller classes?
04:11:16   11   A.    No.
04:11:17   12   Q.    Did you have to let go of teachers?
 :11:20   13   A.    We had to let go of teachers.  That's right.
04:11:22   14   Q.    You mentioned that some of the higher performing students
04:11:24   15   were leaving the district?
04:11:26   16   A.    Yes, that's correct.
04:11:26   17   Q.    How did that affect the school academically?
04:11:30   18   A.    It was more challenging for us to prepare those who were --
04:11:36   19   left there with us to meet all of the requirements of the state.
04:11:42   20   Q.    The state assessment tests?
04:11:44   21   A.    Yes.
04:11:46   22   Q.    Did the Hearne scores on those tests suffer as a result of
04:11:49   23   the transfers?
04:11:50   24   A.    Yes.  That's correct.
04:11:52   25   Q.    And this was due, do you think, to the higher performing
```

| | | |
|---|---|---|
| 04:11:57 | 1 | kids leaving the district? |
| 04:11:58 | 2 | A.    Yes. |
| 04:11:59 | 3 | MR. FELDMAN:  Leading, your Honor.  Objection, leading. |
| 04:12:02 | 4 | THE COURT:  I overrule the objection. |
| 04:12:03 | 5 | Q.    (BY MR. CASPAR) And where were these kids going? |
| 04:12:05 | 6 | A.    They went to Mumford for large part. |
| 04:12:15 | 7 | Q.    How else were the transfers affecting Hearne?  You mentioned |
| 04:12:18 | 8 | the financial impact. |
| 04:12:19 | 9 | A.    Socially. |
| 04:12:21 | 10 | Q.    What do you mean by socially? |
| 04:12:23 | 11 | A.    I mean that the kids who were left there don't have the |
| 04:12:29 | 12 | opportunity to interact with white students as they had |
| :12:34 | 13 | previously.  So they don't really know how to get along with |
| 04:12:39 | 14 | people, as they should, and learn to work with people, as they |
| 04:12:43 | 15 | should, and as they could have if we still had our population as |
| 04:12:53 | 16 | it was. |
| 04:12:53 | 17 | Q.    Would you say it's the same for the white students leaving |
| 04:12:53 | 18 | the district? |
| 04:12:53 | 19 | A.    Yes. |
| 04:12:53 | 20 | Q.    So would you say that the transfers that affected the racial |
| 04:12:55 | 21 | character of the district? |
| 04:12:57 | 22 | A.    Very much so. |
| 04:12:57 | 23 | MR. FELDMAN:  Objection, your Honor.  Leading. |
| 04:12:59 | 24 | THE COURT:  Overrule the objection. |
| 04:13:00 | 25 | Q.    (BY MR. CASPAR) In what way? |

```
04:13:02   1   A.   Because we're just -- we're homogeneous and we're just
04:13:07   2   locked into just who's there.  No interaction with the other kids
04:13:14   3   that would benefit from having -- I'll tell you another thing
04:13:17   4   that I noticed.  Athletics.
04:13:21   5                MR. FELDMAN:  Objection, your Honor.  Nonresponsive.
04:13:22   6                THE COURT:  Don't volunteer testimony.  Wait until a
04:13:28   7   question comes.
04:13:30   8   A.   All right.  Thank you.
04:13:31   9   Q.   (BY MR. CASPAR) How did it affect athletics?
04:13:34  10   A.   Because the schools that we play, they have the advantage of
04:13:37  11   all of the ethnic groups they're helping.  So in Hearne, we just
04:13:42  12   have a homogeneous group.  We get the best of just -- we just
1:13:45   13   have mainly the African-Americans, so we don't have the benefit
04:13:49  14   of the big white kids to play in the line and the big white kids
04:13:56  15   to participate in the field events.  So we're in a disadvantage
04:14:00  16   with athletics.  I think of these things as I talk.
04:14:04  17   Q.   Sure.  Would you say that the students participating in the
04:14:06  18   athletics are also at a disadvantage because they're not --
04:14:10  19   A.   I sure do.
04:14:12  20   Q.   -- participating with kids of other races?
04:14:13  21   A.   Yes.
04:14:16  22   Q.   Well, so based on your lifetime of experience in Hearne, Mr.
04:14:19  23   McDaniel, can you tell me what the perception of Hearne I.S.D. is
04:14:24  24   in the community racially?
J4:14:27  25   A.   What I hear --
```

| | | |
|---|---|---|
| 04:14:28 | 1 | MR. FELDMAN:  Objection, your Honor. |
| 04:14:30 | 2 | A.   -- is that we are -- |
| 04:14:31 | 3 | MR. FELDMAN:  Objection, your Honor.  Calls for |
| 04:14:32 | 4 | conclusion. |
| 04:14:33 | 5 | THE COURT:  Overrule the objection. |
| 04:14:35 | 6 | A.   Question again. |
| 04:14:36 | 7 | Q.   (BY MR. CASPAR) Well, based on your lifetime experience in |
| 04:14:39 | 8 | the Hearne community, can you comment on what you think that the |
| 04:14:41 | 9 | perception of the Hearne District is in the Hearne community? |
| 04:14:46 | 10 | A.   That we are basically a black school.  We have some good |
| 04:14:53 | 11 | kids, but they are just basically a black school district. |
| 04:14:59 | 12 | Q.   And do you remember what person made you realize that |
| 1:15:03 | 13 | perception existed in the community? |
| 04:15:05 | 14 | A.   Yes.  You asked earlier if I interacted with parents and |
| 04:15:08 | 15 | talked to parents. |
| 04:15:09 | 16 | Q.   Right. |
| 04:15:12 | 17 | A.   I noticed a young lady in the superintendent's office one |
| 04:15:15 | 18 | day, so I saw her there, and knowing most of the people that live |
| 04:15:19 | 19 | there and I know she was a different person.  So I started |
| 04:15:24 | 20 | visiting with her a little bit, and she told me that she had -- |
| 04:15:28 | 21 | MR. FELDMAN:  Objection, your Honor.  Hearsay. |
| 04:15:30 | 22 | Q.   (BY MR. CASPAR) I don't believe he testified to a statement |
| 04:15:33 | 23 | that she made. |
| 04:15:33 | 24 | MR. FELDMAN:  He's about to say what she told him. |
| 04:15:36 | 25 | MR. CASPAR:  You're anticipating what he's about to |

04:15:37   1   say.

04:15:38   2           THE COURT:  Counsel, this is a hearing before the Court

04:15:40   3   without a jury.  I do not intend to credit -- or, rather, use in

04:15:46   4   my conclusions any testimony that I regard as inadmissible.  I

04:15:50   5   overrule your objection.  Now, let's go on.

04:15:54   6   Q.   (BY MR. CASPAR) So what do you think about with this new

04:15:57   7   woman that you know?

04:15:58   8   A.   I'm always curious as to -- I was always curious as to what

04:16:01   9   people thought about our district and the perception that people

04:16:05   10   had, wanting to have an excellent school district.  So I noticed

04:16:11   11   that she had moved in from Bryan.  So I talked to her a little

04:16:14   12   bit and she -- during the course of the conversation, I said,

1:16:20   13   well, tell me about how things are going for you, your children.

04:16:23   14   She says they're doing very well.  I asked her if -- things like

04:16:27   15   if you're pleased with the district.  And she said yes and, of

04:16:29   16   course, said, so you moved here.  That's good.  You moved to

04:16:34   17   Hearne.  That's really good.  And I asked her where she lived and

04:16:36   18   she told me.  And then, I said, well, all that's good.

04:16:40   19           So did you check with others before you moved here?

04:16:47   20   She said oh, yes, I did.  I said, so you heard good things?  She

04:16:51   21   said, oh, no, I didn't.  I said, so what kind of things did you

04:16:55   22   hear?  She said a lot of bad things.  So I said, well, such as?

04:17:01   23   Be specific.  She said, I just heard there were a lot of black

04:17:04   24   people in Hearne.

04:17:05   25   Q.   So that's how you knew there was this perception in the

| | | |
|---|---|---|
| 04:17:08 | 1 | community of Hearne? |
| 04:17:09 | 2 | A.   I had heard it a lot, but then, I was curious as to what the |
| 04:17:12 | 3 | ones coming in would have to say and this is what she told me. |
| 04:17:24 | 4 | Q.   And as superintendent, what did you do about the problems of |
| 04:17:24 | 5 | transfers leaving the district? |
| 04:17:24 | 6 | A.   I talked to people at the Texas Education Agency. |
| 04:17:26 | 7 | Q.   What did you talk with them about? |
| 04:17:30 | 8 | THE COURT:   When was this? |
| 04:17:30 | 9 | Q.   (BY MR. CASPAR) When did you first talk to people at TEA? |
| 04:17:34 | 10 | A.   I talked to people at TEA shortly after I got the |
| 04:17:37 | 11 | superintendent's job. |
| 04:17:38 | 12 | Q.   When was that? |
| 1:17:38 | 13 | A.   1996. |
| 04:17:40 | 14 | Q.   On that occasion what did you talk about? |
| 04:17:43 | 15 | A.   What we could do to stop kids from leaving the district and |
| 04:17:49 | 16 | Mumford picking up our students at the district. |
| 04:17:52 | 17 | Q.   What did they tell you? |
| 04:17:53 | 18 | A.   They told me things like it was not right because what they |
| 04:17:57 | 19 | were doing was reducing the racial number, that they shouldn't do |
| 04:18:02 | 20 | that.   However, they said it was legal for them to come into the |
| 04:18:05 | 21 | district, but it was not legal that they were in violation of the |
| 04:18:10 | 22 | court order. |
| 04:18:12 | 23 | Q.   What were you going to say? |
| 04:18:14 | 24 | A.   I was saying so I was told that it was wrong for them to do |
| J4:18:18 | 25 | what they were doing. |

| | | |
|---|---|---|
| 04:18:19 | 1 | Q.    When you first called TEA, do you remember who you spoke |
| 04:18:22 | 2 | with? |
| 04:18:24 | 3 | A.    That I don't remember, sir. |
| 04:18:25 | 4 | Q.    Did you ever speak with a person called Dr. Villarreal? |
| 04:18:29 | 5 | A.    Yes, that's when I talked to Dr. Villarreal. |
| 04:18:33 | 6 | Q.    What did you call Dr. Villarreal about? |
| 04:18:36 | 7 | A.    About transfers. |
| 04:18:37 | 8 | Q.    And when was this? |
| 04:18:37 | 9 | A.    This was possibly 1998, after I talked and talked, so I |
| 04:18:44 | 10 | thought maybe I need to get something in writing.  So I talked to |
| 04:18:47 | 11 | Dr. Villarreal. |
| 04:18:48 | 12 | Q.    And why, specifically, were you calling Dr. Villarreal? |
| 1:18:51 | 13 | A.    Because I had heard that some districts didn't report |
| 04:18:56 | 14 | transfers.  So I called to ask him if it was necessary for us to |
| 04:19:03 | 15 | turn in a transfer report. |
| 04:19:04 | 16 | Q.    Because you were turning in transfer reports? |
| 04:19:07 | 17 | A.    Yes, we'd always turned in and -- |
| 04:19:09 | 18 | Q.    Did you assume that you were required to turn in these |
| 04:19:13 | 19 | forms? |
| 04:19:13 | 20 | A.    Yes.  Yes, I did. |
| 04:19:15 | 21 | Q.    But were you calling to find out if that was the case? |
| 04:19:18 | 22 | A.    Right.  If it was just something we were doing |
| 04:19:22 | 23 | unnecessarily. |
| 04:19:22 | 24 | Q.    What did he say? |
| 04:19:23 | 25 | A.    He said, oh, no, you must turn it in.  All districts turn in |

| | | |
|---|---|---|
| 04:19:26 | 1 | the transfer reports. |
| 04:19:28 | 2 | Q.   What did you say to that? |
| 04:19:32 | 3 | A.   I paused for a bit.  And he said, name one.  I can tell you |
| 04:19:37 | 4 | that they do.  So I asked him.  He said, any of them you have a |
| 04:19:42 | 5 | question about. |
| 04:19:42 | 6 | Q.   Did you name one? |
| 04:19:44 | 7 | A.   I said Mumford. |
| 04:19:45 | 8 | Q.   What did he say? |
| 04:19:46 | 9 | A.   No. |
| 04:19:47 | 10 | Q.   This is 1998? |
| 04:19:48 | 11 | A.   1998.  He said no.  I don't have one. |
| 04:19:51 | 12 | Q.   Did you ever write to TEA at this time? |
| 1:19:55 | 13 | A.   Yes, I did.  It was somewhere during this time that I was |
| 04:19:59 | 14 | told just to put this in -- put my concerns in writing. |
| 04:20:04 | 15 | Q.   Your Honor, I'd like to show the witness an exhibit.  May I |
| 04:20:07 | 16 | approach the witness? |
| 04:20:08 | 17 |         THE COURT:  You may. |
| 04:20:13 | 18 | Q.   (BY MR. CASPAR) Mr. McDaniel, I'm handing you what's been |
| 04:20:16 | 19 | marked as Exhibit 10.  Could you take a moment to review that, |
| 04:20:21 | 20 | please? |
| 04:20:22 | 21 | A.   Yes, sir. |
| 04:20:26 | 22 | Q.   Your Honor, would you like a copy of the exhibit? |
| 04:20:29 | 23 |         THE COURT:  Yes. |
| 04:20:37 | 24 |         MS. JUREN:  Your Honor, there is -- TEA did supply a |
| 04:20:39 | 25 | whole set of hard copy to the Court that I believe are up there. |

| | | |
|---|---|---|
| 04:20:43 | 1 | THE COURT:  All right.  Thank you. |
| 04:20:44 | 2 | MR. CASPAR:  This is Exhibit 10, but it doesn't have a |
| 04:20:47 | 3 | sticker on it. |
| 04:20:48 | 4 | THE CLERK:  Okay.  Thank you. |
| 04:20:58 | 5 | Q.  (BY MR. CASPAR) Have you had a chance to review that yet? |
| 04:21:00 | 6 | A.  Yes, I have. |
| 04:21:01 | 7 | Q.  Do you recognize that document? |
| 04:21:02 | 8 | A.  Yes, sir.  I do, sir. |
| 04:21:04 | 9 | Q.  Can you tell me what it is? |
| 04:21:05 | 10 | A.  This letter's in regards to telephone conversations |
| 04:21:10 | 11 | concerning the transfer of students who live in Hearne but attend |
| 04:21:14 | 12 | school in Mumford and Gause School Districts.  We have compiled |
| 1:21:18 | 13 | the list with the pertinent information you requested to the best |
| 04:21:21 | 14 | of our knowledge.  However, we feel this list does not reflect |
| 04:21:24 | 15 | all the students attending Gause and Mumford who live in Hearne. |
| 04:21:30 | 16 | If further assistance is needed, please call. |
| 04:21:32 | 17 | Q.  So you wrote this letter following your conversation with |
| 04:21:35 | 18 | Dr. Villarreal? |
| 04:21:36 | 19 | A.  Yes.  Conversations. |
| 04:21:38 | 20 | Q.  Did you ever write to TEA again? |
| 04:21:41 | 21 | A.  Yes, I did, sir. |
| 04:21:43 | 22 | Q.  How often? |
| 04:21:50 | 23 | A.  Let's say, sir, I know once or twice more I did. |
| 04:21:56 | 24 | Q.  What were you writing about? |
| 04:21:58 | 25 | A.  About the transfers and the codes that I learned that they |

| | | |
|---|---|---|
| 04:22:04 | 1 | were using codes. |
| 04:22:07 | 2 | Q.   When was this -- when did this issue about Mumford's using |
| 04:22:11 | 3 | codes come up? |
| 04:22:13 | 4 | A.   Because the students were continuing to transfer.  And we |
| 04:22:19 | 5 | checked, we were told that they were using, like, a safety issue, |
| 04:22:23 | 6 | a safety code. |
| 04:22:24 | 7 | Q.   Around when did this happen? |
| 04:22:28 | 8 | A.   Probably the next year, after this. |
| 04:22:29 | 9 |      THE COURT:  I don't understand what you mean by codes. |
| 04:22:40 | 10 | A.   Am I stating that correctly, sir?  The codes -- maybe |
| 04:22:42 | 11 | there's another name for that.  But what they were -- |
| 04:22:47 | 12 | Q.   (BY MR. CASPAR) Mr. McDaniel, by code do you mean the |
| 1:22:48 | 13 | hardship codes that the transfers were using? |
| 04:22:50 | 14 | A.   Yes, hardship codes. |
| 04:22:53 | 15 | Q.   Your Honor, I offer Exhibit 10 into evidence. |
| 04:22:56 | 16 |      THE COURT:  It is admitted. |
| 04:22:59 | 17 | Q.   (BY MR. CASPAR) So what year was this that you learned about |
| 04:23:03 | 18 | that there was an issue with Mumford's use of hardship codes? |
| 04:23:06 | 19 | A.   I think shortly after this letter.  I'm not remembering the |
| 04:23:10 | 20 | year, but it was possible the next year. |
| 04:23:12 | 21 | Q.   Did you write TEA about it? |
| 04:23:14 | 22 | A.   Yes, we did. |
| 04:23:16 | 23 | Q.   Your Honor, may I approach the witness? |
| 04:23:18 | 24 |      THE COURT:  You may. |
| ₄4:23:19 | 25 | Q.   (BY MR. CASPAR) Mr. McDaniel, I'm handing you a copy of |

| | | |
|---|---|---|
| 04:23:23 | 1 | what's been marked Exhibit 43. |
| 04:23:42 | 2 | MR. FELDMAN:  Judge, just as a logistical matter, the |
| 04:23:45 | 3 | parties have submitted, roughly, 200 some-odd exhibits, and we |
| 04:23:51 | 4 | have gone through a lot of effort to see if we could stipulate to |
| 04:23:55 | 5 | these exhibits.  And I think many of them are stipulated to.  It |
| 04:24:00 | 6 | would seem to me that we could really move this case along.  For |
| 04:24:05 | 7 | example, these letters from Mr. McDaniel have all been stipulated |
| 04:24:10 | 8 | to.  And it seems to me if the parties could submit their |
| 04:24:16 | 9 | exhibits to the Court that there's no objection to, we could move |
| 04:24:20 | 10 | a lot faster. |
| 04:24:21 | 11 | THE COURT:  Well, a lot faster in what respect? |
| 04:24:26 | 12 | MR. FELDMAN:  It would take less time because there |
| 1:24:28 | 13 | won't be -- necessarily be a prove-up on each exhibit. |
| 04:24:31 | 14 | THE COURT:  All right.  The Court will receive in |
| 04:24:33 | 15 | evidence all exhibits that have been stipulated to by the |
| 04:24:36 | 16 | parties. |
| 04:24:37 | 17 | MR. CASPAR:  Your Honor, the United States has not |
| 04:24:38 | 18 | stipulated to any exhibits.  We filed yesterday an objection to |
| 04:24:42 | 19 | many of the exhibits.  We don't object to most of them. |
| 04:24:45 | 20 | THE COURT:  Well, the Court received in evidence all |
| 04:24:49 | 21 | exhibits that have not been objected to. |
| 04:24:56 | 22 | MR. CASPAR:  There are several hundred exhibits that I |
| 04:24:58 | 23 | don't think any party plans on offering.  We're worried it might |
| 04:25:04 | 24 | clutter up the record. |
| 04:25:06 | 25 | THE COURT:  Well, let it be cluttered up. |

| | | |
|---|---|---|
| 04:25:08 | 1 | MR. CASPAR:  Yes, sir. |
| 04:25:09 | 2 | THE COURT:  This is an open -- I'm listening to |
| 04:25:14 | 3 | everything.  Considering everything.  Let's see.  It's a quarter |
| 04:25:20 | 4 | of 12:00.  My schedule is from 9:00 to 11:45.  We begin, again, |
| 04:25:29 | 5 | at 1:15.  We'll go to 5:00.  There probably will be one or two |
| 04:25:35 | 6 | recesses in the afternoon.  The Court is in recess until 1:15. |
| 05:46:10 | 7 | (Lunch recess.) |
| 05:57:10 | 8 | THE COURT:  The witness may resume the stand.  You may |
| 05:57:28 | 9 | continue with your direct examination. |
| 05:57:34 | 10 | Q.   (BY MR. CASPAR) Mr. McDaniel, what is Exhibit 43? |
| 05:57:46 | 11 | A.   Exhibit 43 is a letter addressed to Dr. Rowell. |
| 05:57:53 | 12 | Q.   Did you write this letter? |
| 1:57:55 | 13 | A.   Yes, I did, sir. |
| 05:57:56 | 14 | Q.   What did you write it about? |
| 05:57:59 | 15 | A.   We told him that we were interested in knowing what |
| 05:58:02 | 16 | exemption hardship codes Mumford, Gause and Milano were using to |
| 05:58:08 | 17 | accept students that were transferred from Hearne.  We think |
| 05:58:12 | 18 | they're using a safety and medical reason code for leaving the |
| 05:58:17 | 19 | district. |
| 05:58:17 | 20 | Q.   What's the date on the letter? |
| 05:58:18 | 21 | A.   The date is April 18, 2002. |
| 05:58:22 | 22 | Q.   I notice, also, in the last paragraph, it mentions that a |
| 05:58:26 | 23 | new superintendent had arrived at Hearne; is that right? |
| 05:58:28 | 24 | A.   That's correct, sir. |
| 05:58:29 | 25 | Q.   Did you retire around this time? |

| | | |
|---|---|---|
| 05:58:32 | 1 | A.    Right.  I did, at the -- in May of 19 -- 2002, sir. |
| 05:58:39 | 2 | Q.    Why did you retire then? |
| 05:58:41 | 3 | A.    One reason that I retired is it appeared that most of the |
| 05:58:51 | 4 | attention was directed toward me or -- and the students were not |
| 05:58:58 | 5 | getting the attention that I felt that they needed. |
| 05:59:02 | 6 | Q.    When you say most of the attention was directed towards you, |
| 05:59:05 | 7 | what attention are you talking -- |
| 05:59:08 | 8 | MR. FELDMAN:  Objection.  Relevance. |
| 05:59:09 | 9 | THE COURT:  Your objection is overruled. |
| 05:59:14 | 10 | A.    I mean, that the -- instead of me being allowed to focus on |
| 05:59:22 | 11 | helping the children to get an education, I was having to spend |
| 05:59:25 | 12 | time trying to fight the complaint -- I mean, the transfer issue |
| :59:35 | 13 | and other problems that were there that were keeping me from |
| 05:59:39 | 14 | doing what I needed to do as a superintendent. |
| 05:59:41 | 15 | Q.    So how did you finally just decide to step down? |
| 05:59:45 | 16 | A.    I decided that perhaps since I was not able to get the -- |
| 05:59:52 | 17 | one of the reasons I was not able to get their attention, other |
| 05:59:56 | 18 | authorities who could do something about the transfer problem, it |
| 05:59:59 | 19 | did not appear that I was able to get the attention.  One person |
| 06:00:06 | 20 | told me that, well, perhaps -- |
| 06:00:08 | 21 | MR. FELDMAN:  Objection, your Honor.  Hearsay. |
| 06:00:09 | 22 | A.    If you just retire -- |
| 06:00:10 | 23 | THE COURT:  Objection's overruled. |
| 06:00:12 | 24 | A.    If you retire, perhaps they can get a white superintendent, |
| 06:00:16 | 25 | and maybe he'll be able to get the attention of the authorities |

| | | |
|---|---|---|
| 06:00:19 | 1 | to get something done about a transfer, since you aren't able to |
| 06:00:23 | 2 | get it done. |
| 06:00:24 | 3 | Q.   (BY MR. CASPAR) Did you believe that at the time? |
| 06:00:25 | 4 | A.   Yes, I did. |
| 06:00:28 | 5 | Q.   So did you step down in the best interest of the Hearne |
| 06:00:31 | 6 | School District? |
| 06:00:31 | 7 | A.   Yes, I did, sir. |
| 06:00:34 | 8 | Q.   Well, thank you very much.  I have no further questions for |
| 06:00:37 | 9 | you. |
| 06:00:38 | 10 | THE COURT:  How old are you, sir? |
| 06:00:39 | 11 | THE WITNESS:  I'm 62. |
| 06:00:45 | 12 | THE COURT:  All right. |
| :00:48 | 13 | MR. HEPWORTH:  Hearne has no questions for this |
| 06:00:51 | 14 | witness.  Thank you. |
| 06:00:56 | 15 | MR. FELDMAN:  Your Honor, the Court will permit me to |
| 06:01:05 | 16 | put a demonstrative. |
| 06:01:06 | 17 | THE COURT:  Yes, sir.  You may. |
| 06:01:43 | 18 | MR. FELDMAN:  May it please the Court. |
| 06:01:46 | 19 | THE COURT:  Please proceed. |
| 06:01:46 | 20 | CROSS-EXAMINATION |
| 06:01:48 | 21 | BY MR. FELDMAN: |
| 06:01:48 | 22 | Q.   Mr. McDaniel, my name is David Feldman.  I represent the |
| 06:01:53 | 23 | Mumford School District.  We've never met before, have we? |
| 06:01:56 | 24 | A.   I don't recollect that we have. |
| 06:01:59 | 25 | Q.   I'd like to talk to you a little bit more about your career. |

| | | |
|---|---|---|
| 06:02:05 | 1 | A. Yes, sir. |
| 06:02:07 | 2 | Q. With Hearne I.S.D. you were the principal at Blackshear for |
| 06:02:16 | 3 | 20 years; is that correct? |
| 06:02:17 | 4 | A. That's correct. |
| 06:02:19 | 5 | Q. As I understand your testimony? |
| 06:02:19 | 6 | A. Yes. |
| 06:02:19 | 7 | Q. From 1976 through 1996? |
| 06:02:22 | 8 | A. Yes, sir. |
| 06:02:23 | 9 | Q. At which time, you then became the superintendent of the |
| 06:02:26 | 10 | school district? |
| 06:02:26 | 11 | A. Yes, sir. |
| 06:02:27 | 12 | Q. And held that position till the completion of the 2001-2002 |
| :02:32 | 13 | school year? |
| 06:02:33 | 14 | A. Yes, sir. |
| 06:02:33 | 15 | Q. So you were the superintendent for five years? |
| 06:02:35 | 16 | A. Six years. |
| 06:02:38 | 17 | Q. Six years. From '96-'97 to 2001-2002? Where am I missing a |
| 06:02:45 | 18 | year? |
| 06:02:47 | 19 | A. I guess I gave the right number. I served six years. |
| 06:02:53 | 20 | Q. Did you become superintendent prior to '96? |
| 06:02:56 | 21 | A. No. |
| 06:02:56 | 22 | Q. Okay. But you did retire at the end of '02? |
| 06:02:58 | 23 | A. That's correct. |
| 06:02:59 | 24 | Q. All right, sir. Now, your testimony on direct this morning, |
| ⸴6:03:09 | 25 | you were talking a lot about -- |

| | | |
|---|---|---|
| 06:03:12 | 1 | THE COURT:  Excuse me.  Maybe my arithmetic is wrong. |
| 06:03:14 | 2 | I thought that is six years. |
| 06:03:19 | 3 | MR. HEPWORTH:  Mine, too. |
| 06:03:20 | 4 | MR. FELDMAN:  Well, then, I -- yes, your Honor.  You're |
| 06:03:22 | 5 | correct. |
| 06:03:23 | 6 | THE COURT:  All right.  Let's proceed. |
| 06:03:24 | 7 | MR. FELDMAN:  I usually pride myself on my math, but it |
| 06:03:36 | 8 | failed me that time. |
| 06:03:36 | 9 | THE COURT:  I'm not good at it. |
| 06:03:36 | 10 | MR. FELDMAN:  Maybe I'll improve. |
| 06:03:36 | 11 | Q.   (BY MR. FELDMAN) And it is Mr. McDaniel.  It's not Dr. |
| 06:03:36 | 12 | McDaniel? |
| :03:36 | 13 | A.   You're correct.  No. |
| 06:03:37 | 14 | Q.   I just wanted to make sure I was referring to you |
| 06:03:39 | 15 | appropriately. |
| 06:03:41 | 16 | You testified, quite a bit, this morning about |
| 06:03:47 | 17 | different types of experiments that you undertook with respect to |
| 06:03:54 | 18 | the grouping of students.  Do you recall that, sir?  And maybe |
| 06:04:00 | 19 | experiment's the wrong word.  But different methods that you |
| 06:04:04 | 20 | utilized with respect to the grouping of students when you were |
| 06:04:09 | 21 | principal at Blackshear. |
| 06:04:10 | 22 | A.   Probably three, I think I talked about. |
| 06:04:13 | 23 | Q.   Three different efforts, and those were the ability |
| 06:04:17 | 24 | grouping, the homogeneous grouping, and the modified homogeneous |
| 06:04:21 | 25 | grouping? |

| | | |
|---|---|---|
| 06:04:22 | 1 | A.   Homogeneous, heterogeneous and modified heterogeneous |
| 06:04:26 | 2 | grouping. |
| 06:04:26 | 3 | Q.   What was the ability grouping? |
| 06:04:28 | 4 | A.   Homogeneous grouping. |
| 06:04:30 | 5 | Q.   Ability grouping is homogeneous grouping? |
| 06:04:33 | 6 | A.   That's what I refer to it as. |
| 06:04:35 | 7 | Q.   Okay.  And what exactly does that mean? |
| 06:04:38 | 8 | A.   Homogeneous, you have one population, mostly one population |
| 06:04:44 | 9 | together. |
| 06:04:45 | 10 | Q.   Okay.  And when you were testifying about the reactions that |
| 06:04:52 | 11 | you got from parents -- |
| 06:04:54 | 12 | A.   Yes. |
| :04:55 | 13 | Q.   -- regarding those different efforts to engage in different |
| 06:04:59 | 14 | types of grouping, you were talking about comments specifically |
| 06:05:03 | 15 | at Blackshear, weren't you?  You were talking about comments from |
| 06:05:09 | 16 | parents at Blackshear? |
| 06:05:11 | 17 | A.   And comments from parents at East Side, also. |
| 06:05:14 | 18 | Q.   But you weren't the principal at East Side, were you? |
| 06:05:17 | 19 | A.   No.  But I listened to comments from parents from East Side |
| 06:05:21 | 20 | at a school board meeting. |
| 06:05:23 | 21 | Q.   Okay. |
| 06:05:23 | 22 | A.   On that regards. |
| 06:05:24 | 23 | Q.   But were you present at East Side when they were |
| 06:05:29 | 24 | experimenting with different types of groupings? |
| 06:05:33 | 25 | A.   No.  I had one of my sons was there. |

| | | |
|---|---|---|
| 06:05:37 | 1 | Q. So you had knowledge as a parent as to what was happening at |
| 06:05:41 | 2 | East Side? |
| 06:05:42 | 3 | A. No. From the administrator who talked to me about what he |
| 06:05:45 | 4 | was doing. |
| 06:05:47 | 5 | Q. But in any event -- East Side is today pre-K through two? |
| 06:05:54 | 6 | A. It was the last time -- last that I checked. |
| 06:05:57 | 7 | Q. All right. And when you were principal at Blackshear from |
| 06:06:00 | 8 | '76 to '96, Blackshear was three through six? |
| 06:06:04 | 9 | A. At one point, we had second grade over there. We had second |
| 06:06:07 | 10 | grade for maybe a couple of years. But it was base -- most of it |
| 06:06:15 | 11 | was three through six. |
| 06:06:17 | 12 | Q. I was very confused in terms of how your history prior to |
| :06:20 | 13 | '76 came out. '75, you were at Sam Houston State. Were you at |
| 06:06:28 | 14 | the high school for any period of time, Hearne High School? |
| 06:06:32 | 15 | A. Yes, I was. |
| 06:06:32 | 16 | Q. When was that? |
| 06:06:33 | 17 | A. '68 through -- until '72. |
| 06:06:37 | 18 | Q. As a teacher? |
| 06:06:38 | 19 | A. Teacher, coach and assistant -- |
| 06:06:41 | 20 | Q. But you weren't an administrator? |
| 06:06:43 | 21 | A. Well, assistant to the principal, I was told that was my |
| 06:06:46 | 22 | title. |
| 06:06:46 | 23 | Q. Assistant to the principal? |
| 06:06:47 | 24 | A. To the principal, yes. |
| 06:06:49 | 25 | Q. And what years were those -- what years did you serve as |

| | | |
|---|---|---|
| 06:06:54 | 1 | assistant to the principal of Hearne High School? |
| 06:06:58 | 2 | A.   Shortly after integration.  Oh, my goodness, sir, I'm not |
| 06:07:04 | 3 | remembering the exact year, but it was after 1968 and before |
| 06:07:10 | 4 | 1972.  Somewhere there -- sir, a couple of years.  It was over a |
| 06:07:14 | 5 | four-year period, so a couple of years. |
| 06:07:16 | 6 | Q.   Were you ever at the junior high? |
| 06:07:18 | 7 | A.   Yes. |
| 06:07:18 | 8 | Q.   When were you at the junior high? |
| 06:07:20 | 9 | A.   I was at the junior high from -- let's see.  Must have been |
| 06:07:26 | 10 | '73, '74. |
| 06:07:30 | 11 | Q.   And what was your position at the junior high? |
| 06:07:33 | 12 | A.   Junior high principal. |
| :07:34 | 13 | Q.   Okay.  That's what I thought. |
| 06:07:38 | 14 |      Now, you were -- not to ask you to be modest or |
| 06:07:45 | 15 | immodest, but your reputation as a principal at Blackshear, in |
| 06:07:51 | 16 | particular, was an excellent reputation, was it not? |
| 06:07:54 | 17 | A.   In my opinion, yes.  And according to my evaluations by the |
| 06:07:57 | 18 | superintendent, I was excellent. |
| 06:07:59 | 19 | Q.   And that's one of the reasons why you were nominated to be |
| 06:08:03 | 20 | superintendent of school district, because you did have an |
| 06:08:06 | 21 | outstanding reputation as a principal over there? |
| 06:08:09 | 22 | A.   According to my evaluations, I would say that's a true |
| 06:08:12 | 23 | statement. |
| 06:08:12 | 24 | Q.   Now, at the time that you were principal of Blackshear, who |
| ⌐6:08:16 | 25 | was the superintendent of Hearne I.S.D? |

| 06:08:21 | 1 | A.    Henry Bonorden.  And later -- well, he was Dr. Henry |
| 06:08:27 | 2 | Bonorden. |
| 06:08:27 | 3 | Q.    Can you tell the Court the years that Dr. Bonorden -- |
| 06:08:31 | 4 | B-O-N-O-R-D-E-N; is that correct? |
| 06:08:34 | 5 | A.    Correct. |
| 06:08:34 | 6 | Q.    The years that Dr. Bonorden was the superintendent of Hearne |
| 06:08:46 | 7 | I.S.D. |
| 06:08:46 | 8 | A.    I think I can.  He was superintendent, I think, sir, he |
| 06:08:46 | 9 | started at 1973. |
| 06:08:49 | 10 | Q.    So did he start post-integration? |
| 06:08:56 | 11 | A.    Post-integration. |
| 06:08:57 | 12 | Q.    Being after the -- |
| :08:59 | 13 | A.    Yes.  '68, yes.  '72, '73, yes, he was post, uh-huh. |
| 06:09:07 | 14 | Q.    And Dr. Bonorden was the superintendent from the early '70s |
| 06:09:12 | 15 | through 1996? |
| 06:09:15 | 16 | A.    Correct. |
| 06:09:15 | 17 | Q.    Or the -- end of the '95-'96 school year? |
| 06:09:19 | 18 | A.    That's correct, uh-huh. |
| 06:09:20 | 19 | Q.    And was he a good superintendent? |
| 06:09:21 | 20 | A.    Excellent, in my opinion. |
| 06:09:23 | 21 | Q.    And what was his race? |
| 06:09:24 | 22 | A.    He was -- well, he looked like a white man. |
| 06:09:28 | 23 | Q.    All right. |
| 06:09:30 | 24 |        THE COURT:  What did you say? |
| J6:09:31 | 25 |        THE WITNESS:  He was a white man.  He looked like a |

| | | |
|---|---|---|
| 06:09:33 | 1 | white man. |
| 06:09:35 | 2 | Q.   (BY MR. FELDMAN) He had an excellent reputation? |
| 06:09:36 | 3 | A.   With me. |
| 06:09:37 | 4 | Q.   Well, that's all you can really speak to? |
| 06:09:40 | 5 | A.   That's right.  That's all. |
| 06:09:42 | 6 | Q.   Now, so Dr. Bonorden named you as the principal of |
| 06:09:48 | 7 | Blackshear.  He was the superintendent at the time that you were |
| 06:09:52 | 8 | named principal of Blackshear; isn't that correct? |
| 06:09:59 | 9 | A.   Principal at Blackshear.  I'm thinking back because there |
| 06:10:01 | 10 | was a time there was a Mr. Grant.  Mr. Grant was there when I was |
| 06:10:04 | 11 | named -- yes.  Dr. Bonorden.  That's correct, yes. |
| 06:10:09 | 12 | Q.   And the fact is Dr. Bonorden had been able to put a very |
| 1:10:15 | 13 | strong leadership team together at Hearne I.S.D.; isn't that the |
| 06:10:20 | 14 | case?  Strong leadership team. |
| 06:10:26 | 15 | A.   I know the administrators and I just know about my -- I |
| 06:10:31 | 16 | don't know if they -- if you'd call them -- depending what you're |
| 06:10:36 | 17 | calling strong.  They were good friends of mine. |
| 06:10:41 | 18 | Q.   And they were good principals; isn't that the case?  That |
| 06:10:45 | 19 | the high school there was Leon Jackson? |
| 06:10:48 | 20 | A.   Yes, Leon was the principal there at the time. |
| 06:10:50 | 21 | Q.   And when did Mr. Jackson retire? |
| 06:10:55 | 22 | A.   Mr. Jackson retired, sir, in four or five years before I |
| 06:11:06 | 23 | did.  I don't remember the year. |
| 06:11:08 | 24 | Q.   Early '90s? |
| 06:11:10 | 25 | A.   I think you're correct.  Yes, sir, I think so. |

| | | |
|---|---|---|
| 06:11:12 | 1 | Q.   And he had the reputation of being a very strong leader at |
| 06:11:15 | 2 | the high school? |
| 06:11:16 | 3 | A.   Very strong disciplinarian. |
| 06:11:18 | 4 | Q.   Very strong disciplinarian. |
| 06:11:20 | 5 | THE COURT:  Does that include corporal punishment? |
| 06:11:24 | 6 | THE WITNESS:  He didn't do much corporal punishment but |
| 06:11:26 | 7 | he just -- he monitored closely, and they had to do it, Mr. |
| 06:11:30 | 8 | Jackson, his way, and if not, then whatever the guidelines |
| 06:11:34 | 9 | allowed, this is what he used. |
| 06:11:36 | 10 | Q.   (BY MR. FELDMAN) That was true regardless of a student's |
| 06:11:38 | 11 | race; is it not? |
| 06:11:39 | 12 | A.   That's what I heard, yes, sir. |
| 1:11:41 | 13 | THE COURT:  Regardless of the student's rights? |
| 06:11:43 | 14 | MR. FELDMAN:  Race.  Color, national origin. |
| 06:11:47 | 15 | THE COURT:  Okay. |
| 06:11:49 | 16 | Q.   (BY MR. FELDMAN) And at the junior high school -- by the |
| 06:11:54 | 17 | way, who replaced Mr. Jackson in the early '90s? |
| 06:12:00 | 18 | A.   I think Jim Edge. |
| 06:12:04 | 19 | Q.   Is he still the principal? |
| 06:12:05 | 20 | A.   No, sir. |
| 06:12:06 | 21 | Q.   Okay.  When did he leave? |
| 06:12:10 | 22 | A.   Two years afterwards, after he was hired, I think, somewhere |
| 06:12:12 | 23 | there about. |
| 06:12:13 | 24 | Q.   It wasn't a particularly successful tenure, was it? |
| 06:12:17 | 25 | A.   No, sir. |

06:12:17  1  Q.   And the discipline in the high school, when Mr. Edge came in

06:12:22  2  after Mr. Jackson started, it was affected.  It started going

06:12:28  3  downhill; isn't that the case?

06:12:30  4  A.   I don't know if that's what happened.

06:12:31  5  Q.   Let me withdraw the word "downhill."  That's, obviously, not

06:12:36  6  appropriate.

06:12:37  7  A.   He had a different operating style than Mr. Jackson.

06:12:41  8  Q.   He didn't have that strong leadership, strong disciplinarian

06:12:46  9  style, did he?

06:12:49  10  A.   From what I knew, he just seemed to be -- he operated

06:12:52  11  different than Mr. Jackson.

06:12:54  12  Q.   Didn't discipline at the high school suffer under Mr. Edge?

5:13:00  13  A.   I don't remember that it did that much.  I had a son in high

06:13:03  14  school at the time and I --

06:13:06  15  Q.   Well, when you became superintendent in '96, what did you

06:13:08  16  think of the state of discipline at Hearne High School at the

06:13:16  17  time?

06:13:17  18  A.   Well, that was a different principal, of course, you know.

06:13:19  19  Q.   Well, I asked --

06:13:24  20  A.   But then, discipline was a concern.  Yes, sir.

06:13:27  21  Q.   Discipline was a concern in 1996, when you became

06:13:30  22  superintendent.  Discipline was not a concern at the high school

06:13:34  23  up through the early '90s, when Mr. Jackson was principal?

06:13:39  24  A.   There was some concerns.

06:13:40  25  Q.   But he was -- he was operating the high school with this

| | | |
|---|---|---|
| 06:13:47 | 1 | particular view towards maintaining the discipline? |
| 06:13:51 | 2 | A.    Yes, sir. |
| 06:13:51 | 3 | Q.    Of the school? |
| 06:13:53 | 4 | A.    I respected him very highly. |
| 06:13:54 | 5 | Q.    And how long was Mr. Jackson the principal of Hearne High |
| 06:14:05 | 6 | School? |
| 06:14:05 | 7 | A.    Sir, I think he started in 197 -- I think it was 1974, '75, |
| 06:14:11 | 8 | I think. |
| 06:14:11 | 9 | Q.    So close to -- |
| 06:14:13 | 10 | A.    '75, '76. |
| 06:14:20 | 11 | Q.    -- seven years? |
| 06:14:21 | 12 | A.    Yes. |
| 1:14:21 | 13 | Q.    And during that time, his reputation for being a |
| 06:14:24 | 14 | disciplinarian was consistent? |
| 06:14:26 | 15 | A.    Oh, yes. |
| 06:14:26 | 16 | Q.    Now, over at the junior high, as I understand it, under Dr. |
| 06:14:31 | 17 | Bonorden, there was a principal by the name of Max Greenwelge? |
| 06:14:37 | 18 | A.    Greenwelge, yes, sir. |
| 06:14:38 | 19 | Q.    All right.  And you may have to spell that for the court |
| 06:14:40 | 20 | reporter. |
| 06:14:40 | 21 | A.    G-R-E-E-N-W-E-L-G-E. |
| 06:14:46 | 22 | Q.    And how long was Mr. Greenwelge the principal of the junior |
| 06:14:49 | 23 | high? |
| 06:14:53 | 24 | A.    Let's see.  He stayed longer than Leon did.  I'm not |
| 06:14:57 | 25 | remembering the year, but it was early '90s, I would think, sir. |

| | | |
|---|---|---|
| 06:15:07 | 1 | Q. He was principal for about 20 years, also? |
| 06:15:10 | 2 | A. Yes. Yes, sir. |
| 06:15:14 | 3 | Q. And what was Mr. Greenwelge's reputation as a principal? |
| 06:15:19 | 4 | A. As a principal, I think he was -- the teachers liked him. I |
| 06:15:26 | 5 | think the teachers liked him, but at first, it was a pretty loose |
| 06:15:31 | 6 | ship and I don't know that it improved that much. He had a |
| 06:15:37 | 7 | different style than Mr. Jackson. |
| 06:15:40 | 8 | Q. Well, let me ask you this. You say he retired in the early |
| 06:15:45 | 9 | '90s? |
| 06:15:46 | 10 | A. Yes, sir. |
| 06:15:46 | 11 | Q. At the time that you took over as the superintendent in '96, |
| 06:15:52 | 12 | was discipline a concern at the junior high? |
| 1:15:55 | 13 | A. Yes, sir. |
| 06:15:57 | 14 | Q. Had discipline been a concern at the junior high for a long |
| 06:16:00 | 15 | time? |
| 06:16:00 | 16 | A. Yes, sir. Even during the tenure that -- that you just |
| 06:16:05 | 17 | mentioned, it was a major concern. |
| 06:16:08 | 18 | Q. What about discipline at Blackshear while you were |
| 06:16:10 | 19 | principal? Was that a concern? |
| 06:16:12 | 20 | A. Yes, sir. |
| 06:16:13 | 21 | Q. Over that period of 20 years? |
| 06:16:15 | 22 | A. Yes, sir. |
| 06:16:16 | 23 | Q. And at East Side, was discipline a concern at East Side, as |
| 06:16:23 | 24 | well? |
| ა6:16:26 | 25 | A. Yes, sir. |

| | | |
|---|---|---|
| 06:16:28 | 1 | Q.   Who was the principal at East Side while you were the |
| 06:16:30 | 2 | principal of Blackshear? |
| 06:16:33 | 3 | A.   Eugene Ballen and Jack Bradley. |
| 06:16:36 | 4 | Q.   And what was their reputation as principals? |
| 06:16:41 | 5 | A.   Eugene had a dual assignment, so he spent very little time |
| 06:16:44 | 6 | on his campus.  Teachers pretty well just had to take care of |
| 06:16:50 | 7 | everything and his secretary, and because he was in charge of the |
| 06:16:54 | 8 | cafeteria and stuff like that.  And Jack Bradley was working on |
| 06:17:00 | 9 | his Ph.D., so he spent a lot of time on the computer and with the |
| 06:17:07 | 10 | scouts. |
| 06:17:08 | 11 | Q.   So, in other words, discipline was a concern at East Side, |
| 06:17:11 | 12 | as well? |
| :17:14 | 13 | A.   Yes, sir. |
| 06:17:16 | 14 | THE COURT:  I'm not sure I understand the concept of |
| 06:17:19 | 15 | discipline being a problem. |
| 06:17:22 | 16 | THE WITNESS:  Oh, he said a concern.  No, sir.  I |
| 06:17:24 | 17 | didn't have a -- there were few -- there were problems but they |
| 06:17:28 | 18 | were dealt with.  But the concern, it was always concern. |
| 06:17:32 | 19 | THE COURT:  I had thought that discipline was always a |
| 06:17:33 | 20 | concern. |
| 06:17:35 | 21 | THE WITNESS:  Yes, sir. |
| 06:17:35 | 22 | THE COURT:  Any school. |
| 06:17:36 | 23 | THE WITNESS:  Yes, sir.  That's why I answered the way |
| 06:17:37 | 24 | I did.  Definitely a concern always. |
| 06:17:41 | 25 | Q.   (BY MR. FELDMAN) I thought you testified that this one |

| 06:17:42 | 1 | wasn't a concern at the high school? |
| 06:17:44 | 2 | A.   Oh, no, sir.  I said -- it's a concern. |
| 06:17:46 | 3 | Q.   Well, then, let me rephrase my question.  Are you saying |
| 06:17:49 | 4 | that there were never any discipline problems? |
| 06:17:52 | 5 | A.   Oh, no, sir.  You did not -- sir, that wasn't what you asked |
| 06:17:55 | 6 | me.  You asked me if it was a concern.  I said, yes, sir. |
| 06:18:01 | 7 | Q.   You can have a school, can you not, Mr. McDaniel, where the |
| 06:18:08 | 8 | perception of the community is that it is a well-disciplined |
| 06:18:13 | 9 | student body.  Would you agree with me?  You could have a |
| 06:18:17 | 10 | school -- |
| 06:18:17 | 11 | A.   Well-behaved student body, but we all are teachers, we're |
| 06:18:22 | 12 | training children to behave all the time. |
| :18:25 | 13 | Q.   The students are well-behaved, the actual disciplinary |
| 06:18:27 | 14 | infractions are minimal.  You could have a school like that, can |
| 06:18:31 | 15 | you not? |
| 06:18:31 | 16 | A.   Yes, sir. |
| 06:18:32 | 17 | Q.   And you could also have a school that has a reputation of |
| 06:18:34 | 18 | not having good discipline, that the students aren't |
| 06:18:39 | 19 | well-behaved, that there are problems with discipline in the |
| 06:18:42 | 20 | classrooms. |
| 06:18:44 | 21 | A.   Yes, sir.  You could have a school like that, yes, sir. |
| 06:18:48 | 22 | Q.   Well, let us take the Hearne schools. |
| 06:18:51 | 23 | A.   All right. |
| 06:18:51 | 24 | Q.   During the period that you were at Blackshear, what was the |
| ⌄6:18:57 | 25 | reputation of discipline at Blackshear? |

| | | |
|---|---|---|
| 06:19:00 | 1 | A.   The reputation -- the reputation was -- is that the |
| 06:19:04 | 2 | guidelines that we had in place for discipline were followed. |
| 06:19:09 | 3 | Q.   Was it considered to be a well-disciplined student body? |
| 06:19:13 | 4 | A.   Well, the perception they had is if the students broke the |
| 06:19:18 | 5 | rules, they had to take the consequences. |
| 06:19:27 | 6 | Q.   Were the students generally well-behaved? |
| 06:19:27 | 7 | A.   Yes, sir. |
| 06:19:27 | 8 | Q.   What about East Side during a light period of time, what was |
| 06:19:30 | 9 | the reputation with East Side with respect to the behavior of the |
| 06:19:32 | 10 | student body? |
| 06:19:37 | 11 | A.   That I'm not really, really sure, but I -- usually the |
| 06:19:47 | 12 | smaller the children, you have different types of problems.   So |
| :19:49 | 13 | generally you don't have the same types of problems. |
| 06:19:52 | 14 | Q.   Did you have any children at East Side? |
| 06:19:54 | 15 | A.   Yes. |
| 06:19:55 | 16 | Q.   Did you -- you visited East Side from time to time? |
| 06:19:58 | 17 | A.   Yes. |
| 06:19:59 | 18 | Q.   Did you have -- did you believe that the children at East |
| 06:20:04 | 19 | Side -- |
| 06:20:05 | 20 | A.   In his class, yes.   He was in the top group.   They were |
| 06:20:07 | 21 | well-behaved. |
| 06:20:07 | 22 | Q.   Top group meaning? |
| 06:20:09 | 23 | A.   Meaning that he was in that -- |
| 06:20:12 | 24 | Q.   The higher academic standing? |
| 06:20:14 | 25 | A.   Uh-huh. |

| | | |
|---|---|---|
| 06:20:14 | 1 | Q.    What about the behavior of the students in the other |
| 06:20:17 | 2 | classes? |
| 06:20:18 | 3 | A.    I'd heard that there were problems of those when you put all |
| 06:20:20 | 4 | of the little kids together, then they were more challenging to |
| 06:20:25 | 5 | control. |
| 06:20:26 | 6 | Q.    When you put all the little kids together meaning all the |
| 06:20:28 | 7 | kids of different races? |
| 06:20:29 | 8 | A.    All of the children who were not achieving at the same level |
| 06:20:34 | 9 | together, then they were more challenging. |
| 06:20:38 | 10 | Q.    Incidentally, I thought you were suggesting in your |
| 06:20:43 | 11 | testimony this morning that ability grouping is racist.  Is that |
| 06:20:48 | 12 | what you were telling this court? |
| 1:20:50 | 13 | A.    No, sir. |
| 06:20:52 | 14 | Q.    In fact, there is ability grouping today in many schools |
| 06:20:58 | 15 | through the use of gifted and talented programs, isn't there? |
| 06:21:03 | 16 | A.    Yes. |
| 06:21:04 | 17 |      MR. CASPAR:  Object to the form of the question. |
| 06:21:07 | 18 | Q.    (BY MR. FELDMAN) And you don't consider that to be racist? |
| 06:21:09 | 19 | A.    What is that? |
| 06:21:09 | 20 | Q.    Gifted and talented programs, do you believe that concept to |
| 06:21:14 | 21 | be racist? |
| 06:21:14 | 22 | A.    No, I don't. |
| 06:21:19 | 23 | Q.    They asked you about the behavior of the students at East |
| 06:21:22 | 24 | Side and Blackshear during the time that you were at Blackshear; |
| 06:21:26 | 25 | that's one of your period.  What was the reputation of the junior |

| | | |
|---|---|---|
| 06:21:30 | 1 | high in terms of the behavior of its students? |
| 06:21:35 | 2 | A.    While I was at Blackshear? |
| 06:21:36 | 3 | Q.    Yes, sir. |
| 06:21:37 | 4 | A.    Sometimes they were categorized as being kind of loud and I |
| 06:21:46 | 5 | just -- |
| 06:21:47 | 6 | Q.    Unruly? |
| 06:21:49 | 7 | A.    -- loud.  They talked loud.  They had halls -- you know, |
| 06:21:51 | 8 | halls and the halls would get pretty loud. |
| 06:21:56 | 9 | Q.    And what about at the high school during that period of time |
| 06:22:01 | 10 | while Mr. Jackson was the principal?  What was the general |
| 06:22:07 | 11 | perception of the behavior of the student body at the high |
| 06:22:10 | 12 | school? |
| :22:10 | 13 | A.    If you didn't behave, you get run off.  You get put out. |
| 06:22:15 | 14 | Q.    And that didn't continue in the same way after Mr. Jackson |
| 06:22:22 | 15 | retired, did it? |
| 06:22:26 | 16 | A.    Some were.  Some were sent out, but I think there were |
| 06:22:29 | 17 | concern about too many being sent out or just, quote, run off |
| 06:22:34 | 18 | from school. |
| 06:22:35 | 19 | Q.    It wasn't as tight a ship in terms of maintaining discipline |
| 06:22:37 | 20 | in the high school after Mr. Jackson retired, was it? |
| 06:22:41 | 21 | A.    No.  It was different. |
| 06:22:45 | 22 | Q.    And that was in the early '90s? |
| 06:22:47 | 23 | A.    Yes, sir. |
| 06:22:55 | 24 | Q.    Just to get an idea of the administration of Hearne High |
| ⌐6:23:04 | 25 | School -- excuse me, of the Hearne Independent School District, |

| 06:23:07 | 1 | at the time that you became superintendent? |
| 06:23:10 | 2 | A.    Yes, sir. |
| 06:23:10 | 3 | Q.    In 1996, you had a principal at East High School? |
| 06:23:16 | 4 | A.    Yes, sir. |
| 06:23:16 | 5 | Q.    Is that correct? |
| 06:23:16 | 6 | A.    Yes, sir. |
| 06:23:17 | 7 | Q.    Each school, all four schools.  You had various other |
| 06:23:24 | 8 | administrators, as well, did you not? |
| 06:23:27 | 9 | A.    Yes, sir. |
| 06:23:28 | 10 | Q.    You had a director of maintenance, director of |
| 06:23:34 | 11 | transportation, the director of finance, director of food |
| 06:23:39 | 12 | services, director of curriculum, and a director of athletics; is |
| :23:44 | 13 | that the case? |
| 06:23:45 | 14 | A.    Yes, sir. |
| 06:23:50 | 15 | Q.    Now, do you know how many principals they had at Mumford |
| 06:23:55 | 16 | when you were the superintendent at Hearne I.S.D. during that |
| 06:23:59 | 17 | period of 1996 to 2002?  Do you know how many principals they had |
| 06:24:07 | 18 | at Mumford? |
| 06:24:10 | 19 | A.    I think I know. |
| 06:24:11 | 20 | Q.    And how many was that? |
| 06:24:12 | 21 | A.    One. |
| 06:24:13 | 22 | Q.    And, in fact, wasn't the principal the superintendent? |
| 06:24:16 | 23 | A.    Yes, sir, I think so. |
| 06:24:18 | 24 | Q.    The -- and if you were to compare the administrations of the |
| J6:24:21 | 25 | two school districts -- and I recognize that Hearne is a larger |

| | | |
|---|---|---|
| 06:24:26 | 1 | school district.  But the administration that is maintained, the |
| 06:24:32 | 2 | personnel maintained as administrators at Hearne I.S.D. has been |
| 06:24:38 | 3 | historically substantially greater than that at Mumford; isn't |
| 06:24:41 | 4 | that correct? |
| 06:24:41 | 5 | A.   Yes, sir.  But may I ask you something, sir? |
| 06:24:44 | 6 | Q.   Well, I don't think it's appropriate for you to ask me a |
| 06:24:47 | 7 | question.  But certainly -- |
| 06:24:50 | 8 | THE COURT:  Do you understand the question? |
| 06:24:51 | 9 | A.   One thing he said there was when he's talking about the |
| 06:25:04 | 10 | number of personnel, all those positions that he named off, one |
| 06:25:04 | 11 | person took care of two or three of those.  So those weren't |
| 06:25:06 | 12 | separate people. |
| :25:07 | 13 | Q.   (BY MR. FELDMAN) All right.  Thank you for the |
| 06:25:07 | 14 | clarification.  How many people -- how many administrators were |
| 06:25:12 | 15 | working at Hearne I.S.D. during the period of time that you were |
| 06:25:17 | 16 | superintendent? |
| 06:25:19 | 17 | A.   During the time I was superintendent, let's see, we have, |
| 06:25:21 | 18 | what, four principals, you said, and then, we had a gentleman who |
| 06:25:24 | 19 | was in charge of food services and in charge of transportation. |
| 06:25:31 | 20 | We had a curriculum director.  And the business manager was -- we |
| 06:25:39 | 21 | had a business manager.  And we had an administrative assistant |
| 06:25:44 | 22 | person. |
| 06:25:45 | 23 | Q.   Could you answer the -- how many is that that you had? |
| 06:25:48 | 24 | A.   I didn't count them up.  Let's see. |
| 06:25:49 | 25 | Q.   About ten or 12 administrators? |

| | | |
|---|---|---|
| 06:25:52 | 1 | A.    No, sir.  We didn't have that many.  Let me see.  Eight or |
| 06:26:00 | 2 | -- eight or nine is what I have. |
| 06:26:05 | 3 | Q.    Compared to one at Mumford? |
| 06:26:09 | 4 | A.    Yes. |
| 06:26:11 | 5 | Q.    Now, Mumford, in its heyday, was, what, perhaps one-third |
| 06:26:18 | 6 | the size of Hearne? |
| 06:26:23 | 7 | A.    I don't know that, sir.  I assume you have your numbers |
| 06:26:26 | 8 | there.  But we were larger. |
| 06:26:28 | 9 | Q.    You have expressed concern about the number of transfers |
| 06:26:32 | 10 | going to Mumford. |
| 06:26:34 | 11 | A.    Uh-huh. |
| 06:26:34 | 12 | Q.    You said that they started off as a very small school |
| 1:26:38 | 13 | district, and they grew in size from the transfers.  Do you have |
| 06:26:41 | 14 | any idea how large they became? |
| 06:26:44 | 15 | A.    Two or 300, I think. |
| 06:26:47 | 16 | Q.    Well -- |
| 06:26:48 | 17 | A.    I just know what we had leaving us. |
| 06:26:52 | 18 | Q.    You didn't know what you had leaving us? |
| 06:26:54 | 19 | A.    I just know what -- the ones that left us. |
| 06:26:59 | 20 | Q.    You were testifying that the -- you thought that the |
| 06:27:04 | 21 | transfers began in the early '90s; is that correct? |
| 06:27:09 | 22 | A.    I think that's when they started. |
| 06:27:11 | 23 | Q.    So the transfers began before you were superintendent? |
| 06:27:16 | 24 | A.    Oh, yes, sir. |
| 06:27:17 | 25 | Q.    Do you know -- actually know where the transfers were going |

| | | |
|---|---|---|
| 06:27:22 | 1 | at that time prior to the time that you were superintendent? |
| 06:27:26 | 2 | A.    Some of them.  I know where some of them went. |
| 06:27:29 | 3 | Q.    Well, weren't some of them going to Gause and Milano? |
| 06:27:33 | 4 | A.    Yes, sir. |
| 06:27:33 | 5 | Q.    Do you actually have any knowledge that any were going to |
| 06:27:36 | 6 | Mumford at that time?  And I'm talking about the period of before |
| 06:27:40 | 7 | you became superintendent. |
| 06:27:41 | 8 | A.    Yes, sir.  Yes, I did. |
| 06:27:43 | 9 | Q.    And how many is that? |
| 06:27:45 | 10 | A.    How many students? |
| 06:27:46 | 11 | Q.    Yes. |
| 06:27:47 | 12 | A.    That were leaving -- let me go back now.  When I first |
| :27:52 | 13 | became superintendent. |
| 06:27:53 | 14 | Q.    No.  I'm talking about before you became superintendent. |
| 06:27:55 | 15 | You testified this morning that the transfers began in the early |
| 06:27:59 | 16 | '90s? |
| 06:27:59 | 17 | A.    Yes.  Uh-huh. |
| 06:28:00 | 18 | Q.    During that period of time, between the early '90s and 1996, |
| 06:28:04 | 19 | which I have presumed to be two to three years? |
| 06:28:07 | 20 | A.    Yeah.  It was not as many until 1992 was when I remember the |
| 06:28:14 | 21 | time I left. |
| 06:28:15 | 22 | Q.    In 1992? |
| 06:28:16 | 23 | A.    I think that's correct. |
| 06:28:19 | 24 | Q.    Where were they going? |
| 06:28:22 | 25 | A.    To those places, went to Mumford and Gause and -- Mumford |

| | | |
|---|---|---|
| 06:28:27 | 1 | and Gause. |
| 06:28:28 | 2 | Q.   What about Milano? |
| 06:28:29 | 3 | A.   I don't know.  I was still the elementary principal then. |
| 06:28:33 | 4 | Q.   Weren't you complaining about Milano in your letters to |
| 06:28:36 | 5 | the -- |
| 06:28:36 | 6 | A.   Yes, after I became superintendent. |
| 06:28:37 | 7 | Q.   Okay.  Tell the Court about Gause.  What kind of school |
| 06:28:40 | 8 | district is Gause? |
| 06:28:43 | 9 | A.   Through sixth grade.  They start at the primary and go |
| 06:28:45 | 10 | through sixth grade. |
| 06:28:47 | 11 | Q.   Have any white? |
| 06:28:48 | 12 | A.   Yes. |
| 1:28:49 | 13 | Q.   And has remained heavily white to the present day? |
| 06:28:54 | 14 | A.   I think so, sir. |
| 06:28:56 | 15 | Q.   You have been to Mumford?  You've been to Mumford schools a |
| 06:29:00 | 16 | number of times, have you not? |
| 06:29:02 | 17 | A.   Yes.  Two or three times, I would say. |
| 06:29:05 | 18 | Q.   And you are aware that the student body at Mumford that you |
| 06:29:10 | 19 | observed was a racially diverse student body; isn't that correct? |
| 06:29:18 | 20 | A.   I didn't look at the whole student body.  I just saw a few |
| 06:29:21 | 21 | of the kids, looking through doors, and things like that. |
| 06:29:24 | 22 | Q.   Well, just walking dawn the hall, you can look at the |
| 06:29:27 | 23 | classroom? |
| 06:29:28 | 24 | A.   I didn't see very many black students. |
| 06:29:32 | 25 | Q.   But you understand that they did have black students at |

| | | |
|---|---|---|
| 06:29:35 | 1 | Mumford? |
| 06:29:36 | 2 | A.   Oh, yes. |
| 06:29:36 | 3 | Q.   And certainly more than Gause.  You understood that, didn't |
| 06:29:39 | 4 | you? |
| 06:29:40 | 5 | A.   Yes. |
| 06:29:42 | 6 | Q.   And you understand that they had a substantial number of |
| 06:29:45 | 7 | Hispanic students? |
| 06:29:46 | 8 | A.   Yes. |
| 06:29:47 | 9 | Q.   Always did have a substantial number of Hispanic students? |
| 06:29:50 | 10 | A.   I don't know.  But I just know that they had -- during this |
| 06:29:52 | 11 | time, they had a lot of Hispanic students. |
| 06:29:58 | 12 | Q.   And in 19 -- so you understand that Mumford has historically |
| 1:30:07 | 13 | been, and is today, a minority-majority school district? |
| 06:30:20 | 14 |         MR. CASPAR:  Object to the form of the question as |
| 06:30:20 | 15 | vague, ambiguous. |
| 06:30:20 | 16 | A.   Did I understand -- |
| 06:30:21 | 17 | Q.   (BY MR. FELDMAN) Do you understand that Mumford has been, |
| 06:30:24 | 18 | and remains today, a minority-majority school district? |
| 06:30:28 | 19 | A.   No, sir, I don't. |
| 06:30:29 | 20 | Q.   You did not know that? |
| 06:30:31 | 21 | A.   Not for a fact because I don't -- |
| 06:30:35 | 22 | Q.   Well, with respect to the matter of the transfers going out, |
| 06:30:39 | 23 | would it have made any difference? |
| 06:30:41 | 24 | A.   You said till today.  See, I don't know, really, what today. |
| 6:30:45 | 25 | Q.   While you were superintendent there. |

```
06:30:45    1    A.    While I was superintendent?

06:30:47    2    Q.    Yes.

06:30:48    3    A.    I think there were many Hispanic students.

06:30:52    4    Q.    You know, do you not, sir, that during the time that you

06:30:54    5    were superintendent at Hearne from 1996 to 2002 that the number

06:31:03    6    of minorities at Mumford I.S.D. exceeded the number of white

06:31:08    7    students?

06:31:09    8    A.    I didn't know that.

06:31:10    9    Q.    You did not know that?

06:31:11   10    A.    No, sir.

06:31:16   11    Q.    Would it surprise you if that's what the statistics show?

06:31:20   12    A.    Not really.

06:31:25   13    Q.    Mumford was K through eight for a long time, was it not?

06:31:30   14    A.    Yes, sir.

06:31:31   15    Q.    Mumford did not actually begin to take on high school grades

06:31:36   16    until 1998-'99; is that also correct?

06:31:43   17    A.    I think so.

06:31:45   18    Q.    In fact, 1998-'99 was when they added a ninth grade.  You

06:31:52   19    understand, then, that they added the next -- they added a tenth

06:31:57   20    grade in '99-2000.  Do you understand that?

06:32:01   21    A.    Right.  I remember the superintendent telling us.

06:32:02   22    Q.    The eleventh grade in 2000-2001 and the twelfth grade in

06:32:07   23    2001-2002.  Do you understand that?

06:32:13   24    A.    Yes.  I had been told that.

06:32:15   25    Q.    And in 1997-'98, Mumford, which had been an old, old school
```

| | | |
|---|---|---|
| 06:32:25 | 1 | house, opened up a new building, did it not? |
| 06:32:32 | 2 | A.   And the year again, sir, was? |
| 06:32:34 | 3 | Q.   '97-'98. |
| 06:32:36 | 4 | A.   I would assume that's correct.  I don't know for sure. |
| 06:32:41 | 5 | Q.   At the time that Mumford opened up this brand-new building |
| 06:32:44 | 6 | to educate students K through eight, what was the state of |
| 06:32:50 | 7 | facilities at Hearne I.S.D? |
| 06:32:54 | 8 |           THE COURT:  I didn't hear the question. |
| 06:32:55 | 9 | Q.   (BY MR. FELDMAN) What was the state of facilities at Hearne |
| 06:32:57 | 10 | I.S.D? |
| 06:33:01 | 11 | A.   Well, the facilities had been there a long time. |
| 06:33:08 | 12 | Q.   Well, how long is a long time? |
| 5:33:11 | 13 | A.   The high school section of the high school was built in |
| 06:33:15 | 14 | 1972, I think. |
| 06:33:17 | 15 | Q.   Wasn't the original construction of the high school in 1960? |
| 06:33:31 | 16 | A.   That would have been the year I graduated from high school. |
| 06:33:33 | 17 | I think thereabouts. |
| 06:33:34 | 18 | Q.   All right. |
| 06:33:35 | 19 | A.   I could -- |
| 06:33:37 | 20 | Q.   So by the time Mumford opened up its new school in '97-'98, |
| 06:33:42 | 21 | the high school was 36, 37 years old at Hearne? |
| 06:33:47 | 22 | A.   Yes. |
| 06:33:47 | 23 | Q.   What about Blackshear, where you were principal?  When was |
| 06:33:52 | 24 | Blackshear built? |
| 06:33:53 | 25 | A.   One part of it built was as far -- we trace back to 1935. |

| | | |
|---|---|---|
| 06:33:58 | 1 | Q. And you say one part of it was built. |
| 06:34:02 | 2 | A. Right. That's the oldest part. Some of it burned down over |
| 06:34:06 | 3 | the years. The oldest part, I think we traced back to as early |
| 06:34:14 | 4 | as 1935. |
| 06:34:15 | 5 | Q. And is that still being used today? |
| 06:34:17 | 6 | A. Yes. |
| 06:34:18 | 7 | Q. And Mumford, obviously, and its new building was educating |
| 06:34:25 | 8 | the same grade level students as you had at Blackshear, was it |
| 06:34:31 | 9 | not? |
| 06:34:32 | 10 | A. Yes. |
| 06:34:34 | 11 | Q. Well, I'm curious. I'm curious, Mr. McDaniel. If you had a |
| 06:34:40 | 12 | -- if one of your children was going to an elementary school that |
| 1:34:47 | 13 | had been built approximately 70 years before your child went to |
| 06:34:54 | 14 | school and your child also had an opportunity to go to a |
| 06:35:00 | 15 | brand-new school house, is that something that as a parent you |
| 06:35:05 | 16 | would give consideration to? |
| 06:35:09 | 17 | A. No, sir. |
| 06:35:11 | 18 | Q. So the state-of-the-art of the facility would not be an |
| 06:35:14 | 19 | issue that you, as a parent, would consider? |
| 06:35:21 | 20 | MR. CASPAR: Objection. Asked and answered. |
| 06:35:23 | 21 | A. No, sir. I would consider the teaching staff. Learning |
| 06:35:30 | 22 | would be first and foremost important. |
| 06:35:33 | 23 | Q. (BY MR. FELDMAN) But is it your testimony, before this |
| 06:35:35 | 24 | court, that facilities don't matter? |
| 06:35:37 | 25 | A. Oh, no, sir. The first priority, if they talk to me about |

| | | |
|---|---|---|
| 06:35:43 | 1 | that, then I want to know about the teachers. |
| 06:35:45 | 2 | Q.   All right.  But you'd also like to know what the state of |
| 06:35:47 | 3 | the facility are, wouldn't you? |
| 06:35:49 | 4 | A.   Oh, yes, sir. |
| 06:35:50 | 5 | Q.   That was certainly significant to you as principal of |
| 06:35:53 | 6 | Blackshear, wasn't it? |
| 06:35:54 | 7 | A.   Yes, sir. |
| 06:35:54 | 8 | Q.   Wouldn't you far have preferred to be in a modern elementary |
| 06:35:58 | 9 | school building? |
| 06:36:07 | 10 | A.   Not necessarily.  We worked and made that one look very |
| 06:36:07 | 11 | nice.  I did it myself. |
| 06:36:08 | 12 | Q.   But certainly a significant part of your time as |
| :36:12 | 13 | administrator and as a superintendent was spent on issues |
| 06:36:16 | 14 | relating to facilities, wasn't it? |
| 06:36:19 | 15 | A.   Yes, sir. |
| 06:36:23 | 16 | Q.   Now, in terms of other thing -- or other comparisons or |
| 06:36:28 | 17 | elements that one compares school districts with, you've already |
| 06:36:33 | 18 | testified that the administrative staff was substantially larger |
| 06:36:36 | 19 | at Hearne. |
| 06:36:38 | 20 | What about teacher salaries?  You talked about the |
| 06:36:46 | 21 | teaching staff being important.  That if you were a parent, you |
| 06:36:50 | 22 | would be first concerned about the quality of the teaching staff? |
| 06:36:55 | 23 | Mumford has historically paid its teachers more than |
| 06:36:59 | 24 | Hearne has, hasn't it? |
| ,6:37:01 | 25 | A.   I think that's correct. |

06:37:03   1   Q.   Well, don't you think the amount of money that you pay in

06:37:05   2   salary to a teacher can have an effect on the quality of teacher

06:37:09   3   that you attract?

06:37:11   4   A.   It could have.

06:37:14   5   Q.   And if you were a parent and you had -- your child was going

06:37:20   6   to a school district where you thought the teaching staff or

06:37:25   7   school, rather, where you thought the teaching staff was not as

06:37:27   8   good as that which would be -- could be found in another school,

06:37:33   9   in a different school district, would you give consideration to

06:37:38   10   possibly transferring your student?

06:37:40   11   A.   I would give consideration, yes, sir.

06:37:46   12   Q.   As a parent that would be a matter of concern, would it not?

1:37:49   13   A.   The teaching staff would be most concern, yes.

06:37:52   14   Q.   And if you're a parent, regardless of race, whether you're

06:37:55   15   white, black, Hispanic, if you believe that you could transfer

06:37:58   16   your child to another school, in a different school district

06:38:02   17   where they would receive a better quality education because of

06:38:06   18   the teaching staff, you would certainly give consideration to

06:38:10   19   that, would you not?

06:38:12   20         MR. CASPAR:   Object to the relevance of the question.

06:38:14   21         THE COURT:   Did I hear an objection?

06:38:16   22         MR. CASPAR:   Your Honor, I object to the relevance of

06:38:17   23   the question.

06:38:18   24         THE COURT:   I overrule the objection.  Go ahead and

06:38:22   25   answer the question.

| | | |
|---|---|---|
| 06:38:23 | 1 | A.    All right.   Let's see now.   Can you ask again, sir?   Can you |
| 06:38:28 | 2 | give me that question again, please? |
| 06:38:30 | 3 | Q.    (BY MR. FELDMAN)   Certainly.   If you are a parent whether you |
| 06:38:32 | 4 | are white, black, brown, and you have an opportunity to transfer |
| 06:38:41 | 5 | your student to a school district that has a teaching staff that |
| 06:38:46 | 6 | was superior to the one that you're -- to the school that your |
| 06:38:50 | 7 | child is in, you would -- you would give consideration to that, |
| 06:38:54 | 8 | would you not? |
| 06:38:57 | 9 | A.    Maybe a little bit of consideration. |
| 06:39:02 | 10 | Q.    What about the sports programs at Hearne?   Hearne offers the |
| 06:39:09 | 11 | complete array of sports that the State of Texas can offer, does |
| 06:39:15 | 12 | it not? |
| :39:16 | 13 | A.    Yes, sir.   That's correct. |
| 06:39:17 | 14 | Q.    It has a significant football program? |
| 06:39:21 | 15 | A.    Yes, football. |
| 06:39:21 | 16 | Q.    Basketball program? |
| 06:39:22 | 17 | A.    Yes. |
| 06:39:23 | 18 | Q.    Baseball program; is that correct? |
| 06:39:27 | 19 | A.    When I was there, yes, we did, uh-huh. |
| 06:39:29 | 20 | Q.    Those big white kids that you referred to earlier in your |
| 06:39:35 | 21 | testimony? |
| 06:39:35 | 22 | A.    Yes. |
| 06:39:36 | 23 | Q.    That you were losing to transfers -- |
| 06:39:38 | 24 | A.    Yes -- |
| J6:39:38 | 25 | Q.    -- to Mumford, is -- |

| | | |
|---|---|---|
| 06:39:41 | 1 | A.   -- they were leaving Hearne. |
| 06:39:43 | 2 | Q.   Well, were these big white kids going to Mumford? |
| 06:39:48 | 3 | A.   No.  I think they were transferring out of Hearne I.S.D. |
| 06:39:52 | 4 | Q.   It wouldn't make much sense if these big white jocks were |
| 06:39:55 | 5 | going to Mumford, would it? |
| 06:39:57 | 6 | A.   No.  That -- I'd say they were transferring out of Hearne. |
| 06:40:01 | 7 | Q.   They don't have a football program at Mumford, do they? |
| 06:40:04 | 8 | A.   No. |
| 06:40:04 | 9 | Q.   In fact, what Mumford's reputation is is that their emphasis |
| 06:40:08 | 10 | is all academics; isn't that the reputation? |
| 06:40:14 | 11 | A.   I don't think so. |
| 06:40:16 | 12 | Q.   Does it have a sports program to speak of? |
| :40:19 | 13 | A.   Yes.  Basketball program.  I've seen them on the classroom |
| 06:40:26 | 14 | champions on TV.  Turn the TV on, there they are. |
| 06:40:31 | 15 | Q.   But that's only over the last couple of years, isn't it? |
| 06:40:34 | 16 | A.   I was speaking about earlier when I made that statement, |
| 06:40:36 | 17 | much earlier. |
| 06:40:38 | 18 | Q.   You were speaking about what? |
| 06:40:39 | 19 | A.   When we lost the big white kids, when my children were in |
| 06:40:41 | 20 | school and played football. |
| 06:40:46 | 21 | Q.   What was that, the '70s, the '80s? |
| 06:40:50 | 22 | A.   '80s, uh-huh, yes. |
| 06:40:51 | 23 | Q.   You're not complaining about -- where were the kids |
| 06:40:55 | 24 | transferring to in the '80s?  Where were students from Hearne |
| ᴜ6:41:01 | 25 | transferring to in the 1980s? |

| | | |
|---|---|---|
| 06:41:05 | 1 | A.   Okay.   Maybe I misunderstood what you said, then. |
| 06:41:07 | 2 | Q.   You testified this morning that you were talking about -- |
| 06:41:12 | 3 | A.   I'm talking about now.   I'm talking about now and that we |
| 06:41:15 | 4 | don't have.   I've heard parents talk about that, and then, people |
| 06:41:20 | 5 | in the community, all about white kids that go on.   We don't have |
| 06:41:31 | 6 | them in the athletic programs anymore, like we used to. |
| 06:41:31 | 7 | Q.   Well, you made a specific mention of the big white kids? |
| 06:41:31 | 8 | A.   Yes, sir. |
| 06:41:31 | 9 | Q.   That's right.   And those big white kids are not going |
| 06:41:34 | 10 | Mumford I.S.D? |
| 06:41:35 | 11 | A.   Okay. |
| 06:41:35 | 12 | Q.   Isn't that correct? |
| 1:41:37 | 13 | A.   I don't know, sir. |
| 06:41:38 | 14 | Q.   Well, if it's a football player, can you imagine why they |
| 06:41:41 | 15 | would transfer to a school that doesn't have a football program? |
| 06:41:44 | 16 | A.   Well, now, they have -- they probably have some there.   They |
| 06:41:48 | 17 | play basketball and they have other sports. |
| 06:41:52 | 18 | Q.   But I thought you were referring to the football team in |
| 06:41:56 | 19 | particular? |
| 06:41:57 | 20 | A.   Yeah, but I don't think that I testified that they were |
| 06:41:58 | 21 | going to Mumford. |
| 06:41:59 | 22 | Q.   So the Robertson County is known for all of its tall white |
| 06:42:05 | 23 | basketball players? |
| 06:42:05 | 24 | A.   No.   They're -- yes.   Not all of them, but they have some |
| 06:42:09 | 25 | good basketball players, Robertson County.   Got white basketball |

128

| | | |
|---|---|---|
| 06:42:15 | 1 | players. |
| 06:42:16 | 2 | Q.   I thought you were talking about when you were the |
| 06:42:18 | 3 | superintendent of the school district -- |
| 06:42:19 | 4 | A.   Yes. |
| 06:42:20 | 5 | Q.   -- from 1996 to 2001? |
| 06:42:22 | 6 | A.   Yes. |
| 06:42:22 | 7 | Q.   Did Mumford even have a basketball program during those |
| 06:42:25 | 8 | years? |
| 06:42:26 | 9 | A.   I think they started one. |
| 06:42:28 | 10 | Q.   Well, they only reached the junior year by the time you |
| 06:42:35 | 11 | retired. |
| 06:42:35 | 12 | A.   They hired one of the personnel, the head coach of |
| 5:42:40 | 13 | basketball, I think, is what I was told -- is what the employee |
| 06:42:42 | 14 | told me. |
| 06:42:44 | 15 | Q.   But in 2001, by the time you retired, Mumford High School |
| 06:42:49 | 16 | only went through the junior year.  They didn't have a regular |
| 06:42:55 | 17 | varsity basketball team at that time, did they? |
| 06:43:00 | 18 | A.   I don't know what the young man was hired for, but he told |
| 06:43:03 | 19 | me that was what he was going to help the coach basketball. |
| 06:43:06 | 20 | Q.   Objection.  Nonresponsive. |
| 06:43:07 | 21 |         THE COURT:   I overrule the objection. |
| 06:43:11 | 22 | Q.   (BY MR. FELDMAN) Mr. McDaniel? |
| 06:43:13 | 23 | A.   Yes, sir. |
| 06:43:14 | 24 | Q.   I just want to try and understand your testimony. |
| 06:43:16 | 25 | A.   All right. |

| | | |
|---|---|---|
| 06:43:18 | 1 | Q.   You said in your testimony this morning that the big white |
| 06:43:21 | 2 | kids were transferring to Mumford.   Now you say what you really |
| 06:43:25 | 3 | meant was that they were transferring but not necessarily to |
| 06:43:28 | 4 | Mumford? |
| 06:43:30 | 5 | A.   I said they were transferring to Mumford, sir? |
| 06:43:32 | 6 | Q.   That was my understanding of your testimony. |
| 06:43:34 | 7 | MR. CASPAR:   Objection.   Mischaracterizing the witness' |
| 06:43:36 | 8 | testimony. |
| 06:43:38 | 9 | Q.   (BY MR. FELDMAN) As you sit here today -- |
| 06:43:41 | 10 | MR. CASPAR:   My objection is he's mischaracterizing the |
| 06:43:44 | 11 | witness' prior testimony. |
| 06:43:47 | 12 | THE COURT:   I'm not hearing it.   What did you say? |
| 5:43:48 | 13 | MR. CASPAR:   I'm sorry, your Honor.   I just object to |
| 06:43:51 | 14 | counsel's mischaracterizing the witness' prior testimony. |
| 06:43:54 | 15 | THE COURT:   Mischaracterization.   I'll overrule the |
| 06:43:58 | 16 | objection.   Go ahead.   Let's get this over with. |
| 06:44:01 | 17 | MR. FELDMAN:   Yes, your Honor. |
| 06:44:02 | 18 | Q.   (BY MR. FELDMAN) Well, you were speaking -- just tell me |
| 06:44:05 | 19 | this.   Were you speaking to the time that you were the |
| 06:44:07 | 20 | superintendent from '96 to 2001? |
| 06:44:09 | 21 | A.   That's when I heard those comments, yes. |
| 06:44:13 | 22 | Q.   I would like to direct your attention to some exhibits.   If |
| 06:44:20 | 23 | you can find -- there are some exhibit notebooks that I'm going |
| 06:44:23 | 24 | to reference you to. |
| 06:44:36 | 25 | And, firstly, I would like for you to look at Exhibit |

| | | |
|---|---|---|
| 06:44:41 | 1 | 202.  Your Honor, may I approach?  I'm sorry. |
| 06:44:45 | 2 | THE COURT:  Yes. |
| 06:45:21 | 3 | MR. CASPAR:  Your Honor, the United States objected to |
| 06:45:24 | 4 | Exhibit 202 on relevance grounds. |
| 06:45:27 | 5 | MR. FELDMAN:  Your Honor, Exhibit 202 is the 2002 |
| 06:45:31 | 6 | district accountability data for the Hearne Independent School |
| 06:45:35 | 7 | District that is published by the Texas Education Agency and is a |
| 06:45:40 | 8 | matter of public record.  Mr. Caspar, this morning, elicited |
| 06:45:47 | 9 | testimony from the witness about the number of dropouts that they |
| 06:45:52 | 10 | were experiencing and how -- why that came about, and what effect |
| 06:45:58 | 11 | it had. |
| 06:46:00 | 12 | Well, these documents speak directly to that issue. |
| 1:46:03 | 13 | THE COURT:  Oh, well, I overrule the objection.  Go |
| 06:46:06 | 14 | ahead. |
| 06:46:08 | 15 | MR. FELDMAN:  Your Honor, we would offer 202 into |
| 06:46:09 | 16 | evidence. |
| 06:46:11 | 17 | THE COURT:  It's already been admitted, as I understood |
| 06:46:12 | 18 | -- you objected, you say? |
| 06:46:13 | 19 | MR. CASPAR:  That's right, your Honor. |
| 06:46:16 | 20 | THE COURT:  And your objection is what? |
| 06:46:18 | 21 | MR. CASPAR:  Relevance, your Honor.  We don't see how |
| 06:46:20 | 22 | it's relevant to this case. |
| 06:46:21 | 23 | THE COURT:  Well, I'll overrule the objection.  It will |
| 06:46:23 | 24 | be admitted. |
| J6:46:25 | 25 | Q.  (BY MR. FELDMAN) Do you have the document before you, Mr. |

06:46:27   1   McDaniel?

06:46:28   2   A.   202, sir?

06:46:29   3   Q.   Yes, sir.

06:46:29   4   A.   Yes, sir.

06:46:32   5   Q.   Do you see that that is the 2001 District Accountability

06:46:34   6   Data Table?

06:46:35   7   A.   Yes, sir.

06:46:36   8   Q.   And it shows that in the year 1999-2000, Hearne I.S.D. had a

06:46:47   9   significant number of dropouts, did it not?

06:46:58   10   A.   1999-2000.  I see 1998-'99.  It's more than one sheet.

06:47:04   11   Q.   It's right there on the first page.

06:47:06   12        MR. CASPAR:  I object to the form of the question in

5:47:08   13   terms of significant.  I don't know what counsel means by

06:47:10   14   significant.

06:47:11   15   Q.   (BY MR. FELDMAN) Well, as a result of -- I'm sorry, your

06:47:13   16   Honor.

06:47:13   17   A.   I have it.

06:47:14   18        THE COURT:  Well, it shows a dropout rate of 1.8

06:47:16   19   percent.

06:47:17   20        MR. FELDMAN:  Your Honor, that's for '98 and '99.  If

06:47:20   21   you look at '99-2000, which is on the left-hand side, you see

06:47:24   22   much bigger numbers.

06:47:27   23        THE COURT:  All right.  It says, all students, 7.1

06:47:29   24   percent, African-Americans, 8.8 percent, Hispanic, 8.1 percent,

06:47:36   25   white, 2.2 percent.

| | | |
|---|---|---|
| 06:47:38 | 1 | MR. FELDMAN:  That is correct.  It also shows that from |
| 06:47:41 | 2 | '98-'99 to '99-2000, the number of students who dropped out of |
| 06:47:49 | 3 | the school district increased from 11 to 42. |
| 06:47:55 | 4 | THE COURT:  Where is that? |
| 06:47:57 | 5 | MR. FELDMAN:  Right there, the very first line where it |
| 06:48:00 | 6 | says, "All students."  If you look at '99-2000, it shows number |
| 06:48:05 | 7 | of dropouts, 42.  You go five columns to the right under '98 and |
| 06:48:10 | 8 | '99, it shows number of dropouts, 11. |
| 06:48:14 | 9 | THE COURT:  All right.  Go ahead. |
| 06:48:17 | 10 | Q.   (BY MR. FELDMAN) So the number of dropouts at Hearne from |
| 06:48:22 | 11 | '98-'99 to '99-2000 nearly quadrupled; isn't that right? |
| 06:48:28 | 12 | A.   Yes. |
| 5:48:29 | 13 | Q.   And as a result of that, Hearne was declared to be |
| 06:48:35 | 14 | academically unacceptable by the Texas Education Agency; is that |
| 06:48:39 | 15 | right? |
| 06:48:40 | 16 | A.   Because of dropouts. |
| 06:48:41 | 17 | Q.   Yes. |
| 06:48:41 | 18 | A.   Not academically. |
| 06:48:44 | 19 | Q.   Yes. |
| 06:48:45 | 20 | A.   Correct. |
| 06:48:48 | 21 | Q.   That is true.  And this declaration was made in 2001, was it |
| 06:48:52 | 22 | not? |
| 06:48:53 | 23 | A.   Yes, sir. |
| 06:48:55 | 24 | Q.   And in -- the year 2001, Hearne Independent School District |
| 06:49:00 | 25 | was the only school district in the State of Texas that was rated |

| | | |
|---|---|---|
| 06:49:04 | 1 | academically unacceptable; is that true? |
| 06:49:08 | 2 | A.    Due to dropouts, yes, sir. |
| 06:49:09 | 3 | Q.    It was the only school district in the state rated |
| 06:49:14 | 4 | academically unacceptable; is that true? |
| 06:49:21 | 5 | A.    No, sir. |
| 06:49:21 | 6 | Q.    You thought there were others? |
| 06:49:22 | 7 | A.    No.  It was due to dropouts. |
| 06:49:24 | 8 | Q.    I understand it was due to your dropouts.  But I'm asking |
| 06:49:27 | 9 | you, sir, do you know any other school district in the State of |
| 06:49:29 | 10 | Texas -- |
| 06:49:29 | 11 | A.    No, sir. |
| 06:49:30 | 12 | Q.    -- in the year 2001 that was rated academically |
| 5:49:34 | 13 | unacceptable? |
| 06:49:34 | 14 | A.    No, sir. |
| 06:49:34 | 15 | Q.    So Hearne I.S.D. -- |
| 06:49:37 | 16 |         MR. HEPWORTH:  Objection, your Honor.  This has been |
| 06:49:38 | 17 | asked three times now. |
| 06:49:39 | 18 |         THE COURT:  Yes.  I understand. |
| 06:49:41 | 19 |         MR. FELDMAN:  Your Honor, I apologize.  I wanted to |
| 06:49:43 | 20 | make sure that the record was clear. |
| 06:49:44 | 21 | A.    It was due to dropouts, sir. |
| 06:49:48 | 22 | Q.    (BY MR. FELDMAN) Now, you testified this morning -- |
| 06:49:49 | 23 |         THE COURT:  Well, let me ask a question of the witness. |
| 06:49:55 | 24 | In this report indicates that the quality of the academic |
| J6:50:01 | 25 | instruction had declined? |

134

06:50:03   1           THE WITNESS:  No, sir.

06:50:04   2           THE COURT:  All right.  Go ahead.

06:50:06   3   Q.   (BY MR. FELDMAN) You testified this morning, though, that

06:50:09   4   your TAAS scores were going down as a result of transfers, did

06:50:14   5   you not?  Didn't you testify that while you were superintendent,

06:50:20   6   your TAAS scores, your testing scores required by the state, were

06:50:26   7   going down because of transfers?

06:50:31   8   A.   I don't remember stating it in those terms.

06:50:34   9   Q.   Well, were -- was the TAAS performance or the TAAS scores --

06:50:40  10   and today, of course, we call it TAKS.  Back when you were

06:50:44  11   superintendent it was TAAS?

06:50:45  12   A.   Yes.

:50:46  13   Q.   During your period of time as superintendent, did those

06:50:49  14   scores go down?

06:50:53  15   A.   For some groups, but not all.  In some they went up.

06:50:58  16   Q.   So is it fair to draw any kind of connection between the

06:51:06  17   student transfers going out of Hearne and the changing data of

06:51:14  18   the Hearne test scores?

06:51:17  19   A.   I think there could be.

06:51:20  20   Q.   Well, do you know that there is?

06:51:23  21   A.   Well, when you take the students who normally would pass all

06:51:31  22   of the TAAS tests and you invite those to go to another district,

06:51:35  23   then that takes away some of those who would have in our count.

06:51:41  24   Q.   When you say you invite those who were doing better to go to

06:51:46  25   another school district, well, you'd be talking about inviting

| | | |
|---|---|---|
| 06:51:51 | 1 | those whether they're white, black or brown? |
| 06:51:56 | 2 | A.   Yes. |
| 06:51:57 | 3 | Q.   So, sir, let me show you a poster board. |
| 06:52:06 | 4 | A.   Yes, sir. |
| 06:52:07 | 5 | Q.   Which is a -- |
| 06:52:09 | 6 | THE COURT:  Doctor, can you see that? |
| 06:52:10 | 7 | THE WITNESS:  Yes, sir. |
| 06:52:12 | 8 | MR. FELDMAN:  Your Honor, I'll be glad to put this in a |
| 06:52:14 | 9 | different position if the Court wants me to. |
| 06:52:16 | 10 | THE COURT:  Go ahead. |
| 06:52:26 | 11 | Q.   (BY MR. FELDMAN) This chart, which is an exhibit of the |
| 06:52:32 | 12 | United States of America in this case, No. 237 -- I believe you |
| :52:37 | 13 | have 237 in your book before you, which might help you a little |
| 06:52:42 | 14 | bit. |
| 06:52:42 | 15 | A.   237.  Seems like I'm stopping at 224.  I'm stopping at 224. |
| 06:52:56 | 16 | But I can see that, though.  Am I supposed to be? |
| 06:53:05 | 17 | Q.   Here you go. |
| 06:53:22 | 18 | A.   I have it, sir. |
| 06:53:24 | 19 | Q.   All right, sir.  This is the first page of that exhibit |
| 06:53:29 | 20 | which reflects the ethnicity data of Hearne I.S.D. for the |
| 06:53:37 | 21 | '96-'97 through the '98-'99 school years.  Do you see that, sir? |
| 06:53:41 | 22 | A.   Yes, sir. |
| 06:53:42 | 23 | Q.   That was the first three years of your superintendency ; is |
| 06:53:49 | 24 | that correct? |
| ʋ6:53:50 | 25 | A.   '96 through -- yes, sir. |

| | | |
|---|---|---|
| 06:53:52 | 1 | Q.   If you focus on 1998-'99, there would be the first year |
| 06:53:59 | 2 | where there appears to be accurate data with respect to outgoing |
| 06:54:04 | 3 | transfers from Hearne I.S.D.; is that true? |
| 06:54:11 | 4 | A.   Let's see, outgoing, yes, sir. |
| 06:54:13 | 5 | Q.   And do you notice, sir, that out of a residential population |
| 06:54:19 | 6 | of 487 Hispanic students that 102 were transferring? |
| 06:54:29 | 7 | A.   Yes, sir. |
| 06:54:30 | 8 | Q.   So, approximately, 20 percent of the available Hispanic |
| 06:54:36 | 9 | student body in the community of Hearne was going -- they were |
| 06:54:40 | 10 | going to a different school district? |
| 06:54:43 | 11 | A.   Yes, sir. |
| 06:54:43 | 12 | Q.   Now, is it your testimony that those 102, the approximately |
| ?:54:50 | 13 | 20 percent who didn't want to go, or chose not to go, to Hearne |
| 06:54:53 | 14 | were academically advanced? |
| 06:55:01 | 15 | A.   I'm not -- no, I'm not saying that. |
| 06:55:03 | 16 | Q.   Well, you were saying it was the better students that were |
| 06:55:06 | 17 | transferring out. |
| 06:55:06 | 18 | A.   According to the information that I've read. |
| 06:55:12 | 19 | Q.   What information was that? |
| 06:55:13 | 20 | A.   I read something once that showed that someone was making |
| 06:55:18 | 21 | the -- well, they were advertising that you have good TAAS |
| 06:55:25 | 22 | scores, and you're not discipline problems, and good attendance. |
| 06:55:33 | 23 | THE COURT:   Well, you're referring to that document |
| 06:55:35 | 24 | that's been previously referred to. |
| 06:55:37 | 25 | THE WITNESS:   Yes, sir. |

| | | |
|---|---|---|
| 06:55:38 | 1 | THE COURT:  Where the Mumford School District was |
| 06:55:43 | 2 | saying that they would accept transfers on certain conditions? |
| 06:55:47 | 3 | THE WITNESS:  Yes, sir. |
| 06:55:48 | 4 | Q.  (BY MR. FELDMAN) Do you understand, sir, that that document |
| 06:55:53 | 5 | was published in '98-'99 school year? |
| 06:56:00 | 6 | A.  I don't remember the year. |
| 06:56:01 | 7 | Q.  Wasn't it the first year that Mumford was offering the ninth |
| 06:56:06 | 8 | grade? |
| 06:56:08 | 9 | A.  I don't even know that, sir. |
| 06:56:09 | 10 | Q.  Well, would it make a difference to you if that document, |
| 06:56:14 | 11 | although we will -- the evidence will show it was never enforced |
| 06:56:17 | 12 | -- would it make a difference to you that that was just for ninth |
| :56:23 | 13 | graders? |
| 06:56:27 | 14 | A.  It could have been. |
| 06:56:29 | 15 | Q.  So there would have been no solicitation of students at the |
| 06:56:30 | 16 | lower grades where TAAS testing takes place? |
| 06:56:38 | 17 | THE COURT:  What is your question? |
| 06:56:39 | 18 | MR. FELDMAN:  I'm asking -- the witness has testified |
| 06:56:43 | 19 | that better academically performing students were solicited |
| 06:56:49 | 20 | because he believes that because of this document that referred |
| 06:56:54 | 21 | to ninth graders in '98-'99, the first year. |
| 06:56:59 | 22 | THE COURT:  Does it state in the document that it has |
| 06:57:00 | 23 | to do with ninth grade? |
| 06:57:02 | 24 | MR. FELDMAN:  Yes, sir.  The evidence will show that. |
| 06:57:04 | 25 | We haven't gotten to that yet, but it does. |

| 06:57:07 | 1 | THE COURT:  Well, does the document itself state that? |
| 06:57:10 | 2 | That's what I'm asking. |
| 06:57:11 | 3 | MR. FELDMAN:  It references the new ninth grade.  In |
| 06:57:14 | 4 | connection with TAKS -- excuse me, TAAS testing. |
| 06:57:20 | 5 | THE COURT:  I'll look at it, counsel. |
| 06:57:22 | 6 | Q.   (BY MR. FELDMAN) What about the 34 black students who in |
| 06:57:28 | 7 | 1998-'99 chose not to attend Hearne I.S.D?  Were those the better |
| 06:57:37 | 8 | black students? |
| 06:57:40 | 9 | A.   The ones I remember were. |
| 06:57:44 | 10 | Q.   Well, why do you suppose better black students would choose |
| 06:57:49 | 11 | to leave Hearne I.S.D? |
| 06:57:51 | 12 | A.   I don't know.  But I know one thing.  I know one parent told |
| 1:57:53 | 13 | me while I was a parent -- parent of a black student came in with |
| 06:57:59 | 14 | an article from the Houston Chronicle that said smaller schools |
| 06:58:02 | 15 | are better.  She says, so it's nothing against you, Mr. McDaniel, |
| 06:58:07 | 16 | I'm going to take them to Mumford.  I grew up there, so I'm going |
| 06:58:10 | 17 | to take them to Mumford.  So that's what was said.  Now, one, |
| 06:58:13 | 18 | this was a student that was a very good student. |
| 06:58:15 | 19 | Q.   Smaller schools are better? |
| 06:58:17 | 20 | A.   That's what she said was her reason. |
| 06:58:19 | 21 | Q.   Do you agree with that? |
| 06:58:19 | 22 | A.   No. |
| 06:58:22 | 23 | Q.   So other than that anecdotal remark of the one parent, you |
| 06:58:28 | 24 | have no knowledge as to whether or not the black students who |
| 06:58:31 | 25 | were leaving -- who were exempt, for example, left Hearne in |

| | | |
|---|---|---|
| 06:58:38 | 1 | '1998-'99, were better acidemically performing students? |
| 06:58:52 | 2 | A.   Some were, but they came back to me. |
| 06:58:52 | 3 | Q.   Oh, okay.  So the only evidence you have as to why they |
| 06:58:52 | 4 | left, in the first place, was the -- what this parent commented |
| 06:58:54 | 5 | to you about? |
| 06:58:56 | 6 | A.   No. |
| 06:58:56 | 7 | Q.   Is that it? |
| 06:58:57 | 8 | A.   That was one.  I just remember that specific incident.  This |
| 06:58:59 | 9 | is what he told me.  Then, you asked about the black students and |
| 06:59:02 | 10 | that's what she told me.  But then, some of those that who |
| 06:59:05 | 11 | weren't good students left, but they were sent back to me while I |
| 06:59:09 | 12 | was principal. |
| 1:59:10 | 13 | Q.   So some of them came back? |
| 06:59:12 | 14 | A.   Yes, sir. |
| 06:59:13 | 15 | Q.   Were they from Mumford? |
| 06:59:14 | 16 | A.   No.  They were from Hearne. |
| 06:59:16 | 17 | Q.   No.  Excuse me.  I'm sorry.  Did they transfer to Mumford |
| 06:59:19 | 18 | and then, they came back to Hearne? |
| 06:59:20 | 19 | A.   Yes, sir. |
| 06:59:22 | 20 | Q.   Were they transferred -- |
| 06:59:23 | 21 | A.   They were already in Hearne at Blackshear School, and they |
| 06:59:26 | 22 | left black and went to Mumford.  Stayed a while but then, came |
| 06:59:29 | 23 | back. |
| 06:59:30 | 24 | Q.   They came back because the -- so when you testified that you |
| 06:59:35 | 25 | were losing through the transfers, you were losing the better |

| 06:59:40 | 1 | academically performing students, well, that was not consistently |
| 06:59:45 | 2 | the case at all, was it? |
| 06:59:47 | 3 | A.   For the biggest part, yes. |
| 06:59:48 | 4 | Q.   And what evidence do you have to show that?  What evidence |
| 06:59:53 | 5 | can you point us to to show that the transfer students that you |
| 06:59:57 | 6 | lost while you were superintendent from '96-'97 to 2000-2001 were |
| 07:00:02 | 7 | the better performing students? |
| 07:00:06 | 8 | A.   That's who they kept based on that.  They sent some back to |
| 07:00:11 | 9 | me.   They weren't good -- |
| 07:00:12 | 10 | Q.   My point to you, sir -- they sent you back the good |
| 07:00:15 | 11 | performing students? |
| 07:00:16 | 12 | A.   The ones that weren't good, the behavior problems. |
| 7:00:18 | 13 | Q.   I thought you just testified that they sent the good ones |
| 07:00:20 | 14 | back. |
| 07:00:20 | 15 | A.   I just testified that they sent some back to me. |
| 07:00:24 | 16 | Q.   The discipline problems? |
| 07:00:25 | 17 | A.   Yes, sir. |
| 07:00:25 | 18 | Q.   I see.  Can you point to any evidence -- refer us to that |
| 07:00:33 | 19 | shows that the students who were transferring out of Hearne |
| 07:00:37 | 20 | during the time you were superintendent were the better |
| 07:00:40 | 21 | academically performing students? |
| 07:00:45 | 22 | A.   I might could if I had a little time to get that together. |
| 07:00:48 | 23 | Q.   But you can't point to us anything to show that today, can |
| 07:00:52 | 24 | you? |
| 07:00:52 | 25 | A.   I don't have those facts.  I don't have the -- the data to |

| | | |
|---|---|---|
| 07:00:55 | 1 | show that right now. |
| 07:00:56 | 2 | Q.   Well, if we -- after looking at that '98-'99 information, we |
| 07:01:07 | 3 | go on to look at the '99-2000, 2000-2001 information, as well as |
| 07:01:21 | 4 | 2001-2002.  You know, the complete term of your superintendency. |
| 07:01:29 | 5 | You can see that the number of transfers increased |
| 07:01:35 | 6 | across the board with respect to racial group, can you not? |
| 07:01:40 | 7 | A.   Yes. |
| 07:01:42 | 8 | Q.   So, for example, in '99-2000, if we kind of try to put both |
| 07:01:47 | 9 | these charts together, we follow along, we go from '98-'99 where |
| 07:01:54 | 10 | 34 black students transfer out, '99-2000, 41, 2000-2001, 56, and |
| 07:02:06 | 11 | 2001-2002, 79.  Do you see that? |
| 07:02:11 | 12 | A.   Yes, sir. |
| 7:02:11 | 13 | Q.   Now, that's a difference in number from 34 to 79, which my |
| 07:02:19 | 14 | math tells me -- I think I'm accurate this time.  That's double |
| 07:02:23 | 15 | the amount over a period of four years, the number of blacks |
| 07:02:27 | 16 | leaving the Hearne School District by transfer; is that correct? |
| 07:02:33 | 17 | A.   Yes, according to this, uh-huh. |
| 07:02:40 | 18 | Q.   Would you agree with that? |
| 07:02:42 | 19 | A.   Yes, sir. |
| 07:02:42 | 20 | Q.   What do you attribute that to? |
| 07:02:46 | 21 | A.   Following others. |
| 07:02:48 | 22 | Q.   Following others? |
| 07:02:49 | 23 | A.   Following others. |
| 07:02:50 | 24 | Q.   Other black students? |
| 07:02:51 | 25 | A.   They were just following.  That's what some said, they were |

| | | |
|---|---|---|
| 07:02:53 | 1 | just going because some of the others were going. |
| 07:02:57 | 2 | Q.    Well -- |
| 07:02:58 | 3 | A.    Wondering why they were going.  They didn't know why.  They |
| 07:03:00 | 4 | just said they were going because some of the others were |
| 07:03:02 | 5 | starting to go. |
| 07:03:03 | 6 | Q.    Were they going to Mumford because there were white students |
| 07:03:06 | 7 | going to Mumford?  Were they going to Mumford because some of |
| 07:03:08 | 8 | their friends were going to Mumford? |
| 07:03:11 | 9 | A.    They went because white students and friends. |
| 07:03:15 | 10 | Q.    White students were going, black students were going, brown |
| 07:03:18 | 11 | students were going.  And that impact is reflected in this data, |
| 07:03:26 | 12 | not only for black students but for Hispanic students, as well. |
| 7:03:30 | 13 | If you look at '98-'99, it shows that 102 Hispanic students were |
| 07:03:38 | 14 | transferring out of Hearne I.S.D.  Then, we fast-forward to |
| 07:03:46 | 15 | 2001-2002 and that's 182 students -- Hispanic students |
| 07:04:01 | 16 | transferring out of Hearne I.S.D.  That is by my math an |
| 07:04:01 | 17 | 80-percent increase in the number of transfers of Hispanic |
| 07:04:01 | 18 | students over a period of four years.  To what do you attribute |
| 07:04:03 | 19 | that? |
| 07:04:04 | 20 | A.    They just kept following those who first started. |
| 07:04:07 | 21 | Q.    So just kind of a general migration?  Is that what your |
| 07:04:13 | 22 | testimony is? |
| 07:04:15 | 23 | A.    That's really what they were doing is just once it started, |
| 07:04:19 | 24 | then they just kept going. |
| 07:04:21 | 25 | Q.    It couldn't have had anything to do with the fact that the |

| | | |
|---|---|---|
| 07:04:24 | 1 | perception of Hearne was that it had disciplinary problems? |
| 07:04:29 | 2 | A.    It could have been. |
| 07:04:31 | 3 | Q.    Could have anything to do with the fact that in 2000 -- |
| 07:04:35 | 4 | excuse me.  That in 2001, your school district was rated |
| 07:04:45 | 5 | academically unacceptable.  The only one in the state to have |
| 07:04:48 | 6 | such a rating, could that be a factor, as well? |
| 07:04:51 | 7 | A.    Due to dropouts, that's -- it could be. |
| 07:04:54 | 8 | Q.    Could that be a factor, though, in the perception of people |
| 07:04:57 | 9 | in the community? |
| 07:04:58 | 10 | A.    It certainly could be. |
| 07:04:59 | 11 | Q.    And a factor if the perception of people around the state as |
| 07:05:02 | 12 | to what kind of school district Hearne I.S.D. is?  Couldn't that |
| 7:05:06 | 13 | be a factor? |
| 07:05:07 | 14 | A.    It could be. |
| 07:05:08 | 15 | Q.    And that might cause people to transfer out; would you agree |
| 07:05:14 | 16 | with me? |
| 07:05:14 | 17 | A.    It could. |
| 07:05:16 | 18 | Q.    And looking at your drop-out data in the years in which this |
| 07:05:25 | 19 | occurred, you testified, this morning, that you thought that the |
| 07:05:30 | 20 | increase in dropouts was due to the transfers.  Do you recall |
| 07:05:36 | 21 | that? |
| 07:05:37 | 22 | MR. HEPWORTH:  Objection.  That mischaracter -- there |
| 07:05:40 | 23 | was no testimony about that. |
| 07:05:44 | 24 | MR. FELDMAN:  All right, sir.  Maybe I conjured it up |
| 7:05:46 | 25 | in my mind. |

07:05:48   1   Q.   (BY MR. FELDMAN) Was there -- in your view, was there a

07:05:49   2   relationship between the number of students dropping out with the

07:05:54   3   number of students that had been transferred?

07:05:57   4   A.   State that question again, please.

07:06:00   5   Q.   In your mind, was there a relationship between the number of

07:06:03   6   students dropping out and in '99-2000, as reflected on Exhibit 2,

07:06:11   7   and the number of students transferring?

07:06:20   8   A.   I'm not sure.

07:06:22   9   Q.   And just so I'm clear, I'm asking you whether in your mind,

07:06:25   10  as superintendent at the time, you believe that the transfers

07:06:28   11  impacted your dropout rate.

07:06:36   12  A.   The transfers impacted our drop-out rate.

7:06:40    13  Q.   Do you believe that?

07:06:41   14  A.   I think it had some bearing on it.

07:06:45   15  Q.   Well, now, Mumford I.S.D., as of '99-2000, the year in which

07:06:51   16  you had -- the school district Hearne had these large number of

07:06:55   17  dropouts, as shown in Exhibit 202, as of 1999-2000, Mumford High

07:07:02   18  School only went through the tenth grade; isn't that correct?

07:07:08   19  A.   That was according to what you explained, yes.

07:07:13   20  Q.   Now, in order to drop out, don't you have to be at least 17

07:07:16   21  years of age or you'd be violating the law?

07:07:22   22  A.   Yes, sir.

07:07:22   23  Q.   And if Mumford did not have a junior or a senior class as of

07:07:28   24  1999-2000, the classes in which you would expect to find

07:07:34   25  17-year-olds and 18-year-old students, how could transfers to

| | | |
|---|---|---|
| 07:07:39 | 1 | Mumford in any way, shape or form have had an impact on the |
| 07:07:44 | 2 | dropout rate at Hearne Independent School District? |
| 07:07:50 | 3 | A.   I don't believe it said just specifically Mumford.  Just the |
| 07:07:55 | 4 | transfers is probably the way it was stated. |
| 07:07:58 | 5 | Q.   Well, would you agree with me that in as much as Mumford |
| 07:08:03 | 6 | I.S.D. in the year that you suffered this significant dropout |
| 07:08:08 | 7 | rate increase, that Mumford I.S.D. could not have been a factor? |
| 07:08:15 | 8 | A.   I'm sorry.  I can't agree to that. |
| 07:08:17 | 9 | Q.   You can't.  Even though the kids that were dropping out had |
| 07:08:22 | 10 | to have been of high school age? |
| 07:08:28 | 11 | A.   Well, I don't know what other roles could have been played |
| 07:08:31 | 12 | in that. |
| 7:08:33 | 13 | Q.   Well, why do you -- your dropouts increased dramatically. |
| 07:08:41 | 14 | Why did you leave if that's the case? |
| 07:08:43 | 15 | A.   The dropouts? |
| 07:08:44 | 16 | Q.   Yeah. |
| 07:08:45 | 17 | A.   Because I failed to get the students recovered. |
| 07:08:50 | 18 | Q.   I'm sorry? |
| 07:08:50 | 19 | A.   I failed to get some of the students recovered that I should |
| 07:08:53 | 20 | have gotten recovered.  That's what that amounted to. |
| 07:08:55 | 21 | Q.   Well, these are students who are -- who left the public |
| 07:08:59 | 22 | schools, period.  They no longer went to school. |
| 07:09:01 | 23 | A.   Right. |
| 07:09:02 | 24 | Q.   And you say it's because you didn't get them recovered? |
| 07:09:04 | 25 | A.   Right.  See -- |

07:09:06   1   Q.   Would you explain what that means?

07:09:07   2   A.   Yes, sir.   You have a snapshot date there that you can go

07:09:10   3   and -- those kids who dropped out the year before, or whatever,

07:09:15   4   then if you go and get those students enrolled during this --

07:09:28   5   during this October month, and if you keep them there on your

07:09:28   6   roll for the length of that time, then they're not even

07:09:32   7   considered dropouts anymore, even if they drop out after that

07:09:36   8   period is over.

07:09:37   9        You see, so normally at some districts you just go and

07:09:40   10   gather up all of those who dropped out after the snapshot date

07:09:43   11   and get them enrolled back in school, and they're not counted as

07:09:47   12   dropouts.

7:09:48   13   Q.   Well, you've got to convince the student to come back, don't

07:09:51   14   you?

07:09:51   15   A.   Oh, that's not hard to do.

07:09:52   16   Q.   Well, why didn't you do it?

07:09:54   17   A.   I failed to get it done.   I had a problem with the counselor

07:09:56   18   and personnel and under-staffed, for whatever reason.

07:10:04   19   Q.   You just failed to get it done?

07:10:05   20   A.   Yes, sir.

07:10:07   21   Q.   Now, you were asked about some correspondence that you had

07:10:12   22   had with the -- I'd like to go back to another question with

07:10:22   23   respect to this data.

07:10:26   24        In 2001-2002, it appears to be that the Hispanic

07:10:34   25   students, while their resident population was 552, which I

| 07:10:42 | 1 | believe they increased, the resident population increased from |
| 07:10:48 | 2 | 487 in '98-'99. |
| 07:10:52 | 3 | THE COURT:  What year are you referring to? |
| 07:10:53 | 4 | MR. FELDMAN:  '98-'99, the resident population of |
| 07:10:56 | 5 | Hispanics was 487.  And then, in 2001-2002, the resident |
| 07:11:05 | 6 | population was 552. |
| 07:11:10 | 7 | Q.   (BY MR. FELDMAN) Do you see that? |
| 07:11:11 | 8 | A.   Yes. |
| 07:11:13 | 9 | Q.   Yet, so that's -- that's an increase of about 65 students. |
| 07:11:21 | 10 | And yet, if we look at the Hispanic and actual enrollment in |
| 07:11:27 | 11 | '98-'99, it's 394 kids.  And the Hispanic enrollment in 2001-2002 |
| 07:11:41 | 12 | is actually less; it's 378 kids. |
| 7:11:45 | 13 | Do you have any explanation why the number of Spanish |
| 07:11:49 | 14 | students -- Hispanic students, rather, or Latino students, would |
| 07:11:54 | 15 | increase by over ten percent, yet, their presence in your school |
| 07:12:01 | 16 | district, their enrollment would decrease? |
| 07:12:10 | 17 | A.   You want me to give an explanation as to why? |
| 07:12:13 | 18 | Q.   Yeah.  I'm assuming that as superintendent of the school |
| 07:12:16 | 19 | district, you would have been concerned about this. |
| 07:12:17 | 20 | A.   Yes, sir. |
| 07:12:19 | 21 | Q.   Why do you believe that Hispanic students were choosing to |
| 07:12:23 | 22 | transfer out of Hearne in such substantial numbers? |
| 07:12:28 | 23 | A.   I believe that I had two board members who had recruited and |
| 07:12:32 | 24 | encouraged them to go. |
| 07:12:35 | 25 | Q.   Two board members who encouraged Hispanic students to go? |

| | | |
|---|---|---|
| 07:12:41 | 1 | A.    Uh-huh, and other students.  In fact, they took theirs out. |
| 07:12:47 | 2 | Q.    So they would somehow lead 182 kids out of Hearne to go to |
| 07:12:52 | 3 | different school districts? |
| 07:12:55 | 4 | A.    You said what I believe.  I think they would have some |
| 07:12:56 | 5 | bearing. |
| 07:12:57 | 6 | Q.    So your own board members? |
| 07:12:58 | 7 | A.    Yes, sir. |
| 07:12:58 | 8 | Q.    What did they do?  Did they go out door-to-door and ask |
| 07:13:02 | 9 | Hispanic parents to send their kids somewhere else? |
| 07:13:05 | 10 | A.    They went door-to-door for some reasons. |
| 07:13:09 | 11 |        THE COURT:  Now, who was this that was going |
| 07:13:10 | 12 | door-to-door? |
| ':13:12 | 13 |        THE WITNESS:  Board members. |
| 07:13:13 | 14 |        THE COURT:  Of what school district? |
| 07:13:15 | 15 |        THE WITNESS:  Hearne. |
| 07:13:18 | 16 | Q.    (BY MR. FELDMAN) Well, were Hearne board members contacting |
| 07:13:22 | 17 | Hispanic parents to get them to transfer their students out? |
| 07:13:28 | 18 | A.    I don't know.  That's what I think.  That's what you said, |
| 07:13:30 | 19 | do I think or do I -- |
| 07:13:31 | 20 | Q.    You have no evidence to indicate that's the case? |
| 07:13:33 | 21 | A.    I know they went door-to-door.  I saw them. |
| 07:13:35 | 22 | Q.    Could it possibly be that these Hispanic -- the parents of |
| 07:13:39 | 23 | these Hispanic students, in great numbers, percentages, at least |
| 07:13:44 | 24 | 33 percent, thought that they could get a better education for |
| ʋ7:13:49 | 25 | their students at Mumford, as opposed to Hearne? |

| | | |
|---|---|---|
| 07:13:52 | 1 | A.    That's a possibility. |
| 07:13:56 | 2 | Q.    Looking at the correspondence -- |
| 07:13:59 | 3 | THE COURT:  Well, let me interject.  Did Mumford have a |
| 07:14:04 | 4 | bilingual education program, or do you know? |
| 07:14:07 | 5 | THE WITNESS:  I don't know, sir. |
| 07:14:09 | 6 | THE COURT:  Was there one at Hearne? |
| 07:14:11 | 7 | THE WITNESS:  Yes, sir.  A bilingual program -- not a |
| 07:14:17 | 8 | bilingual program, no, sir, we didn't. |
| 07:14:20 | 9 | MR. FELDMAN:  ESL. |
| 07:14:21 | 10 | THE WITNESS:  ESL. |
| 07:14:23 | 11 | THE COURT:  English as a Second Language. |
| 07:14:24 | 12 | THE WITNESS:  Yes, sir.  We didn't have the number to |
| 7:14:26 | 13 | have that. |
| 07:14:27 | 14 | THE COURT:  All right.  Go ahead. |
| 07:14:29 | 15 | Q.    (BY MR. FELDMAN) Directing your attention to an earlier |
| 07:14:32 | 16 | exhibit that you were referred to by the U.S. Attorney, do you |
| 07:14:37 | 17 | have the exhibit notebook with 35 in it? |
| 07:14:40 | 18 | A.    35, yes, sir.  Well, I say yes, sir.  Let's see here.  With |
| 07:15:02 | 19 | 235 or just 35? |
| 07:15:02 | 20 | Q.    35, sir. |
| 07:15:02 | 21 | A.    I start at 191 in this one and I start at 234.  No, sir.  I |
| 07:15:02 | 22 | don't have it. |
| 07:15:02 | 23 | Q.    All right.  Here you go. |
| 07:15:14 | 24 | A.    You want 35? |
| 07:15:15 | 25 | Q.    Yes.  In 1998, you sent a letter, which is Exhibit 35, to |

| | | |
|---|---|---|
| 07:15:46 | 1 | Dr. Villarreal, I believe you testified, in follow-up to a phone |
| 07:15:51 | 2 | conversation.  Do you have it now? |
| 07:15:52 | 3 | A.   Yes, sir. |
| 07:15:54 | 4 | Q.   It doesn't state in here, does it, that you believe that |
| 07:15:57 | 5 | these transfers are due to race, do you? |
| 07:16:05 | 6 | A.   In the letter that I wrote to Dr. Villarreal? |
| 07:16:08 | 7 | Q.   Right. |
| 07:16:09 | 8 | A.   I don't remember if I said that or not.  I don't have a copy |
| 07:16:13 | 9 | of. |
| 07:16:13 | 10 | Q.   Well, it's No. 35. |
| 07:16:16 | 11 | A.   No. 35? |
| 07:16:17 | 12 | Q.   Yes, sir.  Exhibit No. 35. |
| 7:16:21 | 13 | MR. CASPAR:  Objection, your Honor.  I'm sorry.  I |
| 07:16:22 | 14 | think it's Exhibit 10. |
| 07:16:26 | 15 | MR. FELDMAN:  Sorry.  There was an old exhibit sticker |
| 07:16:29 | 16 | on the exhibit.  It's No. 10. |
| 07:16:31 | 17 | THE COURT:  Exhibit 10, you say? |
| 07:16:33 | 18 | MR. FELDMAN:  Yes, sir.  I apologize to the Court. |
| 07:16:37 | 19 | Q.   (BY MR. FELDMAN) Looking at No. 10. |
| 07:16:38 | 20 | A.   Yes, sir. |
| 07:16:40 | 21 | Q.   That letter was sent to Dr. Villarreal in follow-up to a |
| 07:16:43 | 22 | phone conversation you had with him? |
| 07:16:45 | 23 | A.   Conversations, yes, sir, we had. |
| 07:16:47 | 24 | Q.   All right.  That you had in 1998? |
| 07:16:49 | 25 | A.   Yes, sir. |

| | | |
|---|---|---|
| 07:16:50 | 1 | Q.   You had already been superintendent for two years? |
| 07:16:52 | 2 | A.   Yes, sir. |
| 07:16:54 | 3 | Q.   Why did it -- why did you take so long to complain about the |
| 07:16:57 | 4 | transfers? |
| 07:16:58 | 5 | A.   I thought that they would do something as a result of me |
| 07:17:01 | 6 | calling and talking to people, and so, I don't have any record of |
| 07:17:04 | 7 | all the calls that I made, so I just called and talked to people |
| 07:17:07 | 8 | and I thought they would just enforce what we were having to |
| 07:17:12 | 9 | comply with but -- |
| 07:17:15 | 10 | Q.   Didn't you say that you, you know, you felt that the impact |
| 07:17:19 | 11 | was significant, the impact -- didn't you say that the impact of |
| 07:17:22 | 12 | your fund -- on your funding was significant? |
| 7:17:24 | 13 | A.   Yes, sir. |
| 07:17:26 | 14 | Q.   So wouldn't this have been an issue? |
| 07:17:29 | 15 | A.   Yes, sir. |
| 07:17:30 | 16 | Q.   That you would have aggressively pursued? |
| 07:17:32 | 17 | A.   I thought that's what I was doing by the telephone |
| 07:17:34 | 18 | conversations. |
| 07:17:36 | 19 | Q.   Starting in 1998? |
| 07:17:37 | 20 | A.   No, sir.  Before then, as early as, possibly, 1996 because |
| 07:17:44 | 21 | this says "conversations" here. |
| 07:17:47 | 22 | Q.   I thought you testified this morning it was 1998. |
| 07:17:50 | 23 | A.   That's when I have right here, but I made a point to say |
| 07:17:52 | 24 | conversations that we'd had, and there were many that I had with |
| 07:17:57 | 25 | people at the agency in regards to the problem of transfers. |

| | | |
|---|---|---|
| 07:18:01 | 1 | Q.   And there's nothing in this letter to Dr. Villarreal that is |
| 07:18:04 | 2 | Exhibit 10 which speaks to the race of the students involved in |
| 07:18:07 | 3 | any concerns that you might have had with respect to the race of |
| 07:18:10 | 4 | those students, does it? |
| 07:18:12 | 5 | A.   No, sir. |
| 07:18:13 | 6 | Q.   And then, the next letter you send is fully three years |
| 07:18:19 | 7 | later? |
| 07:18:20 | 8 | A.   Which one? |
| 07:18:21 | 9 | Q.   Let me direct your attention to another exhibit, No. 38. |
| 07:18:37 | 10 | A.   38. |
| 07:19:00 | 11 | Q.   Do you see that, sir? |
| 07:19:01 | 12 | A.   Yes. |
| 7:19:02 | 13 | Q.   I believe there's no objection to this exhibit, it's |
| 07:19:05 | 14 | admitted into evidence.  As I understand. |
| 07:19:07 | 15 | Your letter is to Dr. Enos at the TEA, dated September |
| 07:19:12 | 16 | 12, 2001.  Please consider this an official request for an |
| 07:19:17 | 17 | investigation. |
| 07:19:18 | 18 | A.   Yes, sir. |
| 07:19:20 | 19 | Q.   Now, that is more than three years after your first letter, |
| 07:19:25 | 20 | which was Exhibit 10; is that correct? |
| 07:19:28 | 21 | A.   Yes, sir. |
| 07:19:29 | 22 | Q.   Why did you wait three years to send another letter asking |
| 07:19:36 | 23 | for something to be done about the transfer situation? |
| 07:19:40 | 24 | A.   I thought they was going to be taken care of, and we |
| 07:19:45 | 25 | received some communication, I think, saying that they weren't |

| | | |
|---|---|---|
| 07:19:48 | 1 | supposed to take transfers or something. |
| 07:19:51 | 2 | Q.   You thought it was being taken care of, yet, you were -- |
| 07:19:54 | 3 | A.   The agency.  That's where we were requesting.  And I heard |
| 07:19:58 | 4 | nothing back from them, so I just took it for granted it was |
| 07:20:01 | 5 | taken care of. |
| 07:20:01 | 6 | Q.   It wasn't taken care of, was it? |
| 07:20:03 | 7 | A.   No, sir. |
| 07:20:04 | 8 | Q.   And you were, by your testimony, losing funding every year? |
| 07:20:06 | 9 | A.   Yes, sir. |
| 07:20:07 | 10 | Q.   Well, what prompted you, specifically, to write this letter? |
| 07:20:14 | 11 | Did a board -- |
| 07:20:17 | 12 | A.   After we still kept trying to find out what could I do to |
| 7:20:19 | 13 | get the -- get this enforced, all of the while I talked to |
| 07:20:25 | 14 | people, but I wasn't smart enough to write down every time that I |
| 07:20:29 | 15 | talked to someone. |
| 07:20:30 | 16 | Q.   Well, were you prompted to write this letter by somebody? |
| 07:20:33 | 17 | A.   By the agency people. |
| 07:20:34 | 18 | Q.   No.  Were you prompted by somebody at Hearne to write this? |
| 07:20:37 | 19 | A.   No.  By agency people.  After I kept talking and kept |
| 07:20:40 | 20 | talking, finally, someone said, well, you need to just lodge a |
| 07:20:44 | 21 | formal complaint. |
| 07:20:45 | 22 | Q.   You kept talking and talking for three years? |
| 07:20:47 | 23 | A.   Yes, sir.  Maybe longer than that, to different ones. |
| 07:20:52 | 24 | Q.   And you expected things to be corrected just because you |
| J7:21:04 | 25 | were talking for three years? |

| | | |
|---|---|---|
| 07:21:04 | 1 | A.    They would tell me that they were, and they told me that |
| 07:21:04 | 2 | they were wrong for what they were doing, so I took for granted |
| 07:21:04 | 3 | that it would be taken care of. |
| 07:21:04 | 4 | Q.    You testified that you retired because of the fact that you |
| 07:21:09 | 5 | were focusing too much attention on this transfer issue and not |
| 07:21:14 | 6 | enough attention on the students? |
| 07:21:16 | 7 | A.    Yes, sir. |
| 07:21:18 | 8 | Q.    Well, when did you start focusing too much attention on the |
| 07:21:21 | 9 | transfer issue and not enough on the students? |
| 07:21:25 | 10 | A.    It was a struggle the whole while I was there from 1996 to |
| 07:21:29 | 11 | 2002. |
| 07:21:31 | 12 | Q.    So this is something that was consuming a great deal of your |
| 7:21:33 | 13 | time? |
| 07:21:34 | 14 | A.    Yes, sir. |
| 07:21:35 | 15 | Q.    To the derogation of the performance of your students? |
| 07:21:41 | 16 | A.    Yes, sir. |
| 07:21:41 | 17 | Q.    And, yet, for three years there is nothing in writing from |
| 07:21:46 | 18 | you to anybody about this? |
| 07:21:48 | 19 | A.    I was lead to believe -- |
| 07:21:50 | 20 | MR. HEPWORTH:  This has been asked and answered four |
| 07:21:51 | 21 | times. |
| 07:21:52 | 22 | THE COURT:  What is your objection? |
| 07:21:53 | 23 | MR. HEPWORTH:  That has been asked and answered |
| 07:21:54 | 24 | numerous times. |
| 07:21:56 | 25 | THE COURT:  Yes, sir, it has. |

| | | |
|---|---|---|
| 07:21:58 | 1 | MR. FELDMAN:  Withdraw it, your Honor. |
| 07:22:01 | 2 | Q.   (BY MR. FELDMAN) Turning next to Exhibit 44, which is a |
| 07:22:21 | 3 | letter, dated April 18th, 2002, from you to Felipe Alanis, the |
| 07:22:33 | 4 | commissioner of education at that time? |
| 07:22:33 | 5 | A.   Yes, sir. |
| 07:22:36 | 6 | Q.   Did anybody prompt you to write this letter? |
| 07:22:43 | 7 | A.   Yes, sir.  I'm thinking is this -- this is the last one. |
| 07:22:47 | 8 | Someone from the agency called me and told me that we're ready to |
| 07:22:52 | 9 | take action on this.  We're going to get them, so just if you go |
| 07:22:55 | 10 | ahead and write me another letter, I will take action on it. |
| 07:22:59 | 11 | Q.   But what about in Hearne?  Is anybody prompting you in |
| 07:23:02 | 12 | Hearne? |
| 7:23:03 | 13 | A.   Oh, no, sir.  What this was was purely the agency calling me |
| 07:23:07 | 14 | and told me that you really need to go ahead and write another |
| 07:23:13 | 15 | letter, so I did.  I said, well, I have everything in the file. |
| 07:23:15 | 16 | I'll give you a copy of the whole file. |
| 07:23:17 | 17 | Q.   Well, why is it in the last paragraph you state, "Thank you |
| 07:23:21 | 18 | for your cooperation concerning this matter.  Mr. David Deaver, |
| 07:23:24 | 19 | who has been employed as the new superintendent, asked that a |
| 07:23:29 | 20 | copy of this request be forwarded to the persons listed below"? |
| 07:23:33 | 21 | Why would you have put that in the letter when you were |
| 07:23:35 | 22 | superintendent yourself? |
| 07:23:36 | 23 | A.   Yes, sir.  Uh-huh. |
| 07:23:39 | 24 | Q.   Why would you put that paragraph in that David Deaver asked |
| 07:23:43 | 25 | you to send copies to these people? |

| 07:23:45 | 1 | A.   After we talked and -- but I had the call from the agency |
| 07:23:49 | 2 | already to send all of this in and I shared that with him, and |
| 07:23:54 | 3 | then, he just told me, if you would, just send a copy to this |
| 07:24:00 | 4 | person, also. |
| 07:24:01 | 5 | Q.   Well, why couldn't you accept responsibility for that |
| 07:24:03 | 6 | yourself and just have copied them without saying David Deaver |
| 07:24:07 | 7 | asked me to do this? |
| 07:24:11 | 8 | A.   I guess I could have. |
| 07:24:14 | 9 | Q.   Now, when did you actually announce your retirement? |
| 07:24:22 | 10 | A.   Oh, my goodness, sir, it was before -- oh, I'd have to go |
| 07:24:33 | 11 | back and look at that.  And I'm not sure of the date now.  But it |
| 07:24:37 | 12 | was -- I retired in 2002. |
| 7:24:39 | 13 | Q.   I understand you did.  I was just curious as to how early in |
| 07:24:42 | 14 | the school year you made that announcement. |
| 07:24:45 | 15 | A.   Any time they would -- my thinking is they would have time |
| 07:24:47 | 16 | to get someone else.  So it was pretty early that I announced it. |
| 07:24:51 | 17 | Q.   I'd like to show you one more exhibit that is along the same |
| 07:24:53 | 18 | lines, and it is No. 54. |
| 07:24:59 | 19 | A.   Uh-huh. |
| 07:25:03 | 20 | Q.   A letter from yourself to Dr. Enos, dated 6-19-02.  You say |
| 07:25:17 | 21 | "The purpose of this letter."  Do you have it, sir? |
| 07:25:21 | 22 | A.   Yes, sir. |
| 07:25:21 | 23 | Q.   "The purpose of this letter is to present additional |
| 07:25:22 | 24 | documentation in regards to my letter of complaint, dated April |
| 7:25:26 | 25 | 18th, 2002."  You state that I was -- quote, I was told by Dr. |

| | | |
|---|---|---|
| 07:25:32 | 1 | Villarreal that if students claimed safety as the reason for |
| 07:25:34 | 2 | leaving our district, the receiving school superintendent was |
| 07:25:37 | 3 | supposed to ask the superintendent of the district that the |
| 07:25:41 | 4 | students left if the claim was true.  If the claim was not true, |
| 07:25:47 | 5 | then students should not be allowed to enroll using the safety |
| 07:25:50 | 6 | code, close quote. |
| 07:25:54 | 7 | When were you told that by Dr. Villarreal? |
| 07:26:00 | 8 | A.    You said closed quote? |
| 07:26:03 | 9 | Q.    Well, I ended the quote. |
| 07:26:04 | 10 | A.    Okay.  It was prior to me writing this.  And I talked to Dr. |
| 07:26:12 | 11 | Villarreal way back in the -- when I first started this, when the |
| 07:26:17 | 12 | other letter back in 1998, and then, as we got to the safety, he |
| 7:26:20 | 13 | was the one who worked with me and he was the one who told me |
| 07:26:35 | 14 | this. |
| 07:26:35 | 15 | Q.    Well, you're asserting this in 2002, you find it necessary |
| 07:26:35 | 16 | to have your statement notarized.  Why are you submitting this to |
| 07:26:38 | 17 | the TEA at that time? |
| 07:26:46 | 18 | A.    Because I would imagine they were still accepting these |
| 07:26:48 | 19 | students under -- with using this code and no one had ever called |
| 07:26:53 | 20 | us. |
| 07:26:53 | 21 | Q.    Why, specifically, did you believe it was necessary for you |
| 07:26:58 | 22 | in June of 2002 to make a statement to the TEA relative to a |
| 07:27:04 | 23 | conversation that you had with Dr. Villarreal sometime in the |
| 07:27:08 | 24 | past and to have it notarized? |
| 07:27:11 | 25 | A.    I'm not remembering now what -- |

| | | |
|---|---|---|
| 07:27:13 | 1 | THE COURT:  Well, it states in the letter, "I was told |
| 07:27:17 | 2 | by Dr. Villarreal that if students claimed safety as the reason |
| 07:27:22 | 3 | for leaving our district, the receiving superintendent was |
| 07:27:26 | 4 | supposed to ask the superintendent of the district that the |
| 07:27:30 | 5 | students left if the claim was true.  If the claim was not true, |
| 07:27:34 | 6 | then students should not be allowed to enroll using the safety |
| 07:27:38 | 7 | code." |
| 07:27:40 | 8 | Did anyone suggest to you that you should state this |
| 07:27:43 | 9 | under oath? |
| 07:27:44 | 10 | THE WITNESS:  I think it was Dr. Villarreal. |
| 07:27:46 | 11 | THE COURT:  All right. |
| 07:27:50 | 12 | Q.  (BY MR. FELDMAN) I'd like to also show you, sir, certain |
| 7:27:54 | 13 | documents relative to the desegregation order that Hearne is |
| 07:28:03 | 14 | operating under. |
| 07:28:03 | 15 | A.  Yes, sir. |
| 07:28:04 | 16 | Q.  You understand, do you not, that Hearne is operating under a |
| 07:28:08 | 17 | desegregation order? |
| 07:28:09 | 18 | A.  Yes, sir. |
| 07:28:11 | 19 | Q.  Did you understand that while you were the superintendent of |
| 07:28:13 | 20 | the school district? |
| 07:28:16 | 21 | A.  Yes.  I think we had to prepare reports. |
| 07:28:18 | 22 | Q.  Did you prepare reports that -- submitted to the Court, |
| 07:28:26 | 23 | Judge Nowlin in the Western District? |
| 07:28:30 | 24 | THE COURT:  Are you referring to the order that was |
| ,7:28:32 | 25 | entered by Judge Roberts, here in Austin, relating to your school |

| | | |
|---|---|---|
| 07:28:36 | 1 | district? |
| 07:28:37 | 2 | THE WITNESS:  No, sir.  I misunderstood what he was |
| 07:28:39 | 3 | saying here, again, because we had to -- I'm trying to remember |
| 07:28:44 | 4 | now what it was that we had to do.  But there was something that |
| 07:28:48 | 5 | we have to send to the -- Washington. |
| 07:28:54 | 6 | Q.  (BY MR. FELDMAN) The Justice Department? |
| 07:28:55 | 7 | A.  Yes, sir. |
| 07:28:56 | 8 | Q.  While you were superintendent? |
| 07:28:57 | 9 | A.  Yes, sir.  I'd have to go back now and refresh my mind. |
| 07:29:02 | 10 | Q.  Did you have to send reports to the Justice Department about |
| 07:29:05 | 11 | what you were doing to comply with the desegregation order? |
| 07:29:09 | 12 | THE COURT:  Again, he's referring to Judge Roberts' |
| 7:29:12 | 13 | order. |
| 07:29:14 | 14 | THE WITNESS:  No, sir.  I'm not remembering what that |
| 07:29:15 | 15 | was, sir, but I know that we had to -- I had staff who helped me |
| 07:29:21 | 16 | do this.  And the attorneys, also, helped me do this. |
| 07:29:26 | 17 | Q.  (BY MR. FELDMAN) Did you understand while you were |
| 07:29:29 | 18 | superintendent that, separate and apart from order 5281 that was |
| 07:29:34 | 19 | entered by this court, that your school district was under a |
| 07:29:39 | 20 | separate desegregation order, entered by Judge Roberts in 1970? |
| 07:29:46 | 21 | A.  I think the superintendent before me had told me about it. |
| 07:29:48 | 22 | Q.  Did you do anything as superintendent from 1996 to 2001 to |
| 07:29:55 | 23 | make any form of report to Judge Nowlin, or any other federal |
| 07:30:00 | 24 | judge, regarding compliance with that other desegregation order? |
| 07:30:08 | 25 | A.  If I did, I'm not -- I don't remember, sir. |

| | | |
|---|---|---|
| 07:30:18 | 1 | Q.   Do you understand that Hearne is still under that |
| 07:30:19 | 2 | desegregation order? |
| 07:30:20 | 3 | A.   Yes, sir.   I was listening to you, this morning, talk about |
| 07:30:23 | 4 | that. |
| 07:30:26 | 5 | Q.   If you knew that Hearne was under a desegregation order and |
| 07:30:29 | 6 | you believed that the transfers at issue here were impeding |
| 07:30:35 | 7 | desegregation, didn't you have a duty to report that to Judge |
| 07:30:43 | 8 | Nowlin in the Western District, since you were under a |
| 07:30:47 | 9 | desegregation order there? |
| 07:30:48 | 10 | A.   I thought just the transfer reports would take care of all |
| 07:30:52 | 11 | of that. |
| 07:30:53 | 12 | Q.   Transfer reports to whom? |
| 7:30:55 | 13 | A.   Texas Education Agency. |
| 07:31:00 | 14 | Q.   You understand that Hearne I.S.D. reached unitary status a |
| 07:31:05 | 15 | long time ago.   Is that a "Yes"? |
| 07:31:09 | 16 | A.   Yes, sir. |
| 07:31:10 | 17 |         MR. CASPAR:   Objection, your Honor. |
| 07:31:12 | 18 |         MR. HEPWORTH:   Calls for a legal conclusion and it's |
| 07:31:13 | 19 | inaccurate. |
| 07:31:14 | 20 |         THE COURT:   I take it it's a legal conclusion.   You're |
| 07:31:17 | 21 | asking a lay witness a legal conclusion.   But go ahead. |
| 07:31:21 | 22 |         MR. FELDMAN:   Well, your Honor, let me do this through |
| 07:31:24 | 23 | some exhibits, then, because the representation's already been |
| 07:31:26 | 24 | made for the record, and I want to make the Court aware of it. |
| J7:31:30 | 25 | Q.   (BY MR. FELDMAN) I'd direct your attention, sir, to -- make |