| | | |
|---|---|---|
| 07:31:42 | 1 | sure I've got the correct exhibit number this time.  Exhibit No. |
| 07:31:51 | 2 | 242.  Do you have that book in front of you? |
| 07:31:59 | 3 | A.   242, let's see.  I think I've got it. |
| 07:32:17 | 4 | Q.   (BY MR. FELDMAN) Do you see that's a letter from Dr. Henry |
| 07:32:23 | 5 | Bonorden, your predecessor, in 1978 to Jack Roberts?  And in the |
| 07:32:31 | 6 | fourth paragraph of that letter, Mr.  -- Dr. Bonorden states, |
| 07:32:39 | 7 | quote, we feel that in this period of time -- that is, from 1970 |
| 07:32:51 | 8 | to 1978 -- we should have established a satisfactory record of |
| 07:32:51 | 9 | maintenance of a unitary school system and that these reports |
| 07:32:53 | 10 | constitute considerable duplication of the same information, |
| 07:32:56 | 11 | close quote? |
| 07:33:09 | 12 | And do you see that in that letter, he's referring to |
| 7:33:12 | 13 | the requirement that there be biannual reports to the Court on |
| 07:33:18 | 14 | the maintenance of a unitary school system? |
| 07:33:22 | 15 | MR. CASPAR:  Your Honor, I object.  He didn't even wait |
| 07:33:24 | 16 | for an answer from the witness.  And the witness has no knowledge |
| 07:33:28 | 17 | of this 1978, as far as we know.  I think the document can speak |
| 07:33:32 | 18 | for itself in this case. |
| 07:33:34 | 19 | THE COURT:  Well, I'll overrule the objection.  Go |
| 07:33:38 | 20 | ahead. |
| 07:33:39 | 21 | MR. FELDMAN:  Thank you, your Honor. |
| 07:33:43 | 22 | Q.   (BY MR. FELDMAN) Have you seen the letter that Dr. |
| 07:33:47 | 23 | Bonorden -- |
| 07:33:47 | 24 | A.   Yes. |
| 07:33:47 | 25 | Q.   -- is representing you had maintained -- maintaining a |

| | | |
|---|---|---|
| 07:33:52 | 1 | unitary school system since 1978? |
| 07:33:55 | 2 | A.   Yes, sir. |
| 07:33:55 | 3 | Q.   Let me direct your attention, sir, further to Exhibit 243. |
| 07:34:00 | 4 | A.   243? |
| 07:34:01 | 5 | Q.   Yes, sir.  Incidentally, in 1978, would you have any -- you |
| 07:34:15 | 6 | had no reason to dispute Dr. Bonorden's representation, did you? |
| 07:34:19 | 7 | A.   No. |
| 07:34:20 | 8 | Q.   No? |
| 07:34:20 | 9 | A.   No. |
| 07:34:21 | 10 | Q.   All right.  The next exhibit, which is 243, is dated August |
| 07:34:28 | 11 | 19th, 1988, from Dr. Bonorden to Bradford Reynolds, Assistant |
| 07:34:35 | 12 | Attorney General.  Do you see where it states in the fourth |
| 7:34:42 | 13 | paragraph, after referring to a fire that destroyed some records? |
| 07:34:50 | 14 | A.   243, you said, the fourth paragraph? |
| 07:34:53 | 15 | Q.   Yes.  Exhibit 243.  I'm sorry, third paragraph. |
| 07:34:57 | 16 | A.   Okay. |
| 07:35:00 | 17 | Q.   It states, quote, due to a fire on December 7, 1986 in our |
| 07:35:05 | 18 | administration building our records were destroyed and we cannot |
| 07:35:08 | 19 | produce any of these documents.  We have successfully |
| 07:35:13 | 20 | desegregated our schools and feel that judicial supervision is |
| 07:35:17 | 21 | not required, close quote.  Do you see that? |
| 07:35:20 | 22 | A.   Yes, sir. |
| 07:35:21 | 23 | Q.   Would you have any reason to disagree with what Dr. Bonorden |
| 07:35:25 | 24 | has stated in 1988? |
| J7:35:29 | 25 | A.   No, sir. |

| | | |
|---|---|---|
| 07:35:29 | 1 | Q.   Next, let me direct your attention to Exhibit 244.   Looking |
| 07:36:27 | 2 | at the correspondence, which is Exhibit 244, it includes a cover |
| 07:36:37 | 3 | letter from Hairston, Walsh, Anderson, Underwood & Schulze, law |
| 07:36:41 | 4 | firm in Austin, to Dr. Bonorden, dated May 15th, 1989.  Do you |
| 07:36:51 | 5 | see that? |
| 07:36:52 | 6 | A.   Yes, sir. |
| 07:36:53 | 7 | Q.   Now, at the time, can you tell us if Hairston, Walsh were |
| 07:36:59 | 8 | the school attorneys for the Hearne Independent School District |
| 07:37:04 | 9 | in 1989? |
| 07:37:05 | 10 | A.   I think so. |
| 07:37:05 | 11 | Q.   Were they the school attorneys for the school district while |
| 07:37:08 | 12 | you were superintendent for the school district from 1996 to |
| 7:37:14 | 13 | 2001? |
| 07:37:15 | 14 | A.   Yes, sir. |
| 07:37:15 | 15 | Q.   Do you know whether they're the school attorneys for the |
| 07:37:17 | 16 | school district today? |
| 07:37:19 | 17 | A.   No, sir. |
| 07:37:19 | 18 | THE COURT:  Excuse me, sir.  I want to read this |
| 07:37:20 | 19 | letter.  Just a minute.  All right.  You may proceed. |
| 07:42:44 | 20 | MR. FELDMAN:  Thank you, your Honor. |
| 07:42:46 | 21 | Q.   (BY MR. FELDMAN) Do you see, sir, in connection with Exhibit |
| 07:42:49 | 22 | 244, attached to the letter there is a joint preliminary status |
| 07:42:56 | 23 | report that was submitted to Judge Nowlin? |
| 07:43:00 | 24 | A.   Yes. |
| 07:43:00 | 25 | Q.   And as -- there's an affidavit, attached to that report, |

| 07:43:08 | 1 | signed by Henry Bonorden, your predecessor, and it's listed as -- |
| 07:43:17 | 2 | there's an Exhibit A, which is his affidavit, and there is an |
| 07:43:20 | 3 | Exhibit B, which is that affidavit, directing your attention to |
| 07:43:24 | 4 | Exhibit B. |
| 07:43:30 | 5 | A.    244, Exhibit A.  Okay.  Exhibit A, I have Exhibit A. |
| 07:43:45 | 6 | Q.    Do you see that he's representing to the Court that all |
| 07:43:48 | 7 | school facilities, including gymnasium -- this is the one, two, |
| 07:43:53 | 8 | three, fourth paragraph of the affidavit -- quote, all school |
| 07:43:58 | 9 | facilities, including gymnasiums, auditoriums and cafeterias have |
| 07:44:03 | 10 | been operated since 1970 on a desegregated basis, and serve all |
| 07:44:07 | 11 | students, faculty and staff without regard to race, color or |
| 07:44:12 | 12 | national origin? |
| :44:13 | 13 | A.    Yes, sir. |
| 07:44:13 | 14 | Q.    And do you have any reason to dispute Dr. Bonorden's sworn |
| 07:44:18 | 15 | statement in that regard? |
| 07:44:18 | 16 | A.    No, sir. |
| 07:44:21 | 17 | THE COURT:  Answer for the record. |
| 07:44:22 | 18 | THE WITNESS:  No, sir. |
| 07:44:26 | 19 | Q.    (BY MR. FELDMAN) Let me direct your attention, also, to |
| 07:44:29 | 20 | Exhibit 245. |
| 07:44:31 | 21 | THE COURT:  Before we go into that, it's time for a |
| 07:44:33 | 22 | recess.  The Court is in recess for 15 minutes. |
| 07:44:49 | 23 | (Recess.) |
| 08:02:56 | 24 | THE COURT:  Counsel, we've been on this witness a long |
| .8:02:58 | 25 | time.  How long do you anticipate? |

| 08:03:00 | 1 | MR. FELDMAN:  This is the last document, your Honor, |
| 08:03:01 | 2 | and that's it. |
| 08:03:02 | 3 | THE COURT:  All right.  I'm not trying to cut you off. |
| 08:03:03 | 4 | I'm just trying to make a point -- an inquiry.  Go ahead. |
| 08:03:17 | 5 | Q.   (BY MR. FELDMAN) Mr. McDaniel, I'd next direct your |
| 08:03:17 | 6 | attention to Exhibit 245.  And do you see, sir, that that |
| 08:03:42 | 7 | includes a letter from the -- excuse me, I'm sorry.  That |
| 08:03:50 | 8 | reflects a report that was filed with a clerk of the Western |
| 08:03:59 | 9 | District of Texas, a joint status report, submitted by Hearne |
| 08:04:02 | 10 | Independent School District, the United States of America, with |
| 08:04:05 | 11 | respect to the school district's compliance with the |
| 08:04:12 | 12 | desegregation order which it operated? |
| :04:14 | 13 | A.   Yes.  Exhibit 245? |
| 08:04:16 | 14 | Q.   Uh-huh.  Do you see that? |
| 08:04:18 | 15 | A.   Yeah. |
| 08:04:20 | 16 | Q.   And in it, United States and Hearne Independent School |
| 08:04:25 | 17 | District, if you turn to page 2 -- would the Court like an |
| 08:04:36 | 18 | opportunity to read this before I question the witness? |
| 08:04:38 | 19 | THE COURT:  Go ahead. |
| 08:04:39 | 20 | Q.   (BY MR. FELDMAN) If you look at paragraph 2 of page 2 of |
| 08:04:44 | 21 | that report, do you see where it says, "The United States is |
| 08:04:47 | 22 | satisfied that in the areas of student assignments, |
| 08:04:49 | 23 | transportation, extracurricular activities, and facilities, the |
| 08:04:54 | 24 | school district has substantially complied in all respects"? |
| ,8:04:57 | 25 | A.   Yes, sir. |

| | |
|---|---|
| 08:04:59 | 1 |
| 08:05:00 | 2 |
| 08:05:03 | 3 |
| 08:05:06 | 4 |
| 08:05:08 | 5 |

MR. CASPAR:  Your Honor, at this time, the United States would object to the continued questioning of Mr. McDaniel to these documents.  It's clear from the previous questioning that he has no foundation to answer any questions about the documents.

THE COURT:  Well, this is a legal document you're asking questions of a witness who -- you're not a lawyer, are you?

THE WITNESS:  No, sir.

THE COURT:  Have you had any legal training as such?

THE WITNESS:  No, sir.

THE COURT:  All right.  Go ahead.  I'll take that into consideration.

MR. FELDMAN:  Yes, sir.

Q.  (BY MR. FELDMAN) Do you have any reason to dispute the fact that in 1989, in the areas of student assignments, transportation, extracurricular activities, and facilities, the Hearne Independent School District has substantially complied with the federal desegregation order that it was under?

MR. CASPAR:  Objection, your Honor.  Calls for a legal conclusion and the witness --

THE COURT:  I recognize that.  I overrule the objection.  As I say, I don't intend to rely upon any evidence I regard as inadmissible, but in an effort to get through the evidence in a hurry, without having to rule on objections, I

| | | |
|---|---|---|
| 08:06:07 | 1 | simply overrule them all. |
| 08:06:10 | 2 | Go ahead. |
| 08:06:12 | 3 | Q. (BY MR. FELDMAN) Do you understand the question, sir? |
| 08:06:17 | 4 | A. I don't have a reason. |
| 08:06:18 | 5 | Q. Thank you, your Honor. Pass the witness. |
| 08:06:21 | 6 | THE COURT: Does the Texas Education Agency desire to |
| 08:06:25 | 7 | interrogate the witness? |
| 08:06:30 | 8 | MS. HANSEN: No, your Honor. Thank you. |
| 08:06:33 | 9 | THE COURT: Is there redirect examination? |
| 08:06:34 | 10 | MR. CASPAR: Yes, your Honor. |
| 08:06:35 | 11 | MR. FELDMAN: Your Honor, we would also have recently, |
| 08:06:37 | 12 | just a few moments ago, received some information with respect to |
| :06:40 | 13 | the status of that desegregation case in Judge Nowlin's court |
| 08:06:45 | 14 | that we -- the Court has time this afternoon, we would like to |
| 08:06:49 | 15 | proffer to the Court. |
| 08:06:51 | 16 | THE COURT: Is it an exhibit? |
| 08:06:54 | 17 | MR. FELDMAN: That the Court take judicial notice of, |
| 08:06:57 | 18 | your Honor, in connection with the motion to dismiss. |
| 08:07:01 | 19 | THE COURT: I don't have a copy of it, so I don't know |
| 08:07:02 | 20 | how I can take judicial notice of it. |
| 08:07:05 | 21 | MR. FELDMAN: I'll present it to the Court at this |
| 08:07:06 | 22 | time. |
| 08:07:06 | 23 | THE COURT: All right. |
| 08:07:16 | 24 | MR. FELDMAN: I would tender to the Court the docket |
| 08:07:19 | 25 | sheet in Cause No. A 70-CA-80, which is still pending before |

| | | |
|---|---|---|
| 08:07:43 | 1 | Judge Nowlin.  I will also tender to the Court the last joint |
| 08:07:51 | 2 | status report filed by the United States and Hearne I.S.D. in |
| 08:07:54 | 3 | that case, which is dated November 30th, 1989.  And the last |
| 08:08:01 | 4 | order of that court in connection with the case, specifically, |
| 08:08:06 | 5 | Hearne I.S.D., dated February 10th, 1989. |
| 08:10:00 | 6 | THE COURT:  It appears to show that on August 29th, 19 |
| 08:10:08 | 7 | -- 2002, there was an agreed order of dismissal. |
| 08:10:13 | 8 | MR. FELDMAN:  Yes, your Honor, I've inquired about |
| 08:10:15 | 9 | that, and it's been represented to me by the United States that |
| 08:10:18 | 10 | the agreed order of dismissal was to -- as to Temple I.S.D. only. |
| 08:10:24 | 11 | I, however, have not seen that order. |
| 08:10:27 | 12 | MR. CASPAR:  Your Honor, the United States first |
| :10:29 | 13 | received these documents in question from Hearne only a couple of |
| 08:10:33 | 14 | weeks ago.  Since then, we've endeavored to find a -- since then, |
| 08:10:37 | 15 | we've endeavored to find the documents referenced in the docket |
| 08:10:40 | 16 | sheet.  We've pulled them from national archives, and orders of |
| 08:10:45 | 17 | dismissal that we find are applicable to Temple I.S.D.  And we |
| 08:10:50 | 18 | have those orders back at the office, and we will bring them |
| 08:11:00 | 19 | before the Court tomorrow. |
| 08:11:00 | 20 | THE COURT:  There has been no final order entered, if I |
| 08:11:00 | 21 | understand you, with reference to the case involving the Hearne |
| 08:11:00 | 22 | Independent School District. |
| 08:11:02 | 23 | MR. CASPAR:  That's right, your Honor. |
| 08:11:04 | 24 | MR. HEPWORTH:  That's our understanding, as well.  I |
| :8:11:05 | 25 | wasn't aware of these documents until a couple -- you know, a |

| | | |
|---|---|---|
| 08:11:09 | 1 | couple of months ago. |
| 08:11:09 | 2 | THE COURT:  Well, the Court will take judicial notice |
| 08:11:11 | 3 | of these various orders that have been presented to it.  They're |
| 08:11:16 | 4 | part of the evidence in the case. |
| 08:11:18 | 5 | MR. FELDMAN:  Thank you, your Honor. |
| 08:11:22 | 6 | THE COURT:  You may take the witness on redirect |
| 08:11:23 | 7 | examination. |
| 08:11:24 | 8 | RE-DIRECT EXAMINATION |
| 08:11:27 | 9 | BY MR. CASPAR: |
| 08:11:27 | 10 | Q.  Mr. McDaniel, thank you very much.  I have only a few more |
| 08:11:29 | 11 | questions for you.  Didn't mean to startle you there.  I'm sorry. |
| 08:11:34 | 12 | THE COURT:  Is your microphone working? |
| :11:37 | 13 | MR. CASPAR:  Let me see.  Is that working? |
| 08:11:40 | 14 | MR. HEPWORTH:  Doesn't appear to be. |
| 08:11:48 | 15 | MR. CASPAR:  I'll speak up, your Honor.  I'm sorry. |
| 08:11:51 | 16 | THE COURT:  Take a look at it and see what's the matter |
| 08:11:53 | 17 | with it.  Maybe the volume needs to be turned up on that |
| 08:12:16 | 18 | microphone.  Well, speak directly into the microphone.  Maybe I |
| 08:12:42 | 19 | can hear better. |
| 08:12:46 | 20 | MR. CASPAR:  Yes, your Honor. |
| 08:12:53 | 21 | Q.  (BY MR. CASPAR) Mr. McDaniel? |
| 08:12:55 | 22 | A.  Yes, sir. |
| 08:12:56 | 23 | Q.  When we were speaking previously of the ability grouping at |
| 08:13:00 | 24 | Hearne I.S.D., were you implying that the ability grouping was |
| 08:13:08 | 25 | racist? |

| | | |
|---|---|---|
| 08:13:10 | 1 | A.    No, sir. |
| 08:13:11 | 2 | Q.    Was the substance of your testimony that the ability |
| 08:13:14 | 3 | grouping had segregative effects? |
| 08:13:18 | 4 | A.    Yes, sir. |
| 08:13:20 | 5 | Q.    And counsel for Mumford asked you about Hearne I.S.D.'s |
| 08:13:26 | 6 | dropout rate from 1999 to 2000.  Do you remember that? |
| 08:13:30 | 7 | A.    Yes, sir. |
| 08:13:32 | 8 | Q.    1999 to 2000, how many years after the transfers began was |
| 08:13:37 | 9 | that? |
| 08:13:44 | 10 | A.    Eight.  Somewhere around eight years, sir. |
| 08:13:46 | 11 | Q.    And did you testify earlier that as a result of the |
| 08:13:48 | 12 | transfers, you lost -- or the district lost lots of funding? |
| :13:55 | 13 | A.    Yes, sir. |
| 08:13:55 | 14 | Q.    And the district lost teachers due to that? |
| 08:13:57 | 15 | A.    Yes, sir. |
| 08:13:58 | 16 | Q.    And it wasn't until after eight years later that this |
| 08:14:00 | 17 | dropout rate occurred? |
| 08:14:02 | 18 | A.    Yes, sir. |
| 08:14:05 | 19 | Q.    Do you know when Mumford built its new building? |
| 08:14:11 | 20 | A.    No, sir.  I'm not sure of the year on that. |
| 08:14:14 | 21 | Q.    Do you know about when?  About -- |
| 08:14:19 | 22 | A.    Let's see, sir.  I'm not remembering the year that they did |
| 08:14:29 | 23 | that.  No, sir. |
| 08:14:31 | 24 | Q.    Was it -- do you remember if it was after 2000? |
| ʋ8:14:35 | 25 | A.    Yes, sir. |

| | | |
|---|---|---|
| 08:14:36 | 1 | Q.   And is that many years after the transfers started? |
| 08:14:40 | 2 | A.   Oh, yes, sir. |
| 08:15:01 | 3 | Q.   Counsel for Mumford also asked you questions about transfers |
| 08:15:06 | 4 | going from -- transfers starting in the '90s and going to |
| 08:15:12 | 5 | Mumford.  Do you remember that? |
| 08:15:13 | 6 | A.   Yes, sir. |
| 08:15:14 | 7 | Q.   When we were speaking of transfers leaving Hearne, were we |
| 08:15:18 | 8 | speaking -- or were you speaking in terms of transfers leaving |
| 08:15:20 | 9 | Hearne, period, and not necessarily to any given district? |
| 08:15:25 | 10 | A.   Just transfers, period.  Yes, sir. |
| 08:15:27 | 11 | Q.   Because you were referring to the cumulative effect of all |
| 08:15:32 | 12 | transfers leaving Hearne, right? |
| 1:15:33 | 13 | A.   Yes, sir. |
| 08:15:34 | 14 | Q.   Not just to any one district? |
| 08:15:35 | 15 | A.   No, sir. |
| 08:15:43 | 16 | Q.   It was also pointed out, do you remember, that some Hearne |
| 08:15:48 | 17 | board members have been encouraging Hearne students to go the |
| 08:15:53 | 18 | Mumford?  Do you remember that? |
| 08:15:55 | 19 | A.   Yes, sir. |
| 08:15:55 | 20 | Q.   Mr. McDaniel, do you know Hearne board members actually have |
| 08:16:00 | 21 | transferred their own children from Hearne to Mumford? |
| 08:16:03 | 22 | A.   Yes, sir.  I have one board member who did transfer his |
| 08:16:08 | 23 | child to Mumford. |
| 08:16:09 | 24 | Q.   And when was that? |
| J8:16:14 | 25 | A.   Probably around 2000-2001, somewhere around -- |

| | | |
|---|---|---|
| 08:16:21 | 1 | THE COURT: What was the name of the board member? |
| 08:16:22 | 2 | THE WITNESS: His name was Henry. His last name was |
| 08:16:28 | 3 | Henry. I'm trying to think of that first name. My goodness. |
| 08:16:33 | 4 | THE COURT: Was it white or black or -- |
| 08:16:35 | 5 | THE WITNESS: He was white. Initials were J.R. Henry. |
| 08:16:39 | 6 | Jerry Henry. |
| 08:16:41 | 7 | Q. (BY MR. CASPAR) Since Jerry Henry brought his -- transferred |
| 08:16:43 | 8 | his kid from Hearne to Mumford, do you know whether another |
| 08:16:46 | 9 | Hearne board member has done that? |
| 08:16:47 | 10 | A. Yes, sir. Earlier, before that time, we had another board |
| 08:16:52 | 11 | member to transfer a child out of Hearne. |
| 08:16:56 | 12 | Q. Who was that? |
| :16:56 | 13 | A. His name was Corey Helmstrum. |
| 08:16:59 | 14 | Q. When was that? |
| 08:17:02 | 15 | A. This was while I was a principal at Blackshear. Must have |
| 08:17:12 | 16 | been '86-'87, thereabouts. |
| 08:17:15 | 17 | Q. Do you believe that -- |
| 08:17:18 | 18 | THE COURT: What was his race? |
| 08:17:19 | 19 | THE WITNESS: He was -- sir? |
| 08:17:22 | 20 | THE COURT: What was his race? |
| 08:17:24 | 21 | THE WITNESS: He was white, also. |
| 08:17:26 | 22 | Q. (BY MR. CASPAR) Do you believe that the -- what effect do |
| 08:17:27 | 23 | you believe has -- what is the effect, do you think, of Hearne's |
| 08:17:33 | 24 | own board members transferring their children to Mumford? |
| 08:17:36 | 25 | MR. FELDMAN: Objection, your Honor. Calls for a |

| | | |
|---|---|---|
| 08:17:37 | 1 | conclusion. |
| 08:17:45 | 2 | THE COURT:  I overrule your objection.  Let's get on. |
| 08:17:45 | 3 | A.   I think that others were curious and perhaps start thinking |
| 08:17:48 | 4 | that things were going on that they didn't know about, since the |
| 08:17:56 | 5 | administration was taking its children out of the district.  So |
| 08:17:59 | 6 | that's, as a matter of fact, one parent told me that.  They |
| 08:18:03 | 7 | didn't know why children were leaving, but when you had board |
| 08:18:05 | 8 | members taking their children out, then it puts a lot of wonder |
| 08:18:09 | 9 | and suspicion in the minds of the parents. |
| 08:18:14 | 10 | Q.   (BY MR. CASPAR) And do you recall testifying, sir, that |
| 08:18:18 | 11 | Hearne has developed a reputation for poor discipline? |
| 08:18:24 | 12 | A.   Yes, sir. |
| 1:18:25 | 13 | THE COURT:  When you say "discipline," do you mean lack |
| 08:18:29 | 14 | of discipline? |
| 08:18:31 | 15 | Q.   (BY MR. CASPAR) Do you mean lack of discipline?  Do you mean |
| 08:18:33 | 16 | misbehaving students? |
| 08:18:36 | 17 | A.   A reputation for having discipline problems. |
| 08:18:39 | 18 | Q.   A reputation for having misbehaving students. |
| 08:18:42 | 19 | A.   Well, yes, sir, there are some misbehaving students in |
| 08:18:46 | 20 | Hearne. |
| 08:18:46 | 21 | Q.   Well, you testified earlier that Hearne had developed a |
| 08:18:49 | 22 | reputation for having misbehaving students or poor discipline. |
| 08:18:54 | 23 | Do you remember that? |
| 08:18:57 | 24 | A.   I did not know that I was saying that.  I didn't mean to |
| u8:19:00 | 25 | state that that way, if I did. |

| | | |
|---|---|---|
| 08:19:04 | 1 | Q.   Do you believe that discipline problems at Hearne have been |
| 08:19:08 | 2 | worse in recent years? |
| 08:19:12 | 3 | A.   When I was still working, possibly they were -- there were |
| 08:19:20 | 4 | more problems, but I would say this:  The problems were dealt |
| 08:19:23 | 5 | with. |
| 08:19:26 | 6 | Q.   Do you believe the problem -- well, when you were still |
| 08:19:29 | 7 | working, were you referring to while you were a superintendent? |
| 08:19:33 | 8 | A.   Yes, sir. |
| 08:19:34 | 9 | Q.   And the transfers had been going on for a long time before |
| 08:19:36 | 10 | that, haven't they? |
| 08:19:38 | 11 | A.   Oh, yes, sir. |
| 08:19:42 | 12 | Q.   Do you think the transfers played a role in creating |
| :19:45 | 13 | Hearne's bad reputation for discipline? |
| 08:19:50 | 14 | MR. FELDMAN:  Objection, your Honor.  Calls for a |
| 08:19:51 | 15 | conclusion. |
| 08:19:52 | 16 | THE COURT:  The objection's overruled. |
| 08:19:54 | 17 | A.   Yes, sir.  I think it has some bearing on it. |
| 08:19:57 | 18 | Q.   (BY MR. CASPAR) How so? |
| 08:19:58 | 19 | A.   Because seems like to me the students who were left there, a |
| 08:20:06 | 20 | lot of those were more challenging to get to comply with the |
| 08:20:13 | 21 | rules, and you just have, seemingly, more of those to deal with. |
| 08:20:25 | 22 | Q.   And is it based on your personal observations and |
| 08:20:29 | 23 | experiences, Mr. McDaniel, that you believe the higher performing |
| 08:20:34 | 24 | students at Hearne have been transferring away? |
| 08:20:36 | 25 | A.   Yes, sir, some of them have. |

| | | |
|---|---|---|
| 08:20:38 | 1 | Q.   That's based on your own personal observations and |
| 08:20:41 | 2 | experiences? |
| 08:20:43 | 3 | A.   Yes. |
| 08:20:50 | 4 | Q.   I have no further questions.   Thank you, Mr. Hearne. |
| 08:20:56 | 5 | CROSS-EXAMINATION |
| 08:21:00 | 6 | BY MR. HEPWORTH: |
| 08:21:00 | 7 | Q.   I have only a couple of questions. |
| 08:21:03 | 8 | When you mentioned that you went away from the ability |
| 08:21:07 | 9 | grouping, you said TEA addressed that.  Did they talk about |
| 08:21:10 | 10 | whether or not they were going to allow ability grouping for your |
| 08:21:14 | 11 | other campuses, for example, the East -- |
| 08:21:19 | 12 | A.   No, sir.  They asked East Side to not ability group.  They |
| :21:23 | 13 | asked them to stop. |
| 08:21:25 | 14 | Q.   Told East Side do not ability group anymore? |
| 08:21:28 | 15 | A.   Yes, sir. |
| 08:21:28 | 16 | Q.   And this was around 1990? |
| 08:21:30 | 17 | A.   Yes, sir. |
| 08:21:34 | 18 | Q.   You were asked about how many administrators are at H I.S.D. |
| 08:21:39 | 19 | And then, you were asked about Mumford's administrator, and they |
| 08:21:42 | 20 | represented there was not one.  Isn't it true that when you had |
| 08:21:44 | 21 | mentioned your administrators, you included your business |
| 08:21:47 | 22 | manager, didn't you? |
| 08:21:48 | 23 | A.   Yes, sir. |
| 08:21:48 | 24 | Q.   Isn't it true that Mumford also has a business manager? |
| 08:21:52 | 25 | A.   I'm not sure, sir. |

| | | |
|---|---|---|
| 08:21:53 | 1 | Q.   Or isn't Barbara Brannon the business manager? |
| 08:21:56 | 2 | A.   I'd heard that, yes, sir. |
| 08:21:57 | 3 | Q.   Okay.  So they probably have two -- |
| 08:21:59 | 4 | A.   Yes, sir. |
| 08:22:02 | 5 | Q.   -- sixth-grade teachers at Blackshear, when you were there, |
| 08:22:05 | 6 | and having these transfer problems? |
| 08:22:07 | 7 | A.   Yes, sir. |
| 08:22:07 | 8 | Q.   What race were they? |
| 08:22:08 | 9 | A.   They were African-American. |
| 08:22:10 | 10 | Q.   Did you have any problems with the fact that all sixth-grade |
| 08:22:12 | 11 | teachers were African-American? |
| 08:22:15 | 12 | A.   Yes, sir.  There were parents who -- that was in 1992 that |
| :22:18 | 13 | most -- for that time, the biggest number left us, left our sixth |
| 08:22:24 | 14 | grade.  They moved -- they did not go to our sixth grade. |
| 08:22:30 | 15 | Q.   Okay.  Did you presume that that was because there were no |
| 08:22:32 | 16 | white teachers at sixth grade? |
| 08:22:35 | 17 | A.   Yes, sir.  This is what some of the parents said. |
| 08:22:37 | 18 | Q.   You said Hearne board members went door-to-door.  What race |
| 08:22:39 | 19 | were those board members? |
| 08:22:41 | 20 | A.   They were white. |
| 08:22:43 | 21 | Q.   Thank you. |
| 08:22:44 | 22 | A.   Yes, sir. |
| 08:22:49 | 23 | THE COURT:  Any further cross-examination? |
| 08:22:51 | 24 | MR. FELDMAN:  Yes, your Honor. |
| 08:22:54 | 25 | |

RE-CROSS EXAMINATION

BY MR. FELDMAN:

Q.   You said the transfers that occurred in 1992 were the result of having all black teachers in the sixth grade?

A.   Some of the parents said that was the reason.

Q.   You have no evidence to indicate that any transfers were going to Mumford at that time, do you?

A.   Not when I left, no, sir.  I found out later on that some did.

Q.   No.  Do you know of any information, any data that shows that students from Hearne were actually transferring to Mumford I.S.D. in 1992?

A.   Only what -- when the records request would come in for records when I was principal, but I don't have --

Q.   How many requests did you get?

A.   I don't have those numbers in my mind.  I don't remember those.  That was 1992.

Q.   You also testified that a board member by the name of Jerry Henry transferred his child to Mumford while he was a board member?

A.   Yes, sir.

Q.   And now, you don't have any information to show that Mumford had anything to do with that, do you?

A.   No, sir.

Q.   And do you know why Mr. Henry transferred his child while he

| | | |
|---|---|---|
| 08:24:12 | 1 | was a board member? |
| 08:24:15 | 2 | A.   He didn't tell me.  No, sir. |
| 08:24:18 | 3 | Q.   Did he not report to you that his daughter's name was |
| 08:24:22 | 4 | Chastity, that two years in a row, she had significant problems |
| 08:24:26 | 5 | with scheduling at Hearne and that's why he transferred? |
| 08:24:32 | 6 | MR. HEPWORTH:  He said he didn't know.  This is just |
| 08:24:33 | 7 | testifying into the record someone who said he didn't know why |
| 08:24:36 | 8 | someone transferred. |
| 08:24:39 | 9 | MR. FELDMAN:  I'm seeking to refresh his recollection, |
| 08:24:40 | 10 | your Honor. |
| 08:24:40 | 11 | THE COURT:  I overrule it. |
| 08:24:42 | 12 | Q.   (BY MR. FELDMAN) Do you recall that that there was an issue |
| :24:43 | 13 | with respect to the scheduling of his student? |
| 08:24:47 | 14 | A.   No, sir, I don't. |
| 08:24:47 | 15 | Q.   Do you know a Reverend Mack? |
| 08:24:49 | 16 | A.   Yes, I do. |
| 08:24:49 | 17 | Q.   And Reverend Mack was in an assistant principal at Hearne |
| 08:24:59 | 18 | I.S.D. at one time? |
| 08:25:00 | 19 | A.   Yes, sir. |
| 08:25:00 | 20 | Q.   And he is also a board member? |
| 08:25:03 | 21 | A.   Yes, sir. |
| 08:25:03 | 22 | Q.   Is he a board member currently? |
| 08:25:05 | 23 | A.   Yes, sir. |
| 08:25:06 | 24 | Q.   And how long has he been a board member? |
| 08:25:08 | 25 | A.   Oh, I think he says about 18 years, or somewhere |

| 08:25:12 | 1 | thereabouts. |
| 08:25:13 | 2 | Q.    And Reverend Mack is black? |
| 08:25:15 | 3 | A.    Yes, sir. |
| 08:25:15 | 4 | Q.    And Reverend Mack has a grandchild who transferred from |
| 08:25:18 | 5 | Hearne to Mumford; is that the case?  Are you aware of that? |
| 08:25:24 | 6 | A.    I don't know that the child was already in Hearne.  I know |
| 08:25:26 | 7 | that the child went to pre-K, went to Mumford. |
| 08:25:32 | 8 | Q.    But do you know -- |
| 08:25:33 | 9 | A.    Yes.  I know his child went to -- |
| 08:25:35 | 10 | Q.    And Reverend Mack -- that grandchild lives in Hearne, does |
| 08:25:39 | 11 | she not? |
| 08:25:39 | 12 | A.    No. |
| :25:40 | 13 | Q.    She does not? |
| 08:25:41 | 14 | A.    No. |
| 08:25:42 | 15 | Q.    Where does she live? |
| 08:25:44 | 16 | A.    Hammond. |
| 08:25:45 | 17 | THE COURT:  Where? |
| 08:25:46 | 18 | THE WITNESS:  Hammond. |
| 08:25:49 | 19 | Q.    (BY MR. FELDMAN) And she's transferred from Hammond to -- |
| 08:25:51 | 20 | A.    Oh, no.  This was years, years ago.  I think she still lives |
| 08:25:56 | 21 | -- she didn't live in Hearne at the time, then, I don't think. |
| 08:25:58 | 22 | Q.    But do you agree she's gone through the Mumford schools? |
| 08:26:01 | 23 | A.    Oh, yeah -- well, no, sir.  I don't know that.  But I see |
| 08:26:05 | 24 | her all the time. |
| ͜8:26:06 | 25 | Q.    Nothing further, your Honor. |

| | | |
|---|---|---|
| 08:26:07 | 1 | THE COURT:  Any further cross-examination? |
| 08:26:12 | 2 | MS. HANSEN:  None, your Honor. |
| 08:26:13 | 3 | THE COURT:  Any more redirect? |
| 08:26:15 | 4 | MR. CASPAR:  No, your Honor. |
| 08:26:16 | 5 | THE COURT:  Do you want to retain this witness on the |
| 08:26:18 | 6 | attendance of the Court, or shall he be finally excused? |
| 08:26:21 | 7 | MR. CASPAR:  Your Honor, he can be finally excused. |
| 08:26:24 | 8 | MR. FELDMAN:  Finally excused, your Honor. |
| 08:26:26 | 9 | MS. HANSEN:  We concur, your Honor. |
| 08:26:28 | 10 | THE COURT:  You're excused, sir.  You may return home, |
| 08:26:30 | 11 | if you so desire. |
| 08:26:33 | 12 | THE WITNESS:  Thank you, sir. |
| :26:34 | 13 | THE COURT:  All right.  Who will be the next witness |
| 08:26:35 | 14 | for the plaintiff? |
| 08:26:38 | 15 | MR. GUZMAN:  Your Honor, next witness will be Caroline |
| 08:26:41 | 16 | Reed. |
| 08:27:16 | 17 | THE COURT:  Is this a witness? |
| 08:27:21 | 18 | MR. GUZMAN:  Yes, it is. |
| 08:27:22 | 19 | THE COURT:  Come forward, ma'am.  Please raise your |
| 08:27:28 | 20 | right hand and be sworn. |
| 08:27:29 | 21 | (Witness was sworn.) |
| 08:27:37 | 22 | THE COURT:  Here's the witness stand right over here. |
| 08:27:50 | 23 | CAROLINE REED, called by the Plaintiff, duly sworn. |
| 08:27:50 | 24 | |
| 08:27:50 | 25 | |

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 08:27:50 | 1  | DIRECT EXAMINATION                                       |
| 08:27:51 | 2  | BY MR. GUZMAN:                                            |
| 08:27:51 | 3  | Q.   Ms. Reed, good afternoon.                            |
| 08:27:53 | 4  | A.   Good afternoon.                                      |
| 08:27:53 | 5  | Q.   Could you please state your full name for the record, |
| 08:27:55 | 6  | please?                                                  |
| 08:27:55 | 7  | A.   Caroline Joyce Reed.                                 |
| 08:27:57 | 8  | Q.   Ms. Reed, what is your occupation?                   |
| 08:28:00 | 9  | A.   I am a high school principal.                        |
| 08:28:01 | 10 | Q.   And where are you a high school principal?           |
| 08:28:03 | 11 | A.   At Hearne.                                           |
| 08:28:05 | 12 | Q.   Is that at the Hearne High School?                   |
| 1:28:07  | 13 | A.   Yes.                                                 |
| 08:28:08 | 14 | Q.   How long have you held that position?                |
| 08:28:10 | 15 | A.   Since August.                                        |
| 08:28:12 | 16 | Q.   August of 2004?                                      |
| 08:28:13 | 17 | A.   Correct.                                             |
| 08:28:14 | 18 | Q.   This is your first year; is that right?              |
| 08:28:16 | 19 | A.   As the high school principal.                        |
| 08:28:18 | 20 | Q.   What job did you hold before becoming high school principal |
| 08:28:20 | 21 | at Hearne I.S.D?                                          |
| 08:28:22 | 22 | A.   I was the Blackshear Elementary principal for eight years. |
| 08:28:27 | 23 | Q.   Have you held any other positions with the Hearne I.S.D? |
| 08:28:30 | 24 | A.   No.                                                  |
| 08:28:32 | 25 | Q.   Do you live in Hearne?                               |

08:28:34  1   A.   Yes, throughout the week.  I have a primary residence out of

08:28:38  2   Richards, and I keep a residence in Hearne, stay up there most

08:28:42  3   all week.

08:28:43  4             THE COURT:  Where is Richards?

08:28:45  5             THE WITNESS:  Close to Huntsville.

08:28:47  6             THE COURT:  How far do you have to go?

08:28:48  7             THE WITNESS:  Sixty-five miles.

08:28:52  8   Q.   (BY MR. GUZMAN) Do you do that every week, report to school?

08:29:11  9   A.   Yes.

08:29:11  10  Q.   Are there occasions when you spend weekends in Hearne?

08:29:11  11  A.   Yes.

08:29:11  12  Q.   And why is that?  Or for what reasons do you do that?

3:29:13   13  A.   To attend some of the community functions and to go to

08:29:16  14  athletic events, UIL competition, which is the University

08:29:21  15  Interscholastic League competition for our students to go on

08:29:24  16  field trips, band concerts, one-act plays, anything that pertains

08:29:30  17  to school.

08:29:33  18  Q.   Can you give us an estimate of how many weekends you might

08:29:35  19  end up staying in Hearne, as opposed to going back home to

08:29:38  20  Richards?

08:29:40  21  A.   No.  This year, in particular, with the high school, there

08:29:43  22  have been probably ten weekends, at least, that my husband and I

08:29:49  23  will come back for some of the functions.

08:29:51  24  Q.   Can you give the Court just sort of a general overview of

08:29:56  25  your day-to-day responsibilities as principal at Hearne High

| | | |
|---|---|---|
| 08:30:01 | 1 | School? |
| 08:30:01 | 2 | A.   Well, I'm in charge of all the instruction.  I deal with |
| 08:30:05 | 3 | parents.  I deal with the staff.  I stay abreast of all policies |
| 08:30:11 | 4 | and procedures in our district.  Day-to-day routine of running |
| 08:30:17 | 5 | the school board. |
| 08:30:19 | 6 | Q.   Is your contact with parents and students -- does this occur |
| 08:30:22 | 7 | on a daily basis? |
| 08:30:24 | 8 | A.   Yes, sir. |
| 08:30:24 | 9 | Q.   What kinds of issues will arise when you're dealing with |
| 08:30:28 | 10 | students and parents as principal of Hearne High School? |
| 08:30:32 | 11 | A.   I meet with parents concerning grades, concerning discipline |
| 08:30:36 | 12 | problems, concerning especially with high school graduation, |
| 8:30:42 | 13 | credits that the students have.  I meet with students.  I always |
| 08:30:48 | 14 | do a lunch duty so that I can have more contact with the |
| 08:30:51 | 15 | students. |
| 08:30:52 | 16 | Q.   Have your duties changed significantly as principal of |
| 08:30:56 | 17 | Hearne High School, as compared when you were principal of |
| 08:30:58 | 18 | Blackshear? |
| 08:31:00 | 19 | A.   Running the school is basically the same, but yes, it is |
| 08:31:01 | 20 | different with high school, and there are a lot more extra |
| 08:31:08 | 21 | activities involved in the high school. |
| 08:31:11 | 22 | Q.   What about the level of involvement with parents and |
| 08:31:15 | 23 | students?  How does it compare, your stint at Blackshear compared |
| 08:31:18 | 24 | to the high school? |
| 08:31:19 | 25 | A.   About the same.  I dealt with parents throughout my time at |

08:31:23   1   Blackshear.

08:31:26   2   Q.   Where did you work before coming to Hearne?

08:31:29   3   A.   I worked in Montgomery for 17 years.

08:31:33   4   Q.   And what were you doing at Montgomery?   Is it also a school

08:31:37   5   district?

08:31:38   6   A.   Yes.   It's a school district.   I taught the first twelve

08:31:40   7   years I was there and was assistant principal the last five.

08:31:45   8   Q.   And how far is Montgomery from Hearne, or are they generally

08:31:51   9   approximately by each other?

08:31:53   10   A.   About 70 miles, 75 miles, at most.

08:31:56   11   Q.   How would you compare the Montgomery School District to the

08:32:00   12   Hearne District, for example, in terms of affluence?

:32:04   13   A.   Montgomery I.S.D. is a fairly affluent district.   We pulled

08:32:09   14   students from the Lake Conroe area, some resort areas.   And

08:32:13   15   Hearne is a minority district with a lower socioeconomic base

08:32:21   16   than Montgomery.

08:32:22   17   Q.   And what about Montgomery's minority enrollment?   Is it --

08:32:28   18   would you consider it to be high or low minority enrollment?

08:32:32   19   A.   It's low.   We were less than 15 percent.

08:32:37   20        THE COURT:   I take it Montgomery's in Montgomery

08:32:39   21   County?

08:32:40   22        THE WITNESS:   Yes, sir.

08:32:43   23   Q.   (BY MR. GUZMAN) How would you compare the discipline issues

08:32:52   24   or the discipline environment that you dealt with, or worked

J8:32:55   25   with, at Montgomery compared to what you worked with in Hearne

| | | |
|---|---|---|
| 08:32:59 | 1 | both as a principal of the elementary school and at the high |
| 08:33:00 | 2 | school? |
| 08:33:03 | 3 | MR. FELDMAN:  Objection, your Honor.  Irrelevant as to |
| 08:33:03 | 4 | the -- anything that occurred in Montgomery High School. |
| 08:33:06 | 5 | THE COURT:  Well, I'm letting everything in.  I |
| 08:33:13 | 6 | overrule the objection.  Go ahead. |
| 08:33:15 | 7 | Q.   (BY MR. GUZMAN) Did you understand my question? |
| 08:33:18 | 8 | A.   Yes.  I dealt with basically the same issues as the |
| 08:33:21 | 9 | assistant principal of Montgomery.  And the issues I dealt with |
| 08:33:26 | 10 | in Hearne, classroom disruptions, sometimes disrespect to the |
| 08:33:30 | 11 | teachers, basically, those same kind of issues. |
| 08:33:35 | 12 | Q.   Did you find that the issues were more serious or more |
| 1:33:38 | 13 | pervasive in Hearne compared to Montgomery? |
| 08:33:41 | 14 | A.   No. |
| 08:33:42 | 15 | MS. JUREN:  Objection.  Leading. |
| 08:33:44 | 16 | THE COURT:  Did I hear an objection? |
| 08:33:46 | 17 | MS. JUREN:  Objection.  Leading. |
| 08:33:48 | 18 | THE COURT:  I'll overrule the objection. |
| 08:33:53 | 19 | Q.   (BY MR. GUZMAN) What made you -- if I may ask, what made you |
| 08:33:57 | 20 | decide to leave Montgomery School District for Hearne School |
| 08:34:00 | 21 | District? |
| 08:34:01 | 22 | A.   I had been in the system for five years and Montgomery at |
| 08:34:07 | 23 | that time was in the mid -- we had changed superintendents |
| 08:34:19 | 24 | several times, and I began to look for a principal position, and |
| J8:34:19 | 25 | I was looking for one somewhere within an hour of my home and |

| | | |
|---|---|---|
| 08:34:19 | 1 | Hearne was available when I applied there.  And I knew that |
| 08:34:26 | 2 | Hearne was a predominantly minority district, but that didn't |
| 08:34:31 | 3 | bother me.  I feel like that every child deserved an education, |
| 08:34:35 | 4 | and I was willing to go and try to do what I could. |
| 08:34:39 | 5 | Q.   At the time that you were applying for the principal |
| 08:34:40 | 6 | position at Blackshear and Hearne, were you aware of any |
| 08:34:44 | 7 | reputation that the Hearne District had either for academic |
| 08:34:47 | 8 | performance or other issues similar to that? |
| 08:34:50 | 9 | MR. FELDMAN:  Objection, your Honor.  Lack of |
| 08:34:52 | 10 | foundation. |
| 08:34:54 | 11 | THE COURT:  You might establish the foundation. |
| 08:34:59 | 12 | MR. GUZMAN:  Sure. |
| 3:35:00 | 13 | Q.   (BY MR. GUZMAN) In your time working at the Montgomery |
| 08:35:02 | 14 | School District, you testified that you spent 17 years there; is |
| 08:35:04 | 15 | that correct? |
| 08:35:04 | 16 | A.    Correct. |
| 08:35:06 | 17 | Q.   At that time, over the course of your work at Montgomery, |
| 08:35:08 | 18 | did you come into interaction with other school districts within |
| 08:35:11 | 19 | the area? |
| 08:35:17 | 20 | A.    Yes. |
| 08:35:18 | 21 | Q.   What kind of interaction would that be, if you could |
| 08:35:20 | 22 | describe for the Court? |
| 08:35:24 | 23 | A.    Well, we were all in a Region 6, which is the Region 6 |
| 08:35:29 | 24 | Educational Service Center, and so, we had meetings and |
| 08:35:33 | 25 | conferences and all with other schools within that region. |

| | | |
|---|---|---|
| 08:35:37 | 1 | Q.   Would it give you an opportunity to meet and discuss issues |
| 08:35:41 | 2 | with officials from other school districts within the region? |
| 08:35:45 | 3 | A.   Yes. |
| 08:35:47 | 4 | Q.   Your Honor, based on -- |
| 08:35:50 | 5 | THE COURT:  Go ahead and answer the question. |
| 08:35:53 | 6 | Q.   (BY MR. GUZMAN) If I could go back to the question I'd |
| 08:35:56 | 7 | originally asked you. |
| 08:35:58 | 8 | Did there come a time when you had applied for the |
| 08:36:01 | 9 | principal position at Blackshear, did you have any understanding |
| 08:36:04 | 10 | as to what reputation the Hearne School District enjoyed with |
| 08:36:08 | 11 | respect to its academics or its ability to have a conducive |
| 08:36:13 | 12 | learning environment? |
| :36:15 | 13 | A.   Yes. |
| 08:36:15 | 14 | Q.   And can you describe for the Court what that reputation was? |
| 08:36:20 | 15 | A.   The reputation of Hearne was perceived to be a school with a |
| 08:36:25 | 16 | lot of discipline problems and low academic standing.  And |
| 08:36:32 | 17 | usually people would ask me why I would go there, considering |
| 08:36:36 | 18 | that it was a African-American district. |
| 08:36:39 | 19 | Q.   And what was your answer? |
| 08:36:43 | 20 | A.   That it didn't matter to me that kids are kids, and I wanted |
| 08:36:47 | 21 | to go and see what I could do to help them have a successful |
| 08:36:51 | 22 | educational career. |
| 08:36:53 | 23 | Q.   And were your expectations fulfilled over the course of your |
| 08:36:57 | 24 | tenure at Blackshear? |
| 08:36:59 | 25 | A.   Yes.  I've enjoyed every year I was at Blackshear. |

| | | |
|---|---|---|
| 08:37:03 | 1 | Q.   Did you find that either Blackshear or the Hearne School |
| 08:37:07 | 2 | District, in general, lived up to the reputation that you believe |
| 08:37:10 | 3 | it had at the time you were applying for the job? |
| 08:37:14 | 4 | A.   No. |
| 08:37:21 | 5 | Q.   Have you worked at any other school districts other than |
| 08:37:24 | 6 | Montgomery and Hearne? |
| 08:37:25 | 7 | A.   Yes.   When I graduated from college, I worked four years in |
| 08:37:30 | 8 | Navasota.   And from Navasota, I went to Cy-Fair and taught at |
| 08:37:36 | 9 | Matzke Elementary for three years. |
| 08:37:38 | 10 | Q.   Now, tell us a little bit about the Navasota School |
| 08:37:42 | 11 | District.   Is that -- would you describe it as a rural district |
| 08:37:46 | 12 | or suburban or -- |
| 1:37:48 | 13 | A.   It's rural.   It's about, I would say, about 40 miles from |
| 08:37:52 | 14 | Hearne, and at that time, we were about 55-percent white and |
| 08:38:00 | 15 | 45-percent black. |
| 08:38:01 | 16 | Q.   And the position you held at Navasota was a teaching job? |
| 08:38:06 | 17 | A.   Yes. |
| 08:38:06 | 18 | Q.   What grade were you teaching or grades? |
| 08:38:08 | 19 | A.   I taught third grade and first grade. |
| 08:38:12 | 20 | Q.   And did your job at Navasota bring you in contact with |
| 08:38:18 | 21 | significant numbers of minority students? |
| 08:38:19 | 22 | A.   Yes. |
| 08:38:20 | 23 | Q.   And are we talking about black students, or Hispanic, or |
| 08:38:22 | 24 | Asian students? |
| .8:38:23 | 25 | A.   At that time, predominantly black students. |

| | | |
|---|---|---|
| 08:38:28 | 1 | Q. How would you compare the discipline problems you |
| 08:38:31 | 2 | encountered in Navasota, during your time there, to the |
| 08:38:35 | 3 | discipline problems you encountered at Blackshear elementary? |
| 08:38:39 | 4 | MR. FELDMAN: Objection. Relevance, your Honor. |
| 08:38:40 | 5 | THE COURT: I overrule that objection. |
| 08:38:44 | 6 | A. About the same. Same type of discipline problems as we have |
| 08:38:48 | 7 | today in Hearne. |
| 08:38:52 | 8 | Q. (BY MR. GUZMAN) Comparable between the two districts? |
| 08:38:54 | 9 | A. Yes. |
| 08:38:54 | 10 | Q. You said you also spent time at the Cy-Fair School District? |
| 08:38:58 | 11 | A. Yes. |
| 08:38:58 | 12 | Q. What type of district is that? Is it -- as before, urban, |
| 1:39:03 | 13 | suburban, rural? |
| 08:39:05 | 14 | A. It's suburban on the northwest side of Houston, and I taught |
| 08:39:08 | 15 | in a very affluent school there. |
| 08:39:11 | 16 | Q. More affluence than the schools you work out at Hearne? |
| 08:39:14 | 17 | A. Yes. |
| 08:39:15 | 18 | Q. Significantly so? |
| 08:39:15 | 19 | A. Yes. We pull from homes -- and this was in the late '70s, |
| 08:39:33 | 20 | and we pulled from homes of $90,000 and above then. So it was a |
| 08:39:33 | 21 | very affluent area. |
| 08:39:33 | 22 | Q. What about the minority enrollment at Cy-Fair? How did it |
| 08:39:36 | 23 | compare to the minority enrollment at Hearne? |
| 08:39:38 | 24 | A. It was very low. We had about a thousand students at our |
| 08:39:41 | 25 | elementary, and approximately 40 students were black, and no |

| | | |
|---|---|---|
| 08:39:47 | 1 | Hispanic at that time. |
| 08:39:51 | 2 | Q.   How would you compare the discipline problems you |
| 08:39:55 | 3 | encountered when you were working at Cy-Fair than when you were |
| 08:40:01 | 4 | at Hearne? |
| 08:40:02 | 5 | A.   About the same, the same type of things.  Some students were |
| 08:40:06 | 6 | disruptive in class, some students were somewhat disrespectful, |
| 08:40:09 | 7 | but I really never encountered any major discipline problems in |
| 08:40:15 | 8 | any of the schools I've worked in. |
| 08:40:19 | 9 | Q.   During your time as principal of Blackshear, did teachers |
| 08:40:22 | 10 | enjoy teaching there? |
| 08:40:24 | 11 | A.   Yes. |
| 08:40:27 | 12 | Q.   And why is it that -- why do you say that?  What's your |
| 3:40:30 | 13 | basis for saying so? |
| 08:40:33 | 14 | A.   Well, because the last four years I was there, we had very |
| 08:40:36 | 15 | little turnover rate.  We lost maybe four teachers one year and |
| 08:40:40 | 16 | then, two and then, none.  Each year after we had -- I had been |
| 08:40:47 | 17 | established there, and we became a family, which is really what |
| 08:40:52 | 18 | we were, actually. |
| 08:40:55 | 19 | THE COURT:  You became a what? |
| 08:40:56 | 20 | THE WITNESS:  More of a family-type situation, and the |
| 08:40:59 | 21 | teachers loved working there. |
| 08:41:01 | 22 | Q.   (BY MR. GUZMAN) And just so we have an idea.  How large was |
| 08:41:03 | 23 | the staff, generally speaking, in your time at Blackshear? |
| 08:41:07 | 24 | A.   Approximately 33 teachers. |
| J8:41:10 | 25 | Q.   And in your time -- the briefer time that you spent at the |

08:41:15  1   high school, what has been your impression of the teachers there?

08:41:19  2   Did they enjoy working in that environment, as well?

08:41:19  3   A.   Yes.   When I came to the high school in August, they had not

08:41:23  4   had any turnover in the summer.

08:41:25  5   Q.   So every teacher from last year had to come back and teach?

08:41:35  6   A.   Correct.

08:41:36  7   Q.   Has there come a time during your tenure at Hearne when you

08:41:41  8   became aware of this issue of transfer students leaving Hearne to

08:41:45  9   go to Mumford and other places?

08:41:48  10  A.   Yes.   The first year I was in Hearne, I had probably been

08:41:52  11  there about six to eight weeks when a parent came and asked me

08:41:56  12  how they could transfer their child to Mumford.

1:41:59  13   Q.   And you said you've been in Hearne approximately nine years,

08:42:03  14  correct?

08:42:03  15  A.   Yes.   I went there in 1996.

08:42:06  16  Q.   Okay.   And what was the discussion that ensued with the

08:42:12  17  parent?

08:42:14  18  A.   Well, I told them I didn't know how to transfer a student to

08:42:16  19  Mumford.   I didn't know anything about Mumford because I worked

08:42:20  20  for Hearne.   And they asked me how to get the student on the bus

08:42:25  21  that went to Mumford and that came in our district.   And I said,

08:42:29  22  well, there wasn't a bus that came in our district.   And they

08:42:33  23  said, yes, there's a bus that loads every day, and that was the

08:42:36  24  first time that I knew that that happened.

08:42:41  25  Q.   Was there any discussion about the reasons why parents

| | | |
|---|---|---|
| 08:42:43 | 1 | wanted to transfer from Hearne to Mumford? |
| 08:42:48 | 2 | MR. FELDMAN:  Objection, your Honor.  Hearsay. |
| 08:42:50 | 3 | THE COURT:  The objection's overruled. |
| 08:42:52 | 4 | A.   One parent told me that she really wanted to move her son |
| 08:42:58 | 5 | because she didn't want him going to school with the students |
| 08:43:03 | 6 | with the culture that we had at Hearne. |
| 08:43:08 | 7 | Q.   (BY MR. GUZMAN) Did you have an understanding as to what she |
| 08:43:09 | 8 | meant by the culture? |
| 08:43:12 | 9 | MS. JUREN:  Objection.  Calls for speculation. |
| 08:43:14 | 10 | THE COURT:  The objection's overruled. |
| 08:43:18 | 11 | A.   Well, she didn't want her child with the minority students. |
| 08:43:23 | 12 | And then, the others that wouldn't say anything to me -- usually |
| 1:43:27 | 13 | they just took their child.  A couple told me that they were |
| 08:43:29 | 14 | taking their children to go with their friends. |
| 08:43:33 | 15 | THE COURT:  To go with what? |
| 08:43:33 | 16 | THE WITNESS:  Their friends to another district. |
| 08:43:33 | 17 | Q.   (BY MR. GUZMAN) You mentioned one parent.  Were there other |
| 08:43:41 | 18 | parents where this issue of the transfer of their children from |
| 08:43:44 | 19 | Hearne to Mumford would arise with you? |
| 08:43:47 | 20 | A.   Yes. |
| 08:43:51 | 21 | Q.   Could you estimate how many times this would occur, or has |
| 08:43:54 | 22 | occurred, I should say? |
| 08:43:58 | 23 | A.   Probably about -- through the years, about four parents that |
| 08:44:02 | 24 | came and talked to me, usually it was just they just transferred. |
| J8:44:11 | 25 | Q.   Did the issue about parents threatening to transfer students |

08:44:14   1    from -- their students from Hearne to Mumford come up in other

08:44:18   2    contexts in your time at Hearne?

08:44:20   3    A.    That still happens today. They get unhappy with something

08:44:24   4    that we're doing whether it be discipline, whether it be grades,

08:44:28   5    whether it be a teacher, they'll just tell us, well, that's okay,

08:44:31   6    we'll just take them to Mumford.

08:44:42   7    Q.    That's been your experience at the high school?

08:44:42   8    A.    Yes. I did have a parent tell me that.

08:44:42   9    Q.    What about at the elementary school while you were there?

08:44:42   10    A.    Yes, we heard that every year.

08:44:47   11    Q.    Based on the time that you've spent in Hearne as principal

08:44:53   12    at both schools and in the community, how would you describe how

1:44:58   13    the Hearne community perceives its school district in racial

08:45:02   14    terms?

08:45:05   15    A.    The community overall perceives it as a predominantly black

08:45:12   16    district. At my high school, I have 64-percent black students

08:45:21   17    and less than ten-percent white.

08:45:24   18         MR. FELDMAN: I'm sorry. I couldn't hear the witness,

08:45:25   19    your Honor.

08:45:26   20         THE COURT: Repeat your answer, please, ma'am.

08:45:28   21         THE WITNESS: I said at the high school I have

08:45:30   22    approximately 64-percent black students and less than ten-percent

08:45:33   23    white. Right at ten percent.

08:45:35   24    Q.    (BY MR. GUZMAN) And what is your basis for saying that, that

08:45:35   25    the Hearne community perceives its school district to be

| | | |
|---|---|---|
| 08:45:37 | 1 | predominantly black? |
| 08:45:40 | 2 | A.   Because that's the students they see that go to Hearne.   We |
| 08:46:00 | 3 | don't have very many white students in our classes. |
| 08:46:03 | 4 | Q.   Was there a time -- well, let me ask this question, at least |
| 08:46:07 | 5 | with respect to Blackshear.   Were there more white students at |
| 08:46:11 | 6 | Blackshear Elementary School when you began working there as |
| 08:46:14 | 7 | principal in '96 compared to the last year you were there as |
| 08:46:18 | 8 | principal? |
| 08:46:18 | 9 | A.   Yes. |
| 08:46:25 | 10 | Q.   Do you have any basis to -- as to why that number declined |
| 08:46:30 | 11 | during that period of time? |
| 08:46:31 | 12 | A.   Well, the number has declined because they're transferring |
| 1:46:36 | 13 | out to another district. |
| 08:46:40 | 14 | Q.   One of those districts include Mumford? |
| 08:46:42 | 15 | A.   Yes. |
| 08:46:46 | 16 | Q.   You mentioned earlier in your testimony about buses that |
| 08:46:50 | 17 | Mumford would send into Hearne -- |
| 08:46:53 | 18 | THE COURT:  Raise your voice up, sir. |
| 08:46:56 | 19 | Q.   (BY MR. GUZMAN) I'm sorry.  Ms. Reed, I was saying that you |
| 08:46:58 | 20 | testified earlier about an episode involving buses from Mumford |
| 08:47:01 | 21 | coming into Hearne to pick up students. |
| 08:47:04 | 22 | A.   Correct. |
| 08:47:05 | 23 | Q.   How is it you became aware -- well, first of all, let me ask |
| 08:47:08 | 24 | you, just so I'm clear, is that something you're aware is |
| 08:47:11 | 25 | occurring? |

08:47:11  1  A.    Yes.  I know it is occurring.

08:47:14  2  Q.    How long has this practice gone on, so far as you know?

08:47:18  3  A.    It was occurring there in 1996, when I came there.

08:47:24  4  Q.    And when you came there, how many buses were involved?

08:47:28  5  A.    I think there were two.

08:47:31  6          THE COURT:  Were there two separate routes, or were

08:47:33  7  they just two buses going on the same route?

08:47:36  8          THE WITNESS:  They would have been the same route

08:47:38  9  because there's only one way to go to Mumford.  But they loaded

08:47:42  10  it two different locations.

08:47:42  11          THE COURT:  I see.

08:47:44  12  Q.    (BY MR. GUZMAN) Has the number of buses -- if you know, has

1:47:44  13  the number of buses that Mumford sends into Hearne to pick up

08:47:47  14  students increased from two?

08:47:58  15  A.    Yes.

08:47:59  16  Q.    How many buses does Hearne send -- or, excuse me.  How many

08:48:04  17  buses does Mumford send into Hearne today?

08:48:08  18  A.    I think there are five.

08:48:10  19  Q.    How is it that you came --

08:48:12  20          THE COURT:  How many?

08:48:12  21          THE WITNESS:  Five.

08:48:17  22  Q.    (BY MR. GUZMAN) Do these five buses use different pickup

08:48:20  23  points, or are they picking students up at the same location?

08:48:23  24  A.    At different pick-up points.

08:48:24  25  Q.    How is it that you came to learn about this practice of

08:48:29  1  Mumford sending buses into the Hearne School District?

08:48:34  2  A.   As I said, the parent asked me how to get her child on the

08:48:38  3  bus back in 1996, and then, I see the buses every morning.

08:48:43  4  Q.   You've actually seen the buses come in?

08:48:45  5  A.   Yes.

08:48:45  6  Q.   How do you know that they're Mumford buses?

08:48:48  7  A.   Because they say "Mumford I.S.D."

08:48:58  8  Q.   In your time, again, in the Hearne School District, what

08:49:02  9  effects have you seen that the practice of students transferring

08:49:06  10  from Hearne to Mumford has had on the Hearne School District?

08:49:13  11  A.   Well, I feel that it has lowered our academics because when

08:49:20  12  they have run ads in the newspapers saying that they'll only take

1:49:24  13  certain students, students with no discipline problems, no

08:49:28  14  attendance problems, or that can pass TAKS, it leaves us with the

08:49:35  15  students who are struggling and need a lot more help than others.

08:49:39  16  And so, our schools are not what we'd like them to be.

08:49:43  17  Q.   And, I'm sorry.  You said TAKS.  T-A-K-S?

08:49:45  18  A.   Yes.

08:49:48  19          THE COURT:   Texas assessment of what?

08:49:50  20          THE WITNESS:   Texas Assessment of Knowledge.

08:49:52  21          MR. FELDMAN:   And Skills.

08:49:53  22          THE WITNESS:   And Skills.

08:49:56  23  Q.   (BY MR. GUZMAN) In addition to the question of academic

08:49:57  24  performance, have there by other areas where the transfers of

J8:50:10  25  students from Hearne to Mumford have adversely affected the

| | | |
|---|---|---|
| 08:50:12 | 1 | Hearne School District? |
| 08:50:16 | 2 | A.   I think it's -- what I see is it creates a racial division |
| 08:50:30 | 3 | in Hearne because your school is normally the focal point of a |
| 08:50:30 | 4 | small community, and nothing is being done with the transfer |
| 08:50:31 | 5 | issue to help us to bring the community together in more of a |
| 08:50:38 | 6 | community atmosphere. |
| 08:50:41 | 7 | Q.   This division, you believe, extends beyond the schools into |
| 08:50:45 | 8 | the Hearne community itself? |
| 08:50:46 | 9 | A.   Yes.   I really didn't realize how many white students were |
| 08:50:49 | 10 | in Hearne until I had attended some little league ball games and |
| 08:50:54 | 11 | saw the numbers.   There are quite a few white students that I |
| 08:50:57 | 12 | didn't even know existed. |
| 3:50:59 | 13 | Q.   And this was a little league game you attended where? |
| 08:51:02 | 14 | A.   In Hearne. |
| 08:51:06 | 15 | THE COURT:  What is the population of Hearne about? |
| 08:51:08 | 16 | THE WITNESS:  About 5,000. |
| 08:51:12 | 17 | THE COURT:  Has it varied in population through the |
| 08:51:14 | 18 | years, since you've known it?  I mean, is it getting bigger, or |
| 08:51:18 | 19 | smaller, or what? |
| 08:51:20 | 20 | THE WITNESS:  I think population has probably declined |
| 08:51:22 | 21 | a little bit, since I first knew of Hearne. |
| 08:51:28 | 22 | MR. GUZMAN:  Your Honor, I have no further questions of |
| 08:51:30 | 23 | the witness at this time. |
| 08:51:32 | 24 | THE COURT:  All right.  You may cross-examine the |
| 08:51:33 | 25 | witness. |

08:51:36   1          MR. FELDMAN:  Yes, your Honor.

08:51:37   2                    CROSS-EXAMINATION

08:51:47   3   BY MR. FELDMAN:

08:51:47   4   Q.   Ms. Reed, my name is David Feldman, and I represent Mumford

08:51:49   5   Independent School District.  I have a few questions for you

08:51:53   6   based on the testimony that you just gave on direct examination.

08:51:56   7          You made the statement that when you applied to become

08:51:59   8   the principal at Blackshear in '96.

08:52:03   9   A.   Yes, sir.

08:52:04   10   Q.   I guess it was for the '96-'97 school year, and that you

08:52:16   11   were teaching at Montgomery, assistant principal at Montgomery

08:52:22   12   I.S.D. at that time?

1:52:24   13   A.   Yes.

08:52:24   14   Q.   Or you learned, or it was told to you, that the reputation

08:52:29   15   of Hearne was that it was a black school district or an

08:52:33   16   African-American school district.  Is that your testimony?

08:52:38   17   A.   Yes.  That was what was said about the district.

08:52:43   18   Q.   And when you got there, did you find that to be the case?

08:52:48   19   A.   Yes.

08:52:50   20   Q.   To you, what is a black or African-American school district?

08:52:59   21   A.   Well, it's termed that to me if the majority of your

08:53:02   22   students are of one ethnic group, or black.

08:53:05   23   Q.   So if more than 50 percent are black, then it's a black

08:53:10   24   school district, in your view?

08:53:16   25   A.   That is not what I -- well, yes.  That would be the term

| 08:53:19 | 1 | we'd use.  It would be a predominantly black school district. |
| 08:53:23 | 2 | Q.   Well, I was just -- you used this terminology.  I just want |
| 08:53:25 | 3 | to make sure I understand the terminology. |
| 08:53:29 | 4 | Your understanding of that term means it is more than |
| 08:53:32 | 5 | 50-percent black, it's a black school district?  If it's more |
| 08:53:36 | 6 | than 50-percent Hispanic, it's a Hispanic school district?  And |
| 08:53:39 | 7 | if it's more than 50-percent white, it's a white school district? |
| 08:53:42 | 8 | A.   Well, I'll clarify.  It would be a predominantly black |
| 08:53:46 | 9 | school district. |
| 08:53:47 | 10 | Q.   Well, what does that mean to be predominantly black?  Is |
| 08:53:53 | 11 | that a -- |
| 08:53:54 | 12 | A.   It would be your largest number of students. |
| :53:56 | 13 | Q.   So 50.0001-percent black would make it predominantly black? |
| 08:54:05 | 14 | A.   If you looked at it statistically, I guess it would.  But |
| 08:54:09 | 15 | that would be more of an even number if you had 50 percent of |
| 08:54:11 | 16 | something else. |
| 08:54:13 | 17 | Q.   Well, in answer to Mr. Guzman's questions, you were using |
| 08:54:13 | 18 | terminology like it was predominantly black or it was a black |
| 08:54:25 | 19 | school district.  I'm just trying to understand when you use |
| 08:54:29 | 20 | those terms, are you saying 50 percent plus one means predominant |
| 08:54:34 | 21 | or majority? |
| 08:54:36 | 22 | A.   It would be majority. |
| 08:54:38 | 23 | Q.   And would that make it a predominantly black school |
| 08:54:50 | 24 | district? |
| 08:54:50 | 25 | A.   Not when you're looking at the students, but if you're |

| | | |
|---|---|---|
| 08:54:53 | 1 | looking on paper, I guess it would be. |
| 08:54:56 | 2 | Q.   Not when you're looking at students? |
| 08:54:58 | 3 | THE COURT:  Let me interject.  When you arrived there, |
| 08:55:01 | 4 | you learned about the percentages of students who were black and |
| 08:55:07 | 5 | the percentages of those who were white, and maybe the percentage |
| 08:55:12 | 6 | that were Latino. |
| 08:55:14 | 7 | THE WITNESS:  Yes, sir. |
| 08:55:14 | 8 | THE COURT:  And what were those percentages, as best |
| 08:55:17 | 9 | you can remember? |
| 08:55:19 | 10 | THE WITNESS:  At that time, probably about 57-percent |
| 08:55:22 | 11 | black and about 13-percent white. |
| 08:55:28 | 12 | THE COURT:  Thirteen percent? |
| ?:55:31 | 13 | THE WITNESS:  The best I remember. |
| 08:55:32 | 14 | THE COURT:  What about the Mexican-Americans, or |
| 08:55:34 | 15 | Hispanics, or Latinos, whatever you want to call them, when you |
| 08:55:44 | 16 | arrived? |
| 08:55:46 | 17 | THE WITNESS:  I'd say about maybe 30 percent. |
| 08:55:49 | 18 | THE COURT:  All right. |
| 08:55:49 | 19 | THE WITNESS:  But that's 1996. |
| 08:55:53 | 20 | THE COURT:  I understand. |
| 08:55:54 | 21 | THE WITNESS:  But it was close to that. |
| 08:55:56 | 22 | Q.   (BY MR. FELDMAN) Would it surprise you that in 1996, based |
| 08:56:07 | 23 | on evidence presented by the United States in this case, Exhibit |
| 08:56:07 | 24 | 237, that the African-American student enrollment was 52 percent, |
| J8:56:11 | 25 | the Hispanic student enrollment was 24.36 percent, and the white |

| | | |
|---|---|---|
| 08:56:16 | 1 | enrollment was 23-and-a-half percent?  Would that surprise you? |
| 08:56:19 | 2 | A.    Yes, because I'm speaking probably from Blackshear, which is |
| 08:56:19 | 3 | our school. |
| 08:56:22 | 4 | Q.    But you've been testifying about the whole school district, |
| 08:56:22 | 5 | I thought.  You refer to Hearne as a predominantly black school |
| 08:56:35 | 6 | district, and you said when you arrived there, you found it to be |
| 08:56:39 | 7 | a predominantly black school district.  And the Judge asked you, |
| 08:56:42 | 8 | what did you think the population was, and you said ten-percent |
| 08:56:48 | 9 | white and 57-percent black? |
| 08:56:53 | 10 | THE COURT:  The Court takes notice that she was |
| 08:56:53 | 11 | estimating and that this has been a long time ago, and so, |
| 08:56:57 | 12 | whatever the figures show there would be the truth. |
| 1:57:01 | 13 | Q.    (BY MR. FELDMAN) Well, you don't have any knowledge of |
| 08:57:03 | 14 | transfers prior to 1996, do you? |
| 08:57:05 | 15 | A.    No. |
| 08:57:06 | 16 | Q.    Okay.  Look at the period of time that you were at -- let's |
| 08:57:11 | 17 | look at the period of time that you had been at the school |
| 08:57:13 | 18 | district since 1996.  Transfers were taking place in '96-'97? |
| 08:57:20 | 19 | A.    Correct. |
| 08:57:21 | 20 | Q.    And do you know where those transfers were going? |
| 08:57:29 | 21 | A.    I know that some were going to Mumford. |
| 08:57:31 | 22 | Q.    Where were the others going? |
| 08:57:34 | 23 | A.    To Gause. |
| 08:57:35 | 24 | Q.    How about Milano? |
| 08:57:38 | 25 | A.    None that I was aware of. |

| | | |
|---|---|---|
| 08:57:40 | 1 | Q. Gause is a predominantly white school district? |
| 08:57:44 | 2 | A. To my knowledge. |
| 08:57:45 | 3 | Q. Do you know anything about Milano I.S.D? |
| 08:57:47 | 4 | A. No. |
| 08:57:48 | 5 | Q. Know anything about Calvert? |
| 08:57:50 | 6 | A. Yes, a little bit. |
| 08:57:52 | 7 | Q. Franklin? |
| 08:57:53 | 8 | A. Yes. |
| 08:57:54 | 9 | Q. Is Calvert predominantly white or black? |
| 08:58:00 | 10 | A. Calvert's predominantly black. |
| 08:58:01 | 11 | Q. And Franklin? |
| 08:58:05 | 12 | A. Predominantly white, to my knowledge. |
| 3:58:08 | 13 | Q. And you don't know anything about Milano, even though that's |
| 08:58:11 | 14 | also a neighboring school district? |
| 08:58:12 | 15 | A. No, I don't. |
| 08:58:15 | 16 | Q. Now, the transfers continued in '97-'98; is that correct? |
| 08:58:21 | 17 | A. Yes. |
| 08:58:22 | 18 | Q. But yet, the percentage of African-Americans in the student |
| 08:58:24 | 19 | -- amongst the student enrollment actually decreases, the number |
| 08:58:26 | 20 | decreases and the percentage decreases. Do you see that? |
| 08:58:30 | 21 | A. (Moving head up and down.) |
| 08:58:30 | 22 | Q. Does that surprise you? |
| 08:58:30 | 23 | A. (Moving head up and down.) |
| 08:58:30 | 24 | Q. I mean, with all those transfers going out, you were saying |
| 08:58:30 | 25 | it was making it a blacker school district. Does it surprise you |

| | | |
|---|---|---|
| 08:58:32 | 1 | that the percentage actually went down from the first year you |
| 08:58:50 | 2 | were there to the second year you were there, the percentage of |
| 08:58:53 | 3 | blacks? |
| 08:58:56 | 4 | A.    Yes. |
| 08:58:58 | 5 | Q.    Is it perhaps the case that you -- all of the information |
| 08:59:03 | 6 | you're referring to is based on Blackshear, in particular, as |
| 08:59:07 | 7 | opposed to the entire school district? |
| 08:59:16 | 8 | A.    Well, I could speak better for Blackshear than I could the |
| 08:59:19 | 9 | district. |
| 08:59:20 | 10 | Q.   Do you have any reason to believe that the percentage of |
| 08:59:22 | 11 | blacks in Mumford I.S.D. -- excuse me, in Hearne I.S.D. in, say, |
| 08:59:28 | 12 | the year you -- before you came, '95-'96, was anything less than |
| 1:59:34 | 13 | 50 percent?  Do you have any reason to believe that? |
| 08:59:42 | 14 | A.    I'm sorry.  Will you say that again? |
| 08:59:43 | 15 | Q.   Do you have any reason to believe that the percentage of |
| 08:59:45 | 16 | blacks in Hearne I.S.D. in '95-'96, the year before you came |
| 08:59:50 | 17 | there, was anything less than 50 percent? |
| 08:59:55 | 18 | A.    No. |
| 08:59:56 | 19 | Q.   Because, indeed, the reputation you said you heard when you |
| 08:59:59 | 20 | were over at Montgomery was that it was predominantly black? |
| 09:00:05 | 21 | A.    (Moving head up and down.) |
| 09:00:05 | 22 | Q.   And you have testified that the transfers over the years |
| 09:00:08 | 23 | made it even more black.  Can you explain to us, then, why in |
| 09:00:13 | 24 | 1998-'99, the student enrollment at Hearne shows the percentage |
| J9:00:21 | 25 | of blacks in the enrollment to be even less than it was in |

09:00:26  1  '97-'98 and '96-'97, and that is 50.7 percent, and the white

09:00:37  2  student population is still hovering around 23 percent, with all

09:00:39  3  of these transfers?  Can you explain that?

09:00:41  4  A.   No.

09:00:48  5  Q.   If we look at the next three school years, '99-2000,

09:01:07  6  2001-2002, we see some increase so that -- excuse me, increase in

09:01:09  7  the representation of black students in the Hearne I.S.D. actual

09:01:15  8  enrollment from 53 percent to 56 percent.  Do you see that?

09:01:23  9  A.   (Moving head up and down.)

09:01:23  10  Q.   And then, if we go more to current day, we see it at in

09:01:38  11  2002-2003 and 2003-2004, approximately 55-and-a-half percent.  Do

09:01:52  12  you see that?

:01:52  13  A.   Yes.

09:01:52  14  Q.   So over the span of nine years that you have been at Hearne

09:01:57  15  I.S.D. from '96-'97 through 2003-2004, the entire time you were

09:02:07  16  at Blackshear, the percentage in change of blacks amongst student

09:02:14  17  -- student enrollment at Hearne was from 52 percent to

09:02:19  18  55-and-a-half percent.  Do you see that?

09:02:22  19  A.   Yes.

09:02:23  20  Q.   That's a change of just three-and-a-half percent.  Would you

09:02:25  21  agree with me?  Would you agree with that?

09:02:32  22  A.   Yes.

09:02:32  23  Q.   Well, would you agree that a three-and-a-half-percent change

09:02:37  24  would not mean that people would perceive the school district as

:9:02:41  25  being any more predominantly black?  Would that change make a

| | | |
|---|---|---|
| 09:02:52 | 1 | difference? |
| 09:02:52 | 2 | A.   No. |
| 09:02:55 | 3 | Q.   Did you have Hispanic students in your school at Blackshear? |
| 09:02:58 | 4 | A.   Yes. |
| 09:02:58 | 5 | Q.   And Hispanic students were also transferring out from |
| 09:03:01 | 6 | Hearne, were they not? |
| 09:03:01 | 7 | A.   Yes. |
| 09:03:01 | 8 | Q.   In fact, Hispanics transfer out of Hearne I.S.D. in |
| 09:03:05 | 9 | substantial numbers; isn't that the case? |
| 09:03:05 | 10 | A.   They transfer out.  I'm not sure of the percentage that |
| 09:03:26 | 11 | transfers out. |
| 09:03:28 | 12 | Q.   Well, again, part of U.S. Exhibit -- or Exhibit 237 in this |
| 1:03:34 | 13 | case, offered by the U.S., we see a resident Hispanic population |
| 09:03:38 | 14 | of 518.  And of those 518 students who go to public schools, 159, |
| 09:03:55 | 15 | or approximately 30 percent, of those Hispanic students |
| 09:04:00 | 16 | transferred out of Hearne.  Does that number surprise you? |
| 09:04:05 | 17 | A.   Yes. |
| 09:04:07 | 18 | Q.   Were you unaware that Hispanics who live in Hearne were |
| 09:04:14 | 19 | transferring out in such great numbers? |
| 09:04:18 | 20 | A.   I was aware of the transfers, but I was not aware of the |
| 09:04:21 | 21 | numbers. |
| 09:04:23 | 22 | Q.   You weren't aware of the impact the transfers were having on |
| 09:04:26 | 23 | your Hispanic population? |
| 09:04:31 | 24 | A.   Well, I was aware of the impact due to students I was |
| J9:04:36 | 25 | losing. |

| | | |
|---|---|---|
| 09:04:36 | 1 | Q.   And so, you knew you were losing Hispanic students, as well |
| 09:04:38 | 2 | as white students, as well as black students.  Did you not know |
| 09:04:44 | 3 | that? |
| 09:04:46 | 4 | A.   Hispanic, yes, and white, yes. |
| 09:04:48 | 5 | Q.   But you didn't realize you were losing black students at |
| 09:04:51 | 6 | Blackshear? |
| 09:04:54 | 7 | A.   We lost very few black students. |
| 09:04:57 | 8 | Q.   Did you lose a substantial number of Hispanic students? |
| 09:05:01 | 9 | A.   Yes. |
| 09:05:04 | 10 | Q.   Was that a concern to you? |
| 09:05:07 | 11 | A.   Yes. |
| 09:05:09 | 12 | Q.   The whites leaving was a concern to you, you testified.  The |
| 09:05:14 | 13 | Hispanics leaving were a concern to you.  Why were the Hispanics |
| 09:05:17 | 14 | leaving of concern to you? |
| 09:05:17 | 15 | A.   The Hispanic population was growing in Hearne, but the |
| 09:05:17 | 16 | students that were leaving were the students that were |
| 09:05:22 | 17 | academically recognized on their TAKS.  The Hispanics that were |
| 09:05:22 | 18 | leaving were academically recognized.  A lot of those were |
| 09:05:22 | 19 | passing and recognized students. |
| 09:05:22 | 20 | Q.   Why do you suppose that students -- Hispanic students who |
| 09:05:25 | 21 | were performing well, why their parents would choose to take them |
| 09:05:51 | 22 | out of Hearne and take them out of your school? |
| 09:05:57 | 23 | A.   I don't know. |
| 09:05:58 | 24 | Q.   Did you talk to any of them? |
| 09:06:02 | 25 | A.   Yes, but for the most part, it was they wanted to be with |

| | | |
|---|---|---|
| 09:06:04 | 1 | their friends. |
| 09:06:06 | 2 | Q.   Hispanic students wanted to be with Hispanic students? |
| 09:06:12 | 3 | That's your understanding? |
| 09:06:14 | 4 | A.   Yes. |
| 09:06:14 | 5 | Q.   And Mumford has a substantial Hispanic population -- |
| 09:06:16 | 6 | A.   Correct. |
| 09:06:17 | 7 | Q.   -- in its student body.  But why would it simply be the |
| 09:06:25 | 8 | higher academically performing Hispanic children whose parents |
| 09:06:32 | 9 | would want to transfer them? |
| 09:06:43 | 10 | A.   I can't answer that. |
| 09:06:43 | 11 | Q.   Now, you know the area of Mumford is predominantly Hispanic? |
| 09:06:47 | 12 | A.   Yes. |
| 9:06:48 | 13 | Q.   Do you have any reason to believe that the Hispanics who |
| 09:06:51 | 14 | live in Mumford are exceptionally, high academically performing |
| 09:07:00 | 15 | group of Hispanic children? |
| 09:07:02 | 16 | A.   I have no knowledge of that. |
| 09:07:09 | 17 | Q.   You also testified that you were quite surprised to see how |
| 09:07:15 | 18 | many whites were living in Hearne versus the one -- the amount of |
| 09:07:19 | 19 | students -- white students you had at Hearne I.S.D., and you drew |
| 09:07:25 | 20 | that conclusion based on some kind of event that you attended? |
| 09:07:31 | 21 | A.   Going to little league ball games and seeing the number of |
| 09:07:35 | 22 | white students that played ball. |
| 09:07:37 | 23 | Q.   And when was it that you went to this little league ball |
| 09:07:37 | 24 | game?  Was this back in '96 or recently? |
| J9:07:42 | 25 | A.   Throughout the years that I've been in Hearne. |

09:07:42   1   Q.   Well, have you noticed the white population of Hearne

09:07:42   2   shrinking substantially in the years that you've been there?   And

09:07:42   3   I'm not talking about the school district.   I mean, the

09:07:46   4   community.

09:07:46   5   A.   No, not significantly.

09:07:47   6   Q.   The data provided by the United States shows that in

09:08:35   7   1998-'99 seems to be the most reliable year of information that

09:08:35   8   we have.   There were 336 white students going to Hearne I.S.D.,

09:08:43   9   but the resident population, that is, students going to public

09:08:46   10   school in Hearne, was 449.   Do you see that?

09:08:53   11   A.   (Moving head up and down.)

09:08:54   12         THE COURT:   Answer out for the record, ma'am.

:08:56   13   A.   Yes.

09:08:57   14   Q.   (BY MR. FELDMAN) And I would show you the same information

09:09:04   15   for 2003-2004, and you'll see that the resident population -- the

09:09:16   16   resident student population of Hearne from 1998-'99 to 2003-2004

09:09:26   17   has gone down from 449 to 295 kids.   Do you see that?

09:09:34   18   A.   Yes.

09:09:34   19   Q.   That's a population shift of approximately from 450 to 300.

09:09:43   20   That's -- my math tells me that's about a 33-percent drop in the

09:09:49   21   white population that the children -- white children in Hearne

09:09:55   22   Independent School District in the community.   Do you agree with

09:09:58   23   me?

09:09:59   24   A.   Yes.

09:09:59   25   Q.   Have you seen that 33-percent loss of population?

09:10:02   1           THE COURT:  You mean in schools or --

09:10:02   2           MR. FELDMAN:  In the community, your Honor, as

09:10:05   3   reflected by the resident -- the substantial decline in the

09:10:05   4   residential population of whites in the Hearne community.

09:10:05   5   A.   I have not seen that, that substantial number.

09:10:09   6   Q.   (BY MR. FELDMAN) Well, do you see as many white kids playing

09:10:09   7   little league ball in Hearne today, in 2004-2005, as you did back

09:10:38   8   in '96-'97?

09:10:44   9   A.   I did.  I thought I did last summer.

09:10:48   10   Q.   Do you know -- you spent a lot of time in Hearne.  Do you

09:10:56   11   know where parents are sending -- where white parents are sending

09:10:59   12   their kids to school now that Mumford can't take any new

'1:11:02   13   transfers?

09:11:07   14   A.   No.

09:11:08   15   Q.   Do you know where Hispanics are sending their kids to school

09:11:12   16   now that Mumford can't take any new transfers?

09:11:16   17   A.   No.

09:11:17   18   Q.   Do you know where blacks who want to transfer out are

09:11:20   19   sending their kids to school?

09:11:21   20   A.   No.

09:11:22   21   Q.   They're continuing to transfer out in substantial numbers,

09:11:26   22   aren't they?

09:11:32   23   A.   To my knowledge, I haven't had many this year at the high

09:11:36   24   school.  I'm speaking only at the high school.

ι9:11:41   25   Q.   What about Blackshear?  Did it continue through 2003-2004,

| | | |
|---|---|---|
| 09:11:45 | 1 | the transfer loss, or did it stop at some point in time? |
| 09:11:51 | 2 | A.   Some transferred out last year but not a substantial number, |
| 09:11:55 | 3 | like in the past. |
| 09:11:58 | 4 | Q.   So I would assume, then, that since they're not transferring |
| 09:12:04 | 5 | out, is Hearne becoming less black? |
| 09:12:11 | 6 | A.   No. |
| 09:12:12 | 7 | Q.   So where are the white kids going? |
| 09:12:21 | 8 | A.   I don't know. |
| 09:12:24 | 9 | Q.   Are you familiar with two private schools that exist in |
| 09:12:26 | 10 | Bryan?  In Bryan, Texas? |
| 09:12:29 | 11 | A.   Allen Academy and St. Joseph's. |
| 09:12:29 | 12 | Q.   Yes.  You're familiar with them? |
| 1:12:29 | 13 | A.   Yes. |
| 09:12:29 | 14 | Q.   And are you aware whether white parents in Hearne and |
| 09:12:29 | 15 | Hispanic parents in Hearne send their children to those schools? |
| 09:12:35 | 16 | A.   We've had very few requests for transfer records there. |
| 09:12:35 | 17 | Q.   Are you saying very few requests at which school, Blackshear |
| 09:12:35 | 18 | or the high school? |
| 09:12:35 | 19 | A.   Either one. |
| 09:12:35 | 20 | Q.   Do you know whether the number of people attending the Allen |
| 09:13:03 | 21 | Academy and the St. Joseph's has increased -- number of people |
| 09:13:09 | 22 | from Hearne attending those schools has increased over the last |
| 09:13:13 | 23 | two years, since Mumford hasn't been taking any new transfers? |
| 09:13:18 | 24 | A.   I don't know. |
| 09:13:22 | 25 | Q.   You also testified that when you worked in Mont -- that you |

| | | |
|---|---|---|
| 09:13:29 | 1 | worked in Montgomery I.S.D. for 17 years, and it was your |
| 09:13:35 | 2 | observation that Montgomery I.S.D. was a low minority, affluent |
| 09:13:43 | 3 | community.  I believe those were your words. |
| 09:13:47 | 4 | A.   Yes. |
| 09:13:47 | 5 | Q.   So it was predominantly white.  Is that what you meant? |
| 09:13:53 | 6 | A.   Yes, and students that came from professional homes with |
| 09:13:58 | 7 | professional parents. |
| 09:13:59 | 8 | Q.   They tended to be white and they tended to be very bright? |
| 09:14:04 | 9 | A.   Yes. |
| 09:14:04 | 10 | Q.   But you still experience the same type of disciplinary |
| 09:14:07 | 11 | problems there as you did -- as you observed when you came to |
| 09:14:12 | 12 | Hearne? |
| 9:14:14 | 13 | A.   Yes. |
| 09:14:14 | 14 | Q.   Which is by your statement predominantly black; is that |
| 09:14:18 | 15 | correct? |
| 09:14:19 | 16 | A.    Correct. |
| 09:14:20 | 17 | Q.   So can we draw, therefore, the conclusion that the racial |
| 09:14:24 | 18 | composition of the school has no impact on whether or not it has |
| 09:14:31 | 19 | discipline problems? |
| 09:14:37 | 20 | A.    Yes. |
| 09:14:38 | 21 | Q.   Therefore, the transfer of white students and Hispanic |
| 09:14:42 | 22 | students from Hearne I.S.D. to Mumford, or anywhere else, would |
| 09:14:48 | 23 | not have had an impact on the state of discipline in Hearne |
| 09:14:50 | 24 | I.S.D., would it? |
| 09:14:52 | 25 | A.   I can speak for my school.  I don't think it did. |

| | | |
|---|---|---|
| 09:14:55 | 1 | Q.   Thank you, your Honor.   Pass the witness. |
| 09:14:55 | 2 | THE COURT:   Does the TEA desire to cross-examine the |
| 09:15:01 | 3 | witness? |
| 09:15:01 | 4 | MS. JUREN:   We have no questions, your Honor. |
| 09:15:01 | 5 | THE COURT:   What about the plaintiff? |
| 09:15:01 | 6 | MR. GUZMAN:   I do have a few follow-up questions, sir. |
| 09:15:29 | 7 | THE COURT:   All right. |
| 09:15:31 | 8 | RE-DIRECT EXAMINATION |
| 09:15:36 | 9 | BY MR. GUZMAN: |
| 09:15:36 | 10 | Q.   Mrs. Reed, when you began at Blackshear Elementary in '96, |
| 09:15:45 | 11 | out of blacks, Hispanics and whites, which group had -- |
| 09:15:51 | 12 | represented the smallest amount of enrollment? |
| 9:15:54 | 13 | THE COURT:   Represented the what? |
| 09:15:55 | 14 | MR. GUZMAN:   Represented the smallest amount of your |
| 09:15:57 | 15 | enrollment. |
| 09:15:58 | 16 | A.   The white students. |
| 09:16:01 | 17 | Q.   (BY MR. GUZMAN) Was that the case for every year that you |
| 09:16:02 | 18 | were a principal at Blackshear? |
| 09:16:05 | 19 | A.   Yes. |
| 09:16:06 | 20 | Q.   And in your time now as the principal at the high school, |
| 09:16:10 | 21 | out of those three groups, blacks, Hispanics, white, which group |
| 09:16:14 | 22 | represents the smallest proportion of the student enrollment? |
| 09:16:17 | 23 | A.   The whites. |
| 09:16:18 | 24 | Q.   With respect to the white enrollment at Blackshear |
| 9:16:22 | 25 | Elementary from your first year as principal to last, did that |

| | | |
|---|---|---|
| 09:16:26 | 1 | proportion decrease?  In other words, were the number of white |
| 09:16:29 | 2 | students attending Blackshear in '96, your first year, larger |
| 09:16:34 | 3 | than the percentage of white students attending Blackshear your |
| 09:16:41 | 4 | last year as principal? |
| 09:16:41 | 5 | A.    Yes. |
| 09:16:42 | 6 | Q.    Based on your experience in the community, did that decrease |
| 09:16:44 | 7 | in white population at Blackshear have any impact on the |
| 09:16:48 | 8 | perception that you described earlier that folks in Hearne |
| 09:16:52 | 9 | believed that their school district was predominantly black? |
| 09:17:03 | 10 | A.    Would you repeat that? |
| 09:17:05 | 11 | THE COURT:  I didn't quite understand myself. |
| 09:17:07 | 12 | Q.    (BY MR. GUZMAN) Let me give it another try.  It's 4:30. |
| 9:17:10 | 13 | With respect to -- you just testified that percentage |
| 09:17:14 | 14 | of white students at Blackshear decreased from the time you began |
| 09:17:15 | 15 | there as principal to the time of your last year there. |
| 09:17:18 | 16 | A.    Yes. |
| 09:17:18 | 17 | Q.    And my question to you was, did that decrease in white |
| 09:17:23 | 18 | population at Blackshear over that time reinforce or have a role |
| 09:17:23 | 19 | in the Hearne community's perception of its school district as |
| 09:17:23 | 20 | being predominantly black? |
| 09:17:23 | 21 | A.    Yes, it -- the perception remained. |
| 09:17:26 | 22 | Q.    Was that a consistent perception based on your experience |
| 09:17:26 | 23 | from the time you started working at the Hearne schools until |
| 09:17:28 | 24 | now? |
| J9:17:28 | 25 | A.    Yes. |

| | | |
|---|---|---|
| 09:17:28 | 1 | Q.   Thank you.  I have no further questions. |
| 09:18:04 | 2 | CROSS-EXAMINATION |
| 09:18:25 | 3 | BY MR. HEPWORTH: |
| 09:18:25 | 4 | Q.   I'd like to ask you just a little bit about the white |
| 09:18:32 | 5 | students transferring from Hearne.  In '98-'99, what percentage |
| 09:18:43 | 6 | of -- well, first of all, how many whites lived in the district? |
| 09:18:52 | 7 | Is that 449? |
| 09:18:55 | 8 | THE COURT:  Why don't you bring that up closer so the |
| 09:18:58 | 9 | witness can read. |
| 09:18:59 | 10 | MR. HEPWORTH:  You bet.  Let me do that.  This is also |
| 09:19:07 | 11 | on Exhibit 237, your Honor. |
| 09:19:09 | 12 | THE COURT:  Can you read it now? |
| :19:10 | 13 | THE WITNESS:  Yes. |
| 09:19:11 | 14 | THE COURT:  All right. |
| 09:19:14 | 15 | Q.   (BY MR. HEPWORTH) So we have 449 whites and how many |
| 09:19:17 | 16 | transferred? |
| 09:19:20 | 17 | A.   130. |
| 09:19:21 | 18 | Q.   130.  And the percentage of whites enrolled in the district |
| 09:19:25 | 19 | was? |
| 09:19:27 | 20 | A.   22.57. |
| 09:19:29 | 21 | Q.   So this 130 is about, what is that, a fourth?  About a |
| 09:19:37 | 22 | fourth of how many were actually -- about 25 percent were |
| 09:19:40 | 23 | transferring out? |
| 09:19:40 | 24 | A.   Correct. |
| ู9:19:41 | 25 | Q.   Okay.  Let's track this.  22.57 is how many were attending |

| | | |
|---|---|---|
| 09:19:44 | 1 | the school.  About '99-2000, that went down to what? |
| 09:19:47 | 2 | A.   17.92 percent. |
| 09:19:47 | 3 | Q.   Then, the next year, what did it go down to? |
| 09:19:52 | 4 | A.   16.11. |
| 09:19:52 | 5 | Q.   And then, the next year, 2001-2002? |
| 09:19:52 | 6 | A.   13.02 percent. |
| 09:19:52 | 7 | Q.   That's a 50-percent drop in about four years, isn't it -- |
| 09:19:52 | 8 | A.   Yes. |
| 09:19:52 | 9 | Q.   -- of the whites.  And the last two years, let's look at |
| 09:20:25 | 10 | them.  We've got the percentage of whites in the district? |
| 09:20:31 | 11 | A.   14.53 percent. |
| 09:20:33 | 12 | Q.   And then, down to? |
| 1:20:35 | 13 | A.   12.98 percent. |
| 09:20:36 | 14 | Q.   Okay.  And this shows resident population of 295 and |
| 09:20:41 | 15 | transfers 147.  So that shows that half the students living there |
| 09:20:48 | 16 | aren't going there; is that correct? |
| 09:20:50 | 17 | A.   Correct. |
| 09:20:52 | 18 | Q.   About the same thing the year before, 362 to 187.  Once |
| 09:20:56 | 19 | again, about half the students that live in Hearne aren't going |
| 09:20:58 | 20 | to Hearne? |
| 09:20:59 | 21 | A.   Correct. |
| 09:21:04 | 22 | Q.   You think that affects the perception of the community? |
| 09:21:08 | 23 | A.   Yes. |
| 09:21:10 | 24 | Q.   If you have 13 percent of your students are white, you've |
| 09:21:19 | 25 | got a class of ten students, how many white kids are going to be |

| | | |
|---|---|---|
| 09:21:24 | 1 | in that class?  1.3, right?  One student.  So if you've got 20 |
| 09:21:32 | 2 | students in class, you're only going to have three whites in |
| 09:21:35 | 3 | there.  Do you think that also lends itself to the perception |
| 09:21:37 | 4 | that the school district is a minority school district? |
| 09:21:41 | 5 | A.   Yes. |
| 09:21:42 | 6 | Q.   Thank you.  No further questions. |
| 09:21:44 | 7 | THE COURT:  Do you have any further cross-examination? |
| 09:21:55 | 8 | RE-CROSS EXAMINATION |
| 09:21:55 | 9 | BY MR. FELDMAN: |
| 09:21:55 | 10 | Q.   Ms. Reed, as you sit here today, you have no idea how many |
| 09:21:55 | 11 | of those white transfers went to Mumford versus going to other |
| 09:21:58 | 12 | public schools or private schools, or being home-schooled, do |
| 1:22:03 | 13 | you? |
| 09:22:03 | 14 | A.   No.  I cannot tell you a number. |
| 09:22:05 | 15 | Q.   Thank you. |
| 09:22:08 | 16 | MS. JUREN:  No further -- or no questions, your Honor. |
| 09:22:11 | 17 | MR. GUZMAN:  No more questions, your Honor. |
| 09:22:11 | 18 | MR. HEPWORTH:  No more questions, your Honor. |
| 09:22:15 | 19 | THE COURT:  When you observed these buses in your |
| 09:22:15 | 20 | district, apparently were coming from Mumford, were you able to |
| 09:22:15 | 21 | ascertain the racial composition of the students that were on |
| 09:22:20 | 22 | these buses? |
| 09:22:20 | 23 | THE WITNESS:  Yes, sir. |
| 09:22:20 | 24 | THE COURT:  What was it, in your opinion? |
| 09:22:20 | 25 | THE WITNESS:  In my opinion, it was mostly white and |

| | | |
|---|---|---|
| 09:22:20 | 1 | Hispanic. |
| 09:22:20 | 2 | THE COURT:  Well, as between the whites, and the |
| 09:22:23 | 3 | Hispanics, or the Latinos, do you have any opinion as to what the |
| 09:22:57 | 4 | percentages were? |
| 09:23:01 | 5 | THE WITNESS:  No, sir.  I don't know the percentages. |
| 09:23:03 | 6 | THE COURT:  Anything else, counsel? |
| 09:23:06 | 7 | MR. FELDMAN:  Yes, your Honor, along those lines. |
| 09:23:10 | 8 | Q.  (BY MR. FELDMAN) Do you know when the high school was |
| 09:23:14 | 9 | started at Mumford? |
| 09:23:20 | 10 | A.  I don't remember the year, but it started since I've been at |
| 09:23:23 | 11 | Hearne. |
| 09:23:25 | 12 | Q.  Would it sound correct to you if I told you that the ninth |
| :23:28 | 13 | grade started in '98-'99, tenth grade, '99-2000, eleventh grade, |
| 09:23:35 | 14 | 2000-201, and the twelfth grade in 2001-2002? |
| 09:23:43 | 15 | A.  Yes. |
| 09:23:43 | 16 | Q.  You do understand, do you not, that students were being |
| 09:23:45 | 17 | bused from Mumford to Hearne and have been bused from Mumford to |
| 09:23:53 | 18 | Hearne up to 2001-2002?  Do you understand that? |
| 09:23:59 | 19 | A.  I understand that. |
| 09:24:00 | 20 | Q.  Because Mumford didn't have the grades for those students. |
| 09:24:03 | 21 | So you realize some of those buses you saw coming from Mumford |
| 09:24:07 | 22 | I.S.D. were to deliver some students to Hearne High School? |
| 09:24:13 | 23 | A.  Right. |
| 09:24:15 | 24 | Q.  With respect to the -- do you have any familiarity with the |
| 09:24:26 | 25 | bus routes that are run by Mumford in connection with the -- |

| | | |
|---|---|---|
| 09:24:36 | 1 | coming into Hearne? |
| 09:24:40 | 2 | A.   I just know where some of them load or have been loading. |
| 09:24:42 | 3 | Q.   If I were to show you documents which reflect the racial |
| 09:25:15 | 4 | breakout of all the students riding the buses that Mumford sends |
| 09:25:15 | 5 | into Hearne to bring students -- |
| 09:25:15 | 6 | THE COURT:  Well, I don't understand what you're trying |
| 09:25:15 | 7 | to prove here now. |
| 09:25:15 | 8 | MR. FELDMAN:  Well, your Honor, the witness testified |
| 09:25:15 | 9 | that her observation was based on the Court's questioning, her |
| 16:37:40 | 10 | observation was that it's, you know, primarily white kids that |
| 16:37:46 | 11 | she sees on the buses.  We have documents that show that the |
| 16:37:48 | 12 | contrary is true.  And I was simply going to ask her -- |
| :37:50 | 13 | I was simply going to ask her -- |
| 16:37:54 | 14 | THE COURT:  You're speaking about the students that |
| 16:37:56 | 15 | were transferred from Mumford to -- |
| 16:38:04 | 16 | MR. FELDMAN:  No.  I've switched gear, your Honor.  I'm |
| 16:38:04 | 17 | not talking about the kids that were -- that they had to bring |
| 16:38:08 | 18 | from Mumford into Hearne to go to high school.  I'm talking about |
| 16:38:12 | 19 | the busing of students from Hearne to Mumford where Mumford would |
| 16:38:18 | 20 | send in buses, pick up kids in Hearne, and bring them back to |
| 16:38:22 | 21 | Mumford. |
| 16:38:24 | 22 | THE COURT:  All right.  Go ahead. |
| 16:38:26 | 23 | MR. FELDMAN:  I thought that was what the Judge was |
| 16:38:28 | 24 | asking the witness about. |
| 16:38:30 | 25 | THE COURT:  Go ahead. |

| | | |
|---|---|---|
| 16:38:32 | 1 | Q.    (BY MR. FELDMAN) Which buses did you observe that you said |
| 16:38:36 | 2 | you thought that they were predominantly white? |
| 16:38:40 | 3 | THE COURT:  If you know. |
| 16:38:44 | 4 | A.    Just the ones that passed by the high school are the ones |
| 16:38:48 | 5 | I've seen loading out by the ballpark. |
| 16:38:52 | 6 | Q.    (BY MR. FELDMAN) Did you actually go and count kids or |
| 16:38:54 | 7 | anything? |
| 16:38:54 | 8 | A.    No. |
| 16:38:56 | 9 | Q.    But you really don't know what the racial composition of the |
| 16:39:00 | 10 | student riders are on the buses going from Hearne to Mumford, do |
| 16:39:04 | 11 | you? |
| 16:39:06 | 12 | A.    No, I do not know the percentages of students on the buses. |
| 16:39:10 | 13 | Q.    Nothing further, your Honor. |
| 16:39:12 | 14 | THE COURT:  Anything else? |
| 16:39:14 | 15 | MR. GUZMAN:  Your Honor, just one or two questions. |
| 16:39:16 | 16 | THE COURT:  All right.  Go ahead.  I didn't ask TEA. |
| 16:39:22 | 17 | MS. JUREN:  We have no questions, your Honor.  Still |
| 16:39:24 | 18 | have none. |
| 16:39:26 | 19 | RE-DIRECT EXAMINATION |
| 16:39:28 | 20 | BY MR. GUZMAN: |
| 16:39:28 | 21 | Q.    Ms. Reed, I just wanted to clarify one point of your |
| 16:39:32 | 22 | testimony for the record. |
| 16:39:32 | 23 | The five buses that you've been discussing that you're |
| 16:39:36 | 24 | aware of that travel from Mumford to Hearne.  Is that to pick up |
| 16:39:42 | 25 | students from Hearne that attend -- that live in Hearne and |

| | | |
|---|---|---|
| 16:39:44 | 1 | attend schools in Mumford? |
| 16:39:46 | 2 | A.   Yes. |
| 16:39:48 | 3 | Q.   I have nothing further. |
| 16:39:52 | 4 | THE COURT:  You may stand down, ma'am, and you are |
| 16:39:54 | 5 | finally excused. |
| 16:39:56 | 6 | THE WITNESS:  Thank you. |
| 16:39:56 | 7 | THE COURT:  In other words, you can go home. |
| 16:39:58 | 8 | THE WITNESS:  Okay. |
| 16:40:00 | 9 | THE COURT:  This will conclude the testimony for today. |
| 16:40:04 | 10 | Who will be your next witness tomorrow? |
| 16:40:06 | 11 | MR. CASPAR:  Your Honor, tomorrow morning, we will call |
| 16:40:10 | 12 | Chris Hayes. |
| :40:10 | 13 | THE COURT:  All right.  Have him in the courtroom, |
| 16:40:12 | 14 | ready to take the oath.  We'll begin at that time. |
| 16:40:16 | 15 | Is there anything that counsel want to bring to the |
| 16:40:20 | 16 | attention of the Court before adjournment? |
| 16:40:22 | 17 | MS. JUREN:  No, your Honor. |
| 16:40:24 | 18 | MR. FELDMAN:  No, your Honor. |
| 16:40:26 | 19 | MR. HEPWORTH:  No, your Honor. |
| 16:40:26 | 20 | THE COURT:  All right.  The Court is adjourned. |
| 16:40:26 | 21 | (Proceedings adjourned.) |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |