IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiff*, | § § § | |
| and | § § | Civil Action No. |
| LULAC-GI FORUM *Plaintiff-Intervenors*, | § § § § | 6:71-CV-5281 WWJ |
| v. | § § | |
| THE STATE OF TEXAS, et al., *Defendants*. | § § § | |

**FINAL JUDGMENT**

Based upon the findings of fact and conclusions of law set forth in the Memorandum Opinion of the Court, which is issued by the Court simultaneously herewith, it is

**ORDERED, ADJUDGED, and DECREED** that Plaintiff-Intervenors' Motion for Further Relief is **DENIED**, in all respects.

It is further **ORDERED, ADJUDGED, and DECREED** that the Plaintiff-Intervenors' requested relief is **DENIED**, in all respects.

It is further

**ORDERED, ADJUDGED, and DECREED** that the United States of America's requested relief is **DENIED**, in all respects.

SIGNED this 27th day of July, 2007.

William Wayne Justice
Senior United States District Judge