# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, et al.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **and** | § | |
| | § | **Civil Action No.** |
| **LULAC-GI FORUM** | § | **6:71-CV-5281 WWJ** |
| *Plaintiff-Intervenors,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE STATE OF TEXAS, et al.,** | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

Consistent with the findings of fact and conclusions of law set forth in the Court's Memorandum Opinion, which is issued simultaneously herewith, it is

**ORDERED** that Plaintiff-Intervenors' Motion for Further Relief is **GRANTED**. Consistent with the Memorandum Opinion issued herewith, it is further **ORDERED** that for the 2009–2010 academic year and thereafter, Defendants establish a monitoring system and establish a language program that fulfill the requirements of the Equal Education Opportunity Act, 20 U.S.C. § 1703(f). Supplementing previous orders, the Court retains jurisdiction for purposes of enforcing this Order.

Towards the end of satisfying this Order, but not sufficient to do so, Defendants are further **ORDERED** to submit a monitoring plan addressing the failures of PBMAS and to submit a proposed new language program for secondary LEP students by January 31, 2009, or earlier, if an earlier date is necessary to begin implementing modifications to monitoring and the secondary program by the 2009–2010 academic year.   In order to expedite the Court's review, Defendants

1

are encouraged to release the proposed plans to the other parties for comment prior to submitting the plans to the Court.

The Court is restricted by Federal Rule of Civil Procedure 6(b) from extending the time for taking action under Rules 52(b) and 59.  Defendants are, nevertheless, encouraged to submit motions under Rules 52(b) and 59, particularly in regard to changed circumstances.

**SIGNED** this  24th  day of July, 2008.

William Wayne Justice
Senior United States District Judge