IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>and<br><br>LULAC-GI FORUM<br>*Plaintiff-Intervenors*,<br><br>v.<br><br>THE STATE OF TEXAS, et al.,<br>*Defendants*. | Civil Action No.<br>6:71-CV-5281 WWJ |

## FINAL JUDGMENT

Consistent with the conclusions of law set forth in the Court's Memorandum Opinion, which is issued simultaneously herewith, it is

ORDERED that Defendants' Motion to Modify Order is GRANTED IN PART and DENIED IN PART. It is further ORDERED that the Texas Education Agency shall no longer be required to enforce the provisions of the Modified Order against school districts similarly-situated to those at issue in *Samnorwood Independent School District v. Texas Education Agency*, 533 F.3d 258 (5th Cir. 2008)–that is, school districts that: (1) were not parties to the original 1970 litigation; (2) were unitary prior to the commencement of the 1970 litigation; and (3) have never since been shown to have attempted to resegregate or act with segregative intent.

SIGNED this 17th day of December, 2008.

William Wayne Justice
Senior United States District Judge